**2622-CC00616**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

## EXHIBIT 1

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
TWENTY-SECOND JUDICIAL CIRCUIT
STATE OF MISSOURI**

| | |
|---|---|
| RAPHA MINISTRIES, )<br><br>Plaintiff, )<br><br>v. )<br><br>LIBERTY MUTUAL INSURANCE )<br>COMPANY )<br><br>Served: Registered Agent )<br>    CSC-Lawyers Incorporating )<br>    Service Company, )<br>    221 Bolivar Street )<br>    Jefferson City, Missouri 65101 )<br><br>    Defendant. )<br> ) | **JURY TRIAL DEMAND** |

## PETITION

Comes Now, the Rapha Ministries, by and through its undersigned counsel, and for its causes of action against Defendant Liberty Mutual Insurance Company, state as follows:

### PARTIES AND VENUE

1. At all times relevant hereto, Plaintiff Rapha Ministries is the owner of the at-issue property, the Church located in the City of St. Louis, Missouri.

2. The at-issue property is located at 4173 Fair Avenue, Saint Louis, Missouri 63115.

3. Defendant Liberty Mutual is an insurance company doing business and in good standing in the State of Missouri, which can be served with process as reference above with CSC-Lawyers Incorporating Service Company.

4. Jurisdiction and venue are proper in this Court in that the property damage and subsequent breach of contract, which is the subject of this litigation, occurred in St. Louis

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

City, Missouri, and the amount of controversy exceeds Twenty-Five Thousand Dollars ($25,000.00).

5.    However, the amount of controversy does not exceed Seventy-Five Thousand Dollars ($75,000.00).  As a result, this case is ineligible for removal to the federal court on diversity of citizenship.

**GENERAL ALLEGATIONS COMMON TO ALL COUNTS**

6.    On or about May 16, 2025, an EF-3 tornado with wind speeds between 136 and 165 mph touched down destroyed and/or severely damaged sections of the City of St. Louis, Missouri.  The damages are and were so severe that the federal government declared the event a major disaster.

7.    At that time, the tornado significantly damaged the Church located at 4173 Fair Avenue, Saint Louis, Missouri 63115.  The damages included but not limited to the following: the Church's roof shingles were ripped off and caused severe water leaks, the doors awning was torn apart, the HVAC unit was destroyed by falling bricks and debris, the exterior brick walls buckled and became detached in certain spots, water poured inside and ruin a number of electronics, and fascia were ripped off, twisted and/or otherwise damaged.

8.    During the times relevant hereto, Rapha Ministries maintained certain insurance coverage with Liberty Mutual Insurance Company ("Liberty Mutual").

9.    These Liberty Mutual insurance coverages included, among other things, certain coverages for building, special (including theft); building, windstorms; business personal property, special (including theft); business personal property, windstorm; business income with extra expenses, special (including theft).

2

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

10. The policy limits applied in the following amounts for the various coverages listed below:

 a.   Building special (including theft) coverage, Limit: $535,283.00;

 b.   Building, windstorm coverage, Limit: $535,283.00;

 c.   Business Personal Property, Special (including theft) coverage, Limit: $25,502.00;

 d.   Business Personal Property, windstorm coverage, Limit: $25,502.00; and

 e.   Business Income with extra expenses, special (including theft) coverage, Limit: $75,000.00.

11. During the times relevant hereto, Rapha Ministries maintained Policy No. BKS669146242 ("Policy") with effective dates between October 31, 2024 and October 31, 2025.  A true and accurate copy of the Policy is attached hereto as **Exhibit 1**.

12. Rapha Ministries is the Named Insured of the Policy and is denoted as "you" or "your" in the Policy, whereas Liberty Mutual is Named Insurer and is denoted as "we" in the Policy.

13. The Policy is an agreement between Rapha Ministries and Liberty Mutual with certain rights and obligations between the parties.

14. Under the Policy, CP 00 10 10 12, Liberty Mutual agreed to pay for direct physical loss of or damaged to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

15. The Tornado is and was a Covered Cause of Loss in the Policy, and Liberty Mutual was obligated to cover the loss or damage to Covered Property.

16. At all times relevant, Rapha Ministries complied with all requirements under the Policy.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

17. Rapha Ministries made claims to Liberty Mutual for losses and damages sustained to the Church that was caused by the tornado.

18. Liberty Mutual accepted Rapha Ministries' claims, and it established Claim No. 24263024 regarding Rapha Ministries' losses and damages.

19. Liberty Mutual made partial payments for damages and losses under the Policy under the Building and Personal Property Coverage provision of the Policy.

20. Rapha Ministries submitted a claim of $24,768.98 for damaged electronics, but Liberty Mutual tendered payment for approximately $11,048.90.

21. Rapha Ministries also submitted a claim for damages and losses to the Church's structure, but Liberty Mutual did not tender full payment for the repair of the new roof that Rapha Ministries had installed before the tornado.

22. Further, there are existing structure damage to the Church that Rapha Ministries requested to be repaired. Rapha Ministries reported a buckle in the front and side brick wall from the high winds.

23. As of this filing, however, Liberty Mutual has failed and refused to pay the remaining amounts of the losses and damages sustained by Rapha Ministries.

## COUNT I- BREACH OF CONTRACT

### v. Liberty Mutual

24. Rapha Ministries restates and re-alleges all prior paragraphs of this Petition as if fully stated here.

25. Liberty Mutual offered to issue an insurance policy as described herein to cover the losses and damages Rapha Ministries sustained, and Rapha Ministries accepted Liberty Mutual's coverage promises in exchange for payment of premiums.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

26. At all times relevant, Liberty Mutual issued its policy to cover the damage and losses described herein, with various policy limits as stated herein.

27. Rapha Ministries met its contractual obligations by paying the policy premium at all times relevant.

28. Under the policy of insurance at issue, Liberty Mutual had an obligation to pay Rapha Ministries for work needed to bring Rapha Ministries' property in compliance with applicable ordinances, to pay Rapha Ministries for the loss of use of its property, and to pay Rapha Ministries for the cost of repair and/or replacement of the exterior brick wall and its newly installed roof.

29. Because Liberty Mutual has failed and refused to pay the amounts demanded by Rapha Ministries for these coverages, Liberty Mutual failed to meet its contractual obligations.

30. As a direct and proximate result of Liberty Mutual's breach of its insurance contract, Rapha Ministries has been damaged as set forth herein.

WHEREFORE, Rapha Ministries prays this Court for an Order and Judgment in its favor and against Liberty Mutual, for its fees and costs incurred herein, and for whatever other relief this Court deems just and proper.

## COUNT II-VEXATIOUS REFUSAL TO PAY BY LIBERTY MUTUAL

### v. Liberty Mutual

31. Rapha Ministries restates and re-alleges all prior paragraphs of this Petition as if fully stated here.

32. The policy of insurance issued by Liberty Mutual and described herein was in effect at the time of May 16, 2025.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

33. Rapha Ministries requested and demanded that Liberty Mutual uphold its obligations and pay monies owed to Rapha Ministries under the policy for its damage and losses.

34. Liberty Mutual has failed and refused to pay in full the claim submitted by Rapha Ministries for damage and losses.

35. Liberty Mutual's refusal to pay was and is without reasonable cause or excuse as the facts would appear to a reasonable and prudent person, in violation of § 375.296 RSMo and § 375.420 RSMo.

36. The unreasonableness has been repeatedly shown by Liberty Mutual's denial of Rapha Ministries' claims.  First, Liberty Mutual denied the roofing repair claim by alleging the installer stated that he did not install a new roof.  Second, Liberty Mutual denied the roofing repair claim by alleging that inspection and historical data showed pre-existing damage.

37. Despite these denials, Rapha Ministries provided in good faith the contract showing that Rapha Ministries contracted and paid for removal and replacement of the entire flat roof.

38. After the new roofing contract was provided, Liberty Mutual alleges that it has historical data showing pre-existing damage.  However, when the inspection occurred and when pictures were taken by Liberty Mutual's agent, the new roof was already installed, making it impossible to get accurate images of the wood underneath the new roofing.

39. Further, Liberty Mutual asserts that the TPO was improperly installed on the new roof.  However, the installation of TPO did not directly cause the tornado damages or losses sustained by Rapha Ministries.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

40. Liberty Mutual's refusal to pay was and is vexatious, and as a direct and proximate result of it, Rapha Ministries has been damaged in that it has sustained covered losses and damages in an amount of at least $70,000.00, for which it has not been fully compensated by Liberty Mutual or done so in a timely fashion.

41. In addition to all damages claimed, under § 375.420, Rapha Ministries is entitled to twenty percent (20%) of the first $1,500.00 of loss and ten percent (10%) for all losses greater than $1,500.00, and for Rapha Ministries' attorney's fees incurred herein.

42. Rapha Ministries demands a trial by jury on all issues presented in this Petition.

WHEREFORE, Rapha Ministries prays this Court for an Order and Judgment in its favor and against Liberty Mutual, for its fees and costs incurred herein, and for whatever other relief this Court deems just and proper.

Respectfully submitted,

HENDERSON LAW FIRM LLC

/s/Samuel Henderson
Samuel Henderson, MO 56330
1020 Meadowlark Drive
St. Louis, Missouri  63033
Tel:  (314) 399-8266
Cell:  (314) 775-9798
Email: attysamuelhenderson@gmail.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 29, 2026  a true and correct copy of the foregoing document was electronically filed on the court filing system.

/s/ Samuel Henderson

**2622-CC00616**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

# AFFIDAVIT

State of Indiana

County of Hamilton

NAME OF INSURED:        RAPHA MINISTRIES

POLICY NUMBER:        BKS 66914624

POLICY DATES:        10-31-2024 TO 10-31-2025

David Hager, archivist of

Ohio Security Insurance Company    and has compared the

attached copies of the insurance policy number listed above and its

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is a

true and exact recital of all the provisions in the said original policy and

endorsements attached thereto.

David Hager
Policy Copy Archivist

November 25, 2025

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



**Liberty Mutual® INSURANCE**

## Policyholder    Information

| **Named Insured & Mailing Address** | **Agent Mailing Address & Phone No.** |
|---|---|
| RAPHA MINISTRIES<br>20 N Marguerite Ave<br>Saint Louis, MO 63135-2340 | (314) 421-1525<br>THE DANIEL & HENRY CO<br>1001 Highlands Plaza Dr W<br>Ste 500<br>Saint Louis, MO 63110-1337 |



THIS IS NOT A BILL

### *Dear Policyholder:*

**Your Commercial Documents**

We know you work hard to build your business. We work together with your agent,
**THE DANIEL & HENRY CO             (314) 421-1525**
to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

- Commercial Package

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (314) 421-1525



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (314) 421-1525
- In case of a claim, call your Agent or  1-844-325-2467

## You  Need  To  Know

- **CONTINUED ON NEXT PAGE**

*To report  a claim,  call  your Agent or  1-844-325-2467*

DS 70 20 01 21

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**You  Need  To  Know  -  continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| CNI90 25 07 23 | Important Notice To Policyholders - Windstorm Or Hail Loss Notification |
| CNI90 26 09 23 | Important Notice To Policyholder Additional Defined Terms Roof Surfacing Cosmetic Loss Exclusion |
| CNI90 27 07 23 | Important Notice To Policyholder Expanded Meaning Of Defined Terms Actual Cash Value - Roof Surfacing |
| CNI90 28 02 23 | Important Notice - Concealment, Misrepresentation or Fraud |
| CNI90 30 02 23 | Important Notice - Concealment, Misrepresentation Or Fraud |
| CNL90 09 10 22 | Important Notice to Policyholder - Potential Changes to Your Policy Rating Basis |
| CNL90 15 12 23 | Important Notice To Policyholder Changes And/Or Clarifications In Coverage Multistate Endorsements Addressing Cyber, Data Privacy And Order Of Response |
| NP 10 84 11 22 | Important Notice To Policyholder Potential Changes And/Or Clarifications In Coverage Exclusion - PFC/PFAS |
| NP 72 42 02 20 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 74 06 01 06 | Flood Insurance Notice |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 89 69 09 21 | Important Policyholder Information Concerning Billing Practices |
| NP 98 20 01 15 | Jurisdictional Boiler And Pressure Vessel Inspections |
| SNI04 01 06 24 | Liberty Mutual Group Privacy Notice |
| SNI24 01 01 20 | Missouri Notice To Policyholders |
| SNI90 01 12 21 | Policyholder Notice - Company Contact Information |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**CNI 90 11 07 18**

# REPORTING A COMMERCIAL CLAIM 24 HOURS A DAY

**Liberty Mutual Insurance claims professionals across the United States are ready to resolve your claim quickly and fairly, so you and your team can focus on your business. Our claims teams are specialized, experienced and dedicated to a high standard of service.**

**We're Just a Call Away - One Phone Number to Report All Commercial Insurance Claims**

Reporting a new claim has never been easier. A Liberty Mutual customer service representative is available to you 24/7 at `1(844)325-2467` for reporting new property, auto, liability and workers' compensation claims. With contact centers strategically located throughout the country for continuity and accessibility, we're there when we're needed!

**Additional Resource for Workers' Compensation Customers**

In many states, employers are required by law to use state-specific workers compensation claims forms and posting notices. This type of information can be found in the Policyholders Toolkit section of our website along with other helpful resources such as:

- Direct links to state workers compensation websites where you can find state-specific claim forms

- Assistance finding local medical providers

- First Fill pharmacy forms - part of our managed care pharmacy program committed to helping injured workers recover and return to work

Our Policyholder Toolkit can be accessed at **www.libertymutualgroup.com/toolkit.**

For all claims inquiries please call us at `1(844)325-2467` **.**

© 2018 Liberty Mutual Insurance

**CNI 90 11 07 18**

**Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

CNI 90 25 07 23

## IMPORTANT  NOTICE TO POLICYHOLDERS
## WINDSTORM  OR HAIL LOSS NOTIFICATION

Thank you for insuring  your business with Liberty Mutual.  We appreciate  the trust  and confidence  you have placed in us. We take our responsibility   to our customers  seriously,  and part of that responsibility   is keeping you informed  at all times.

**What you need to know**

When a Windstorm  Or Hail Loss Notification   form  listed  below  is attached  to your policy,  a loss caused  by the peril of windstorm  or hail must be reported  to us within  the specified  time period.

**Reviewing  your coverage**

This Notice  provides  information   concerning  the following   forms,  where  one may be attached  to your renewal  policy  being  issued  by us. Please review  your new form and keep it with  your policy.

**Windstorm  Or Hail Loss Notification   BP 91 06**
**Windstorm  Or Hail Loss Notification   - 24 Months  BP 91 07**
**Missouri  - Windstorm  Or Hail Loss Notification   BP 91 14**
**Windstorm  Or Hail Loss Notification   CP 92 15**
**Windstorm  Or Hail Loss Notification   - 24 Months  CP 92 16**
**Missouri  - Windstorm  Or Hail Loss Notification   CP 92 22**

**We're  here to help**

If you would  like  more information   on this change  or have any other  questions  about your policy,  please contact  the broker  or agent shown  on your Declarations  Page.

**The above summary  is for information   purposes only and does not provide coverage. Your new Declarations Page, in conjunction  with  your policy and other applicable endorsements, provides complete details of your coverages. If this summary conflicts  with  the applicable  policy language, the policy language prevails. Carefully  read your policy, including  all endorsements.**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

CNI 90 26 09 23

# IMPORTANT  NOTICE  TO  POLICYHOLDER
# ADDITIONAL  DEFINED  TERMS
# ROOF SURFACING  COSMETIC  LOSS  EXCLUSION

Thank you for insuring  your business with Liberty Mutual. We appreciate the trust and confidence  you have placed in us. We take our responsibility   to our customers  seriously,  and part of that responsibility   is keeping you informed  at all times.

## What You Need to Know

This notice provides information  concerning  the following  endorsements  which  may apply  to your policy.

| Expiring  Form | Expiring Form Number | New  Form | New  Form Number |
|---|---|---|---|
| Roof Surfacing  Cosmetic Loss Exclusion | CP 88 36 | Roof Surfacing  Cosmetic Loss Exclusion | CP 92 17 |
| Missouri  Roof Surfacing Cosmetic  Loss Exclusion | CP 88 42 | Texas - Roof And Metal Surfaces Cosmetic Loss Exclusion | CP 92 25 |
| Roof Surfacing  Cosmetic Loss Exclusion | BP 89 24 | Roof Surfacing  Cosmetic Loss Exclusion | BP 91 10 |
| Roof Surfacing  Cosmetic Loss Exclusion | BP 89 25 | Texas - Roof And Metal Surfaces Cosmetic Loss Exclusion | BP 91 17 |

These endorsements  have been revised  to include  the following:

1. Cosmetic Loss or Damage: The meaning  of "cosmetic  loss or damage" has been modified  to clarify the conditions  that apply  to the updated  definition.

2. Metal Roof Materials:  A definition  for "metal  roof materials"  has been added.

3. Metal Exterior Building  Surfaces: A definition  for "metal  exterior  building  surfaces"  has been added.

Please note that these revisions  may affect coverage  provided.

## Reviewing  Your Coverage

If either of the new endorsements  listed above apply  to your policy, please review  and keep them  with  your policy.

## We're  Here to Help

If you would like more information   on this change or have any other questions  about your policy, please contact the broker or agent shown  on your Declarations  Page.

**The above summary is for information  purposes only and does not provide coverage. Your Declarations Page, in conjunction  with  your policy and other applicable endorsements, provides complete details of your coverages. If this summary conflicts with  the applicable policy language, the policy language pre-vails. Carefully read your policy, including all endorsements.**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

CNI 90 27 07 23

**IMPORTANT  NOTICE  TO  POLICYHOLDER**
**EXPANDED  MEANING  OF DEFINED  TERM**
**ACTUAL  CASH  VALUE - ROOF  SURFACING**

Thank you for insuring  your business with Liberty Mutual. We appreciate the trust and confidence  you have placed in us. We take our responsibility   to our customers  seriously  and part of that responsibility   is keeping you informed  at all times.

**What You Need to Know**

This notice provides information  concerning  the following  endorsements  which  may apply  to your  policy.

| Expiring Form | Expiring Form Number | New  Form | New  Form Number |
|---|---|---|---|
| Actual  Cash  Value - Roof(s) | CP 88 37 | Actual  Cash  Value - Roof(s) | CP 92 19 |
| Missouri  - Actual  Cash Value - Roof(s) | CP 88 41 | | |
| Windstorm   or Hail Losses to Roof Surfac- ing - Actual  Cash Value Loss Settlement | BP 14 04 | Windstorm   or Hail Losses to Roof Surfac- ing - Actual  Cash Value Loss Settlement | BP 91 05 |

These endorsements  have been revised  to include  the following:

- Roof Surfacing:  The meaning  of roof surfacing  has been modified  to clarify  additional  compo-nents that are covered  under the updated  definition  and settled at actual cash value in the event of a covered  loss. Please note that this revision  may affect coverage  provided.

**Reviewing  Your Coverage**

If either of the new endorsements  listed above apply  to your policy, please review and keep them with  your policy.

**We're Here to Help**

If you would  like more information   about this notice or have any other questions  about your policy, please contact the broker or agent shown  on your Declarations  Page.

**The above summary  is for information  purposes only and does not provide coverage. Your Declarations Page, in conjunction  with  your policy and other applicable  endorsements, provides complete details of your coverages. If this summary conflicts  with  the applicable  policy language, the policy language pre-vails. Carefully  read your policy, including  all endorsements.**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

CNI 90 28 02 23

## IMPORTANT  NOTICE - CONCEALMENT,  MISREPRESENTATION  OR FRAUD

Thank you for insuring  your business  with Liberty  Mutual. We appreciate  the trust and confidence  you have placed in us. We take our responsibility   to our customers  seriously,  and part of that responsibility   is keeping you informed  at all times.

**What you need to know**

Your renewal  policy includes  an updated condition  that permits  us to void your policy and/or deny a claim at any point if you or any insured  concealed  or misrepresented  a material  fact or circumstance,  made incorrect statements  about any material  fact, or engaged in fraud while  applying  for this policy or at any time during the policy  period.

**Reviewing  your coverage**

Please review  your new endorsement  and keep it with  your policy.

**We're  here to help**

If you would  like more information   on this change or have any other questions  about your policy,  please contact  the broker  or agent shown  on your Declarations  Page.

**The above summary  is for information  purposes only and does not provide coverage. Your new Declarations Page, in conjunction  with your policy and other applicable endorsements,  provides complete details of your coverages. If this summary  conflicts  with the applicable  policy language,  the policy language prevails. Carefully  read your policy, including  all endorsements.**



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

CNI 90 30 02 23

## IMPORTANT  NOTICE - CONCEALMENT,  MISREPRESENTATION  OR FRAUD

Thank you for insuring  your business  with Liberty Mutual.  We appreciate  the trust and confidence  you have placed in us. We take our responsibility   to our customers  seriously,  and part of that responsibility   is keeping you informed  at all times.

**What you need to know**

Your renewal  policy includes  an updated condition  that permits  us to cancel your policy and/or deny a claim at any point  if you or any insured  concealed  or misrepresented   a material  fact or circumstance,  made incorrect statements  about any material  fact, or engaged in fraud while  applying  for this policy  or at any time during  the policy  period.

**Reviewing  your coverage**

Please review  the new endorsement  and keep it with  your policy.

**We're here to help**

If you would  like more information   on this change or have any other questions  about your policy,  please contact the broker or agent shown on your Declarations  Page.

**The above summary  is for information  purposes only and does not provide coverage. Your new Declarations Page, in conjunction  with your policy and other applicable endorsements, provides complete details of your coverages. If this summary  conflicts  with the applicable  policy language, the policy language prevails. Carefully read your policy, including  all endorsements.**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

CNL 90 09 10 22

# IMPORTANT  NOTICE TO POLICYHOLDER
## POTENTIAL  CHANGES  TO YOUR  POLICY RATING  BASIS



Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial insurance. We appreciate your business and the trust you place in us for your insurance needs.

This notice explains potential changes to your policy rating basis.

If your policy rating basis includes sales or payroll, the exposure estimates used to calculate your premium may be adjusted on your renewal policy to reflect inflationary and market trends and will apply to future renewals. This may impact the premium we charge for your renewal (and other associated charges). If you have any exposure estimate changes or questions, please contact your agent.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**CNL 90 15 12 23**

# IMPORTANT  NOTICE  TO  POLICYHOLDER
## CHANGES AND/OR CLARIFICATIONS  IN COVERAGE
## MULTISTATE  ENDORSEMENTS  ADDRESSING
## CYBER, DATA  PRIVACY  AND  ORDER  OF RESPONSE

Thank you for insuring your business with Liberty Mutual. We appreciate the trust and confidence you have placed in us. We take our responsibility to our customers seriously, and part of that responsibility is keeping you informed at all times.

**What you need to know**

- **CG 04 37 - Loss Of Electronic Data Resulting From Physical Injury To Tangible Property Liability Coverage - Subject To Cyber Incident Exclusion**

  This endorsement is revised to delete provisions addressing the Access Or Disclosure Of Confidential Or Personal Information Exclusion and to add a cyber incident exclusion. Additionally, the provision "electronic data that does not result from physical injury to tangible property" is reworded and relocated as a separate exception to the Electronic Data Exclusion.

  With respect to deletion of the provisions addressing the Access Or Disclosure Of Confidential Or Personal Information Exclusion from this endorsement, attachment of this endorsement when Endorsement **CG 21 06** Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information (12/2023 edition) is attached to the same policy results in no impact on coverage. However, attachment of this endorsement when Endorsement **CG 21 08** Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information (Coverage **B** Only) (12/2023 edition) is attached to the same policy may represent a broadening of coverage.

  With respect to the Cyber Incident Exclusion, attachment of this endorsement when mandatory Endorsement **CG 40 35** Exclusion - Cyber Incident is attached to the same policy is a reinforcement of coverage intent. Otherwise, to the extent that current policy exclusions do not apply to liability arising out of cyber incidents, the changes to this revised endorsement will result in a reduction of coverage.

- **CG 21 06 - Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information**

  This endorsement is revised to delete the provisions addressing the Electronic Data Exclusion, replace "damages" with "bodily injury" or "property damage" and add biometric information to the types of material or information addressed in the endorsement. Additionally, the types of expenses addressed in the last paragraph of the exclusion are expressly extended to identity monitoring expenses, data restoration expenses and extortion expenses.

  With respect to bodily injury, property damage and personal and advertising injury arising out of access or disclosure of confidential or personal material or information, the various changes in this revised endorsement are a reinforcement of coverage intent.

  With respect to deletion of the Electronic Data Exclusion, the changes in this revised endorsement result in no impact on coverage.

- **CG 21 08 - Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information (Coverage B Only)**

  This endorsement is revised, in part, to add biometric information to the types of material or information addressed in the endorsement. Additionally, the types of expenses addressed in the last paragraph of the exclusion are expressly extended to identity monitoring expenses, data restoration expenses and extortion expenses.

  The changes in this revised endorsement are a reinforcement of coverage intent.

**CNL 90 15 12 23**          © 2023 Liberty Mutual Insurance          **Page 1 of 3**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

- **CG 21 85 - Exclusion - Electronic Data - Deletion Of Bodily Injury Exception**

When this endorsement is attached to your policy, the limited exception for bodily injury is deleted from Exclusion **p.** Electronic Data under Coverage **A.**

Attachment of this endorsement replacing Endorsement **CG 21 07** Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included results in no coverage impact with respect to loss of electronic data in Coverage **A.** Otherwise, attachment of this endorsement results in reduction of coverage.

- **CG 24 56 - Excess Insurance Provision - Order Of Response - When You Are An Additional Insured On Other Insurance**

When this endorsement is attached to your policy, Paragraph **b.(1)(b)** of the Other Insurance Condition is revised by deleting the word "primary" so that your CGL policy may be excess over any other policy (whether primary, excess, contingent or on any other basis) for which you have been added as an additional insured.

Attachment of this endorsement has no impact on coverage, but when you are added as an additional insured to another insurance policy, your own policy limits may potentially be preserved until limits applicable to the other policy on which you were added as an additional insured are exhausted first.

- **CG 40 35 - Exclusion - Cyber Incident**

When this endorsement is attached to your policy, coverage is excluded under Coverage **A** and Coverage **B** with respect to bodily injury, property damage or personal and advertising injury arising out of a cyber incident.

To the extent that current policy exclusions do not apply to liability arising out of cyber incidents, attachment of this endorsement will result in a reduction of coverage.

**FOR USE WITH THE OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

- **CG 33 53 - Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information**

This endorsement is revised to delete the provisions addressing the Electronic Data Exclusion, replace "damages" with "bodily injury" or "property damage" and add biometric information to the types of material or information addressed in the endorsement. Additionally, the types of expenses addressed in the last paragraph of the exclusion are expressly extended to identity monitoring expenses, data restoration expenses and extortion expenses.

With respect to bodily injury or property damage arising out of access to or disclosure of confidential or personal material or information, the changes in this revised endorsement are a reinforcement of coverage intent.

With respect to deletion of the Electronic Data Exclusion, the changes in this revised endorsement result in no impact on coverage.

- **CG 34 97 - Exclusion - Cyber Incident**

When this endorsement is attached to your policy, coverage is excluded with respect to bodily injury or property damage arising out of a cyber incident.

To the extent that current policy exclusions do not apply to liability arising out of cyber incidents, attachment of this endorsement will result in a reduction of coverage.

- **CG 34 98 - Exclusion - Electronic Data - Deletion Of Bodily Injury Exception**

When this endorsement is attached to your policy, the limited exception for bodily injury is deleted from Exclusion **l.** Electronic Data.

Attachment of this endorsement replacing Endorsement **CG 33 59** Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included results in no coverage impact with respect to loss of electronic data. Otherwise, attachment of this endorsement results in reduction of coverage.

**CNL 90 15 12 23**  © 2023 Liberty Mutual Insurance  **Page 2 of 3**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**FOR USE WITH THE PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

- **CG 33 53 - Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information**

  This endorsement is revised to delete the provisions addressing the Electronic Data Exclusion and add biometric information to the types of material or information addressed in the endorsement. Additionally, the types of expenses addressed in the last paragraph of the exclusion are expressly extended to identity monitoring expenses, data restoration expenses and extortion expenses.

  With respect to bodily injury or property damage arising out of access to or disclosure of confidential or personal material or information, the changes in this revised endorsement are a reinforcement of coverage intent.

  With respect to deletion of the Electronic Data Exclusion, the changes in this revised endorsement result in no impact on coverage.

- **CG 34 97 - Exclusion - Cyber Incident**

  When this endorsement is attached to your policy, coverage is excluded with respect to bodily injury or property damage arising out of a cyber incident.

  To the extent that current policy exclusions do not apply to liability arising out of cyber incidents, attachment of this endorsement will result in a reduction of coverage.

- **CG 34 98 - Exclusion - Electronic Data - Deletion Of Bodily Injury Exception**

  When this endorsement is attached to your policy, the limited exception for bodily injury is deleted from Exclusion **I.** Electronic Data.

  Attachment of this endorsement replacing Endorsement **CG 33 59** Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included results in no coverage impact with respect to loss of electronic data. Otherwise, attachment of this endorsement results in reduction of coverage.

**Reviewing your coverage**

Please review your new or revised form(s) and keep it with your policy.

**We're here to help**

If you would like more information on this change or have any other questions about your policy, please contact the broker or agent shown on your Declarations Page.

**The above summary is for information purposes only and does not provide coverage. Your new Declarations Page, in conjunction with your policy and other applicable endorsements, provides complete details of your coverages. If this summary conflicts with the applicable policy language, the policy language prevails. Carefully read your policy, including all endorsements.**

**CNL 90 15 12 23**            **©** 2023 Liberty Mutual Insurance            **Page 3 of 3**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**NP 10 84 11 22**

# IMPORTANT  NOTICE  TO  POLICYHOLDER
# POTENTIAL  CHANGES  AND/OR  CLARIFICATIONS  IN  COVERAGE
# EXCLUSION  - PFC/PFAS



Dear Valued Policyholder,

Thank you for selecting  us as your carrier for commercial  insurance. We appreciate  your business  and the trust  you place in us for your insurance  needs.

Please read your policy, including  all endorsements,  and review your declarations  page for complete cov-erage information.  No coverage is provided  by this notice, nor can it be construed  to replace any provision of your policy. If there are discrepancies  between  your policy and this notice, the provisions  of the policy shall prevail.

If you have any questions  after reviewing  this notice, please contact the broker or agent identified  on your declarations  page.

This notice does not form  a part of your insurance  contract. The notice is designed  to alert you to a coverage change and/or clarification  in your policy.

This notice provides  information  concerning  the following  endorsements,  which  may be attached to your renewal policy being issued by us.

**EXCLUSION  - PFC/PFAS BP 90 99 03 22**

**EXCLUSION  - PFC/PFAS CE 89 69 12 21**

**EXCLUSION  - PFC/PFAS CG 93 74 03 22**

**EXCLUSION  - PFC/PFAS CU 91 94 03 22**

**EXCLUSION  - PFC/PFAS FL 88 45 03 22**

When Exclusion  - PFC/PFAS endorsement  is attached  to your policy, coverage  is excluded  for liability arising  out of perfluorinated  compounds  or per- and polyfluoroalkyl  substances.

Thank you for your business.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

09/20/24

RAPHA MINISTRIES

20 N Marguerite Ave
Saint Louis, MO 63135-2340

(314) 421-1525
THE DANIEL & HENRY CO

1001 Highlands Plaza Dr W
Saint Louis, MO 63110-1337

BKS  (25)   66 91 46 24
From 10/31/2024 To 10/31/2025

## TERRORISM INSURANCE PREMIUM DISCLOSURE AND OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from "certified acts of terrorism" exceed a specified deductible amount, the government will generally reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

Beginning in calendar year 2020, the Federal Share is 80% and the Program Trigger is $200,000,000.

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury ] , in consultation with the Secretary of Homeland Security, and the Attorney General of the United States

**(i)** to be an act of terrorism;

**(ii)** to be a violent act or an act that is dangerous to
  **(I)** human life;
  **(II)** property; or
  **(III)** infrastructure;

**(iii)** to have resulted in damage within the United States, or outside of the United States in the case of
  **(I)** an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
  **(II)** the premises of a United States mission; and

**NP 72 42 02 20**                                   © 2020 Liberty Mutual Insurance                                   **Page 1 of 2**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(iv)** to have been committed  by an individual  or individuals  as part of an effort  to coerce the civilian population  of the United States or to influence  the policy or affect the conduct  of the United States Government  by coercion.

## REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO

We have included  in your policy coverage for losses resulting  from "certified  acts of terrorism"  as defined above.

THE PREMIUM  CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS  PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT. If we are providing  you with a quote, the premium  charge will  also appear on your quote as a separate  line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWLEDGMENT, AND RETURN THIS FORM TO YOUR AGENT: **Please ensure any rejection is received within thirty (30) days of the effective  date of your policy .**

Before making  a decision  to reject terrorism  insurance,  refer to the Disclaimer  for Standard  Fire Policy States located  at the end of this Notice.

☐ I hereby  reject this offer of coverage. I understand  that by rejecting  this offer, I will  have no coverage  for losses arising  from "certified  acts of terrorism"  and my policy will  be endorsed accordingly.

| Policyholder/Applicant's    Signature | Print Name | Date Signed |
|---|---|---|
| _____ | _____ | _____ |

Named Insured

RAPHA MINISTRIES

Policy  Number

BKS  (25)    66 91 46 24

Policy Effective/Expiration   Date

From 10/31/2024 To 10/31/2025

**IF YOU REJECTED THIS COVERAGE, PLEASE RETURN  THIS FORM TO YOUR AGENT.**

Note: Certain states (currently  CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage for loss caused by fire following  a "certified  act of terrorism"  in certain types of insurance policies. If you reject TRIA coverage in these states on those policies, you will  not be charged any additional premium  for that state mandated  coverage.

**The summary of the Act and the coverage under your policy contained  in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions  regarding  this notice, please contact  your agent.

**NP 72 42 02 20**          © 2020 Liberty Mutual Insurance          **Page 2 of 2**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

# FLOOD INSURANCE  NOTICE

Unless  a Flood Coverage endorsement  is attached,  your policy  does not provide  flood coverage  and you will **not** have coverage for property  damage from floods  unless  you purchase a separate policy  for flood insurance through  the Federal Emergency Management  Agency (FEMA) National  Flood Insurance Program.

If you  would  like  more  information   about obtaining  coverage  under the National  Flood Insurance Program, please  contact  your agent.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**NP 74 44 09 06**

# U.S. TREASURY DEPARTMENT'S  OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY  NOTICE  TO POLICYHOLDERS



No coverage is provided  by this Policyholder  Notice  nor can it be construed  to replace any provisions  of your policy. You should read your policy and review your Declarations  page for complete information  on the coverages  you are provided.

This Notice provides information  concerning  possible impact on your insurance  coverage due to directives issued by OFAC. **Please read this Notice  carefully.**

Please refer any questions  you may have to your insurance  agent.

The Office of Foreign Assets Control (OFAC) administers  and enforces sanctions  policy, based on Presidential declarations  of "national  emergency".  OFAC has identified  and listed numerous:

- Foreign  agents;
- Front organizations;
- Terrorists;
- Terrorist organizations;  and
- Narcotics traffickers;

as "Specially  Designated  Nationals  and Blocked  Persons".  This list can be located  on the United  States Treasury's  web site - http//www.treas.gov/ofac.

In accordance  with OFAC regulations,  if it is determined  that you or any other insured,  or any person or entity claiming  the benefits of this insurance  has violated  U.S. sanctions  law or is a Specially  Designated National  and Blocked  Person, as identified  by OFAC, this insurance  will be considered  a blocked or frozen contract  and all provisions  of this insurance  are immediately  subject to OFAC. When an insurance  policy is considered  to be such a blocked or frozen contract,  no payments  nor premium  refunds  may be made without  authorization  from OFAC. Other limitations  on the premiums  and payments  also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**NP 89 69 09 21**

# IMPORTANT  POLICYHOLDER INFORMATION  CONCERNING BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will be charged installment fees. For more information on our EFT-Automatic withdrawals payment option, refer to the attached EFT enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

**NP 89 69 09 21**          © 2021 Liberty Mutual Insurance          **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

NP 98 20 01 15

# JURISDICTIONAL  BOILER  AND  PRESSURE  VESSEL  INSPECTIONS

Most jurisdictions  (cities or states) are governed  by laws and regulations  that require  owners  of boilers  and pressure  vessels to have their equipment  inspected  on a routine  basis. Jurisdictions  require that equipment is installed  and operated  according  to these regulations,  and it is the equipment  breakdown  engineering inspector's  responsibility  to verify the equipment  complies  with all requirements.

Liberty Mutual Equipment Breakdown is a National  Board Accredited  Authorized  Inspection  Agency. This designation  is recognized  by authorities  having jurisdictions  in the U.S. & provinces  of Canada and gives Liberty Mutual commissioned  inspectors  the ability to perform jurisdictionally  required  inspection  on boil-ers and pressure  vessels at insured locations.  We have field inspectors  strategically  located  throughout  the U.S. to perform  boiler and pressure  vessel inspection  for our customers  and clients.

**To request a Jurisdictional  Inspection  please:**

● **Call the LMEB Hotline  (877) 526-0020**

**Or**

● **Email your request  to <u>LMEBInspections@Libertymutual.com</u>**

The assigned  EB Risk Engineer  will  call to schedule  within  24 - 48 hours.  When requesting  an inspection please include  the following:

● Current  Policy  Number

● Location  Address

● Contact  Name

● Contact  Phone Number  and/or  Email Address



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

## LIBERTY MUTUAL  GROUP  PRIVACY  NOTICE
### Commercial  Lines (excluding  Workers' Compensation)
### (Effective June 2024)

Liberty Mutual Group and its affiliates, subsidiaries, and partners (collectively "Liberty Mutual" or "we", "us" and "our") provide insurance to companies and other insurers. This Privacy Notice explains how we gather, use, and share your data. This Privacy Notice applies to you if you are a **Liberty Mutual commercial line insured or are a commercial line claimant.** It does not apply to covered employees or claimants under Workers' Compensation policies. If this notice does not apply to you, go to libertymutual.com/ privacy to review the applicable Liberty Mutual privacy notice.

### What Data Does Liberty Mutual Gather?

The types of personal data we gather and share depend on both the product and your relationship to us. For example, we may gather different data if you are a claimant reporting an injury than if you want a quote for commercial property insurance. The data we gather can include your Social Security Number, income, transaction data such as account balances and payment history, and data from consumer reports. It may also include data gathered in connection with our provision of insurance services, when you apply for such services, or resulting from other contacts with you. It may also include:

- **Identifiers** , including a real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, Social Security Number, driver's license number, or other similar identifiers;

- **Personal information** , such as your name, signature, Social Security Number, physical characteristics or description, address, telephone number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, financial information, medical information, or health insurance information;

- **Protected classification characteristics** , including age, race, color, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, or veteran or military status;

- **Commercial information** , including records of personal property, products or services purchased, obtained, or considered, or other purchasing or consumer histories and tendencies;

- **Internet or other similar network activity** , including browsing history, search history, information on a consumer's interaction with a website, application, or advertisement;

- **Professional or employment related information** , including current or past job history or performance evaluations;

- **Inferences drawn from other personal information** , such as a profile reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes;

- **Risk data** , including data about your driving and/or accident history; this may include data from consumer reporting agencies, such as your motor vehicle records, and loss history information, health data, or criminal convictions;

- **Claims data** , including data about your previous and current claims, which may include data regarding your health, criminal convictions, third party reports, or other personal data; and

- **Sensitive Data** as defined under the California Privacy Rights Act when used to infer characteristics of an individual.

### How Do You Gather My Data?

| We gather your personal data **directly from you**. For example, you provide us with data when you: | We also gather your personal data **from other people**. For example: |
|---|---|
| ● ask about or buy insurance, or file a claim | ● your insurance agent or broker |
| ● pay your policy | ● your employer, association or business (if you are insured through them) |

| | |
|---|---|
| ● visit our websites, call us, or visit our office | ● our affiliates or other insurance companies about your transactions with them |
| | ● consumer reporting agencies, Motor Vehicle Departments, and inspection services, to gather your credit history, driving record, claims history, or value and condition of your property |
| | ● other public directories and sources |
| | ● third parties, including other insurers, brokers and insurance support organizations who you have communicated with about your policy or claim, anti-fraud databases, sanctions lists, court judgments and other databases, government agencies, open electoral register, or in the event of a claim, third parties including other parties to the claim witnesses, experts, loss adjusters and claim handlers |
| | ● other third parties who take out a policy with us and are required to provide your data such as when you are named as a beneficiary or where a family member has taken out a policy which requires your personal data |

Organizations that share data with us may keep it and disclose it to others as permitted by law.

### How Does Liberty Mutual Use My Data?

Liberty Mutual uses your data to provide you with our products and services, and as otherwise provided in this Privacy Notice. We may use your data and the data of our former customers for our business and other compatible purposes. Our business purposes include, for example:

| Business Purpose | Data Categories | Do We Sell or Share Your Data as Defined by CPRA? |
|---|---|---|
| **Market, sell and provide insurance.** This includes, for example: <br>● calculating your premium; <br>● determining your eligibility for a quote; <br>● confirming your identity and servicing your policy; | ● Identifiers <br>● Personal Information <br>● Protected Classification Characteristics <br>● Commercial Information <br>● Internet or other similar network activity <br>● Professional or employment related information <br>● Inferences drawn from other personal information <br>● Risk data <br>● Claims data <br>● Sensitive Data | ● No |

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

| Business Purpose | Data Categories | Do We Sell or Share Your Data as Defined by CPRA? |
|---|---|---|
| **Manage your claim.** This includes, for example:<br>● managing your claim, if any;<br>● conducting claims investigations;<br>● conducting medical examinations;<br>● conducting inspections, appraisals;<br>● providing roadside assistance;<br>● providing rental car replacement or repairs; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data | ● No |
| **Day to Day Business and Insurance Operations.** This includes, for example:<br>● creating, maintaining, customizing, and securing accounts;<br>● supporting day-to-day business and insurance related functions;<br>● doing internal research for technology and development;<br>● marketing, advertising and creating products and services;<br>● conducting audits related to a current contact with a consumer and other transactions;<br>● as described at or before the point of gathering personal data or with your authorization; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data | ● No |
| **Security and Fraud Detection.** This includes, for example:<br>● detecting security issues;<br>● protecting against fraud or illegal activity, and to comply with regulatory and law enforcement authorities;<br>● managing risk and securing our systems, assets, infrastructure, and premises;<br>● help to ensure the safety and security of Liberty Mutual staff, assets, and resources, which may include physical and virtual access controls and access rights management;<br>● supervisory controls and other monitoring and reviews, as permitted by law; and emergency and business continuity management; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data | ● No |

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

| Business Purpose | Data Categories | Do We Sell or Share Your Data as Defined by CPRA? |
|---|---|---|
| **Regulatory and Legal Requirements.** This includes for example: <ul><li>controls and access rights management;</li><li>to evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Liberty's Mutual's assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal data held by Liberty Mutual is among the assets transferred;</li><li>exercising and defending our legal rights and positions;</li><li>to meet Liberty Mutual contract obligations;</li><li>to respond to law enforcement requests as required by applicable law, court order, or governmental regulations;</li><li>as otherwise permitted by law;</li></ul> | <ul><li>Identifiers</li><li>Personal Information</li><li>Protected Classification Characteristics</li><li>Commercial Information</li><li>Internet or other similar network activity</li><li>Professional or employment related information</li><li>Inferences drawn from other personal information</li><li>Risk data</li><li>Claims data</li></ul> | • No |
| **Improve Your Customer Experience and Our Products.** This includes, for example: <ul><li>improve your customer experience, our products, and service;</li><li>to provide support, personalize, and develop our website, products, and services;</li><li>create and offer new products and services;</li></ul> | <ul><li>Identifiers</li><li>Personal Information</li><li>Commercial Information</li><li>Internet or other similar network activity</li><li>Professional or employment related information</li><li>Inferences drawn from other personal information</li><li>Risk data</li><li>Claims data</li></ul> | • No |
| **Analytics to identify, understand, and manage our risks and products.** This includes, for example: <ul><li>conducting analytics to better identify, understand, and manage risk and our products;</li></ul> | <ul><li>Identifiers</li><li>Personal Information</li><li>Protected Classification Characteristics</li><li>Commercial Information</li><li>Internet or other similar network activity</li><li>Professional or employment related information</li><li>Inferences drawn from other personal information;</li><li>Risk data</li><li>Claims data</li><li>Sensitive Data</li></ul> | • No |



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

| Business Purpose | Data Categories | Do We Sell or Share Your Data as Defined by CPRA? |
|---|---|---|
| **Customer service and technical support.** This includes, for example:<br>• answer questions and provide notifications;<br>• provide customer and technical support. | • Identifiers<br>• Personal Information<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Cross-Context Behavioral Advertising** | • Identifiers<br>• IP address<br>• Internet or other similar network activity | • We share this information with service providers such as search engines and social media platforms. |

Liberty Mutual will not collect additional categories of personal information or use the personal information we collected for materially unrelated, or incompatible purposes without updating our notice.

**How Does Liberty Mutual Share My Data?**

Liberty Mutual does not sell your personal data as defined by California law.

Liberty Mutual shares your personal data as disclosed above. The California privacy law defines sharing as "communicating orally, in writing, or by electronic or other means, a consumers personal information, to a third party for cross-context behavioral advertising, whether or not for monetary or other valuable consideration". This occurs when you visit the Liberty Mutual website. Cookies or pixels are deployed that then allow us to show you targeted advertisements when you visit other websites or social media platforms.

This type of sharing is different from disclosing personal information to other entities to perform a service related to providing insurance or processing your claim. Liberty Mutual may disclose personal data with the following categories of affiliated and non-affiliated third parties:

- Liberty Mutual affiliates;
- Service Providers (such as auto repair facilities, towing companies, property inspectors, and independent adjusters);
- Insurance support organizations;
- Brokers and agents;
- Public entities (e.g. regulatory, quasi-regulatory, tax or other authorities, law enforcement agencies, courts, arbitrational bodies, and fraud prevention agencies);
- Consumer reporting agencies;
- Professional advisors including law firms, accountants, auditors, and tax advisors;
- Insurers, re-insurers, policy holders, and claimants;
- Group policyholders (for reporting claims data or an audit);
- A person, organization, affiliates or service providers conducting actuarial or research studies; and
- As permitted by law.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

We may also disclose data with other companies that provide marketing services on our behalf or as part of a joint marketing agreement for products offered by Liberty Mutual. We will not disclose your personal data with others for their own marketing purposes.

We may also disclose data about our transactions (such as payment history) and experiences (such as claims made) with you to our affiliates.

Liberty Mutual may disclose the following categories of personal data to service providers for business purposes:

| | |
|---|---|
| Identifiers | Personal Data |
| Protected Classification Characteristics | Commercial Information |
| Internet or other similar network activity | Claims Data |
| Inferences drawn from personal data | Risk Data |
| Professional, employment, and education information | |

### How Do We Keep Your Personal Data Safe?

We maintain physical, electronic, and procedural safeguards to protect your non-public personal information. These safeguards comply with applicable laws. Our employees and agents are authorized to access your data only for legitimate business purposes.

### How Long Does Liberty Mutual Retain Each Category of Personal Data?

We retain your information in accordance with our legal obligations, our records retention policies, or as otherwise permitted by law. For example, we may have a legal obligation to retain informatio n relating to your policies or claims with us. We will delete your data once the legal obligation expires or after the period of time specified in our records retention policies. The period of retention is subject to our review and alteration.

### Children's Privacy

We do not direct our services to individuals under the age of 13 and we request that these individuals do not provide personal data through our services.

### What Rights Do I Have to Learn More About My Personal Data?

Individuals may request access to a copy of their personal information. We will honor requests for access after we have verified your identity. We will grant two requests per year after. A request may be made to us by contacting us as described below.

You may have additional rights if you are a resident of California. For information about our data practices in the last 12 months, including the types of personal data we have collected, from whom we gathered that data, and with whom we disclosed the data, please go to Lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers). As a California resident, you also have the right to opt-out of cross-context behavioral advertising. You can learn more about those rights at lmi.co/caprivacycho ices. To learn more about these and other privacy rights you may have as a California resident, please see the California Privacy Policy (Consumers). If you cannot access the link, please contact us.

### Will Liberty Mutual Update This Privacy Notice?

We reserve the right to make changes to this notice at any time and for any reason. The updated version of this notice will be effective once it is posted online at https://www.libertymutual.com/. You are responsible for reviewing this notice to stay informed of any changes or updates.

### Who Do I Contact Regarding Privacy?

You can submit requests, seek additional information, or obtain a copy of our Privacy Notice in an alternative format by either:

| | |
|---|---|
| **Calling**: | 800-344-0197 |
| **Email**: | privacy@libertymutual.com |
| **Online**: | Libertymutualgroup.com/privacy- policy/data-request |
| **Postal Address**: | Liberty Mutual Insurance Company<br>175 Berkeley St. 6th Floor<br>Boston, MA 02116<br>Attn: Privacy Office |



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

SNI 24 01 01 20

# MISSOURI  NOTICE  TO  POLICYHOLDERS

This policy may include rates and forms which may not be filed with the Missouri Department of Commerce and Insurance.

## POLICYHOLDER  NOTICE  -  COMPANY  CONTACT  INFORMATION

In  the  event  you  need  to  contact  someone  about  this  policy  for  any  reason,  please  contact  your  Agent  or Producer  of  Record  as shown  on the policy  Declarations  or Information   Page.

If  you  have  additional   questions,  you  may  contact  the  company  at the following   address:

**Liberty Mutual  Insurance**
**175 Berkeley  Street**
**Boston, MA  02116**
**+1  (800)  344-0197**



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**SNI  90  01  12  21**                    © 2022 Liberty Mutual  Insurance.                    Page 1 of 1

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

This page intentionally left blank.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Liberty Mutual** INSURANCE

Coverage Is Provided In:
Ohio Security Insurance Company

Policy Number
**BKS (25)  66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| RAPHA MINISTRIES<br>20 N Marguerite Ave<br>Saint Louis, MO 63135-2340 | (314) 421-1525<br>THE DANIEL & HENRY CO<br>1001 Highlands Plaza Dr W<br>Ste 500<br>Saint Louis, MO 63110-1337 |

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** CHURCH

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY  OF COVERAGE PARTS AND CHARGES  - CUSTOM  PROTECTOR

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Commercial Property** | $4,290.00 |
| **Commercial General Liability** | $1,198.00 |
| **Pastoral Professional Liability** | $32.00 |

*Total Charges for all of the above coverage parts:*      *$5,520.00*
*Certified Acts of Terrorism Coverage:*    *$73.00*      *(Included)*

*Note: This is not a bill*

## IMPORTANT  MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

- Notice: The Employment-Related Practices Exclusion CG 21 47 is added to this policy to clarify there is no coverage for liability arising out of employment-related practices. Please read this endorsement carefully.

| Issue Date | 09/20/24 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-800-366-6446*

**DS 70 21 11 16**

Case: 4:26-cv-00806-MTS    Doc. #: 1-1    Filed: 05/21/26    Page: 38 of 246 PageID #: 47

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Liberty Mutual** INSURANCE

Coverage Is Provided In:

Ohio Security Insurance Company

Policy Number:
**BKS  (25)  66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Common  Policy  Declarations

**Named Insured**

RAPHA MINISTRIES
20 N Marguerite Ave
Saint Louis, MO 63135-2340

**Agent**

(314) 421-1525
THE DANIEL & HENRY CO
1001 Highlands Plaza Dr W
Ste 500
Saint Louis, MO 63110-1337

## SUMMARY  OF  LOCATIONS

This policy provides coverage for the following under one or more coverage parts. Please refer to the individual Coverage Declarations Schedules, or, the individual Coverage Forms for locations or territory definition for that specific Coverage Part.

0001 4171-4173 Fair Ave, Saint Louis, MO 63115-3431

## POLICY  FORMS  AND  ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 20 22 10 01 | Additional Insured - Church Members and Officers |
| CG 21 06 12 23 | Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Damon Hart
Secretary

Hamid Mirza
President

*To report a claim, call your Agent or 1-844-325-2467*
**DS 70 21 11 16**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Liberty Mutual® INSURANCE**

Coverage is Provided In:
Ohio Security Insurance Company

Policy Number:
**BKS (25)  66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time at Insured Mailing Location*

## Common Policy Declarations

### Named Insured

RAPHA MINISTRIES
20 N Marguerite Ave
Saint Louis, MO 63135-2340

### Agent

(314) 421-1525
THE DANIEL & HENRY CO
1001 Highlands Plaza Dr W
Ste 500
Saint Louis, MO 63110-1337

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 21 88 01 15 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 26 25 04 05 | Missouri Changes - Guaranty Association |
| CG 26 50 04 13 | Missouri Changes - Medical Payments |
| CG 40 35 12 23 | Exclusion - Cyber Incident |
| CG 84 99 08 09 | Non-Cumulation Liability Limits Same Occurrence |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 61 12 08 | Property Damage - Customers' Goods |
| CG 88 64 12 08 | Religious Organizations-Property Damage Extension With Voluntary Payments |
| CG 88 66 12 08 | Property Damage - Borrowed Equipment |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 78 12 08 | Pastoral Professional Liability Coverage |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 88 87 12 08 | Exclusion - Lead Liability |
| CG 88 88 01 16 | Professional Exclusion - Pastoral Counseling |
| CG 89 01 12 08 | Hired Auto And Non-Owned Auto Liability |
| CG 92 00 01 16 | Religious Organization Directors And Officers Liability Coverage |
| CG 92 48 01 16 | Sexual Misconduct or Abuse Exclusion |
| CG 93 74 03 22 | Exclusion - PFC/PFAS |
| CG 93 81 11 22 | Exclusion - Biometric Information Privacy Claim |
| CG 94 35 05 24 | Missouri Amendment Of Representations Condition |
| CP 00 10 10 12 | Building and Personal Property Coverage Form |
| CP 00 30 10 12 | Business Income (And Extra Expense) Coverage Form |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 21 11 16**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Liberty Mutual® INSURANCE**

Coverage is Provided In:

Ohio Security Insurance Company

Policy Number:
**BKS (25)  66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time at Insured Mailing Location*

## Common  Policy  Declarations

**Named Insured**

RAPHA MINISTRIES
20 N Marguerite Ave
Saint Louis, MO 63135-2340

**Agent**

(314) 421-1525
THE DANIEL & HENRY CO
1001 Highlands Plaza Dr W
Ste 500
Saint Louis, MO 63110-1337

## POLICY  FORMS  AND  ENDORSEMENTS  - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 03 29 10 12 | Deductibles By Location |
| CP 10 30 10 12 | Causes of Loss - Special Form |
| CP 71 92 06 14 | Missouri - Calculation of Additional Premium |
| CP 88 04 03 10 | Removal Permit |
| CP 88 43 06 14 | Missouri - Amendment of Identity Theft Administrative Services as Expense Coverage |
| CP 88 44 02 15 | Equipment Breakdown Coverage Endorsement |
| CP 90 49 01 15 | Missouri Property Amendatory Endorsement |
| CP 90 50 01 15 | Religious Organizations Custom Protector Endorsement |
| CP 90 55 12 12 | Business Income And Extra Expense Changes - Actual Loss Sustained In A Twelve-Month Period |
| CP 90 59 12 12 | Identity Theft  Administrative Services and Expense Coverage |
| CP 91 42 01 15 | Custom Protector Plus Endorsement |
| CP 92 12 12 20 | Cyber Incident Exclusion |
| CP 92 22 07 23 | Missouri - Windstorm Or Hail Loss Notification |
| CP 92 27 09 23 | Missouri Amendment Of Concealment, Misrepresentation Or Fraud Condition |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 01 04 22 | Missouri Changes |
| IL 02 74 02 13 | Missouri Changes - Cancellation and Nonrenewal |
| IL 09 35 07 02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |

*To report a claim,  call your Agent or  1-844-325-2467*

**DS 70 21 11 16**

Case: 4:26-cv-00806-MTS   Doc. #: 1-1   Filed: 05/21/26   Page: 41 of 246 PageID #: 50

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Liberty Mutual.** INSURANCE

Coverage is Provided In:
Ohio Security Insurance Company

Policy Number:
**BKS (25)  66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Common  Policy  Declarations

**Named Insured**

RAPHA MINISTRIES
20 N Marguerite Ave
Saint Louis, MO 63135-2340

**Agent**

(314) 421-1525
THE DANIEL & HENRY CO
1001 Highlands Plaza Dr W
Ste 500
Saint Louis, MO 63110-1337

## POLICY  FORMS  AND  ENDORSEMENTS  -  CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| IL 09 96 01 07 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Dispostion of Federal Terrorism Risk Insurance Act) |
| IL 70 13 02 08 | Amendment of Definition of Pollutants |
| IL 88 15 07 12 | Conditional Exclusion of Terrorism - Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| IL 88 36 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 88 38 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| IL 88 53 11 20 | Actual Cash Value |

*To report a claim,  call  your Agent or  1-844-325-2467*

**DS 70 21 11 16**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

This page intentionally left blank.

Case: 4:26-cv-00806-MTS   Doc. #: 1-1   Filed: 05/21/26   Page: 43 of 246 PageID #: 52

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM


**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:
Ohio Security  Insurance Company

Policy Number:
**BKS   (25)  66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time
at Insured  Mailing Location*

## Commercial    Property
## Declarations

| Named Insured | Agent |
|---|---|
| RAPHA MINISTRIES | (314) 421-1525<br>THE DANIEL & HENRY CO |

## SUMMARY  OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| **Property Schedule Totals** | **$4,222.00** |
| **Certified  Acts of Terrorism  Coverage** | **$68.00** |

*Total Advance Charges:*     *$4,290.00*

*Note: This is not a bill*

*To report  a claim,  call  your Agent or  1-844-325-2467*

**DS 70 22 01 08**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Liberty Mutual** INSURANCE

Coverage Is Provided In:
Ohio Security Insurance Company

Policy Number:
BKS   (25)   66 91 46 24

Policy Period:
From 10/31/2024 To 10/31/2025
*12:01 am Standard Time*
*at Insured Mailing Location*

## Commercial    Property
## Declarations    Schedule

**Named Insured**

RAPHA MINISTRIES

**Agent**

(314) 421-1525
THE DANIEL & HENRY CO

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

**0001   4171-4173   Fair Ave, Saint Louis, MO 63115-3431**

**Property Characteristics**

**Description:**

**Construction:** Joisted Masonry

**Building Coverage**

**Occupancy:** Churches and Synagogues

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | **$524,274** |
| Coinsurance | **100%** |
| Inflation Guard - Annual Increase | **4%** |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | **$1,000** |
| Deductible - Windstorm or Hail | **$1,000** |
| *Premium* | *$3,518.00* |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

Case: 4:26-cv-00806-MTS   Doc. #: 1-1   Filed: 05/21/26   Page: 45 of 246 PageID #: 54

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



**Liberty Mutual** INSURANCE

Coverage Is Provided In:
Ohio Security  Insurance Company

Policy Number:
**BKS   (25)  66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Commercial    Property
## Declarations    Schedule

| Named Insured | Agent |
|---|---|
| RAPHA MINISTRIES | (314) 421-1525<br>THE DANIEL & HENRY CO |

## SUMMARY  OF PROPERTY  COVERAGES  - BY LOCATION

*Continuation of 4171-4173 Fair Ave, Saint Louis, MO 63115-3431*

**Your Business Personal Property Coverage**

**Occupancy:** Churches  and Synagogues

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | **$25,250** |
| Coinsurance | **100%** |
| Inflation Guard - Annual Increase | **2%** |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | **$1,000** |
| Deductible - Windstorm or Hail | **$1,000** |
| *Premium* | *$243.00* |

**Business Income and Extra Expense Coverage**

| Description | |
|---|---|
| Limit of Insurance - Including Rental Value | **See Endorsement** |
| Actual Loss Sustained          12 Months | |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| *Premium* | *$193.00* |

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

|  | |
|---|---|
| *Premium* | *$58.00* |

*To report  a claim,  call  your Agent or  1-844-325-2467*

**DS 70 23 01 08**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Liberty Mutual® INSURANCE**

Coverage Is Provided In:
Ohio Security Insurance Company

Policy Number:
**BKS   (25)  66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial    Property
Declarations    Schedule**

| Named Insured | Agent |
|---|---|
| RAPHA MINISTRIES | (314) 421-1525 <br> THE DANIEL & HENRY CO |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 4171-4173 Fair Ave, Saint Louis, MO 63115-3431*

**Mortgage Holder(s)**

Midwest Bank Centre

2191 Lemay Ferry RD
SAINT LOUIS, MO 63125

Loan#

## SUMMARY OF OTHER PROPERTY COVERAGES

**Identity Theft Administrative Services And Expense Coverage**

| Description | |
|---|---|
| Limit of Insurance | **See Endorsement CP9059** |
| *Premium* | *$12.00* |

**Property Extension Endorsement**

| Description | |
|---|---|
| Custom Protector Plus Endorsement | $10.00 |
| *Premium* | *$10.00* |

**Property Extension Endorsement**

| Description | |
|---|---|
| Religious Organizations Custom Protector Endorsement | $188.00 |
| *Premium* | *$188.00* |

**Commercial Property Schedule Total:**                    **$4,222.00**

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Liberty Mutual**®
**INSURANCE**

Coverages Provided In:
Ohio Security Insurance Company

**Commercial   General   Liability Declarations**
Basis: Occurrence

Policy Number:
**BKS   (25)   66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| RAPHA MINISTRIES | (314) 421-1525<br>THE DANIEL & HENRY CO |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 1,000,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 1,193.00 |
| Certified Acts of Terrorism  Coverage | 5.00 |

*Total Advance Charges:*   **$1,198.00**

*Note: This is not a bill*

*To report a claim,  call  your Agent or  1-844-325-2467*

**DS 70 22 01 08**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Liberty Mutual. INSURANCE**

Coverages Provided In:
Ohio Security Insurance Company

Policy Number:
**BKS   (25)  66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Commercial   General   Liability Declarations   Schedule

| Named Insured | Agent |
|---|---|
| RAPHA MINISTRIES | (314) 421-1525<br>THE DANIEL & HENRY CO |

## SUMMARY  OF CLASSIFICATIONS  - BY LOCATION

**0001**   4171-4173 Fair Ave, Saint Louis, MO 63115-3431
**Insured:**  RAPHA MINISTRIES

**CLASSIFICATION -**  41650
Churches Or Other Houses Of Worship
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 2,600 Square Feet Of Area | 244.979 | $637.00 |
| | | Total: | Included |

## SUMMARY  OF OTHER  COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Hired Auto Liability | See Policy Forms and Endorsements List. | $64.00 |
| Non-Owned Auto Liability | See Policy Forms and Endorsements List. | $157.00 |
| Religious Organizations Custom Protector Coverages | See Policy Forms and Endorsements List | $100.00 |
| Religious Organization Directors and Officers Liability | | $235.00 |

**Commercial General Liability Schedule Total**                          **$1,193.00**

*To report a claim,  call  your Agent or  1-844-325-2467*

**DS 70 23 10 16**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Liberty Mutual.** INSURANCE

Coverages Provided In:
Ohio Security Insurance Company

**Pastoral   Professional**

**Liability   Declarations**

Basis: Occurrence

Policy Number
**BKS   (25)  66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| RAPHA MINISTRIES | (314) 421-1525<br>THE DANIEL & HENRY CO |

## SUMMARY  OF LIMITS AND CHARGES

| Pastoral Professional Liability Limits of Insurance | DESCRIPTION | LIMIT |
|---|---|---|
| | Each Claim Limit | 1,000,000 |
| | Aggregate Limit | 1,000,000 |

| Explanation of Charges | DESCRIPTION | PREMIUM |
|---|---|---|
| | Pastoral Professional Liability | 32.00 |
| | Certified Acts of Terrorism  Coverage | .00 |

*Total Advance Charges:*                    *$32.00*

*Note: This is not a bill*

## SUMMARY  OF LOCATIONS  YOU OWN, RENT, OR OCCUPY

4171-4173 Fair Ave, Saint Louis, MO 63115-3431

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 22 01 08**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

# Liberty Mutual INSURANCE

Coverage Is Provided In:

Ohio Security Insurance Company

Policy Number:
**BKS   (25)   66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Pastoral   Professional
## Liability  Declarations   Schedule

| Named Insured | Agent |
|---|---|
| RAPHA MINISTRIES | (314) 421-1525 |
| | THE DANIEL & HENRY CO |

## SUMMARY  OF CLASSIFICATIONS  - BY LOCATION

4171-4173 Fair Ave, Saint Louis, MO 63115-3431

**Insured:**  RAPHA MINISTRIES

**CLASSIFICATION -**  73930
Pastoral Professional Liability

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / EACH MINISTER | PREMIUM |
|---|---|---|---|
| Professional Liability | 1st Minister | 31.900 | $32.00 |
| | | Total: | $32.00 |

| | |
|---|---|
| **Pastoral  Professional  Liability  Schedule Total** | **$32.00** |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 22 01 08**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

# COMMERCIAL  GENERAL  LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II -** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

 

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of



© Insurance Services Office, Inc., 2012

the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

© Insurance Services Office, Inc., 2012    **CG 00 01 04 13**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**n.  Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.  War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.  Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1.  Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2.  Exclusions**

We will not pay expenses for "bodily injury":

**a.  Any Insured**

To any insured, except "volunteer workers".

**b.  Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletics contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   **a.** All expenses we incur.

   **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   **e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   **g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   **a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   **b.** This insurance applies to such liability assumed by the insured;

   **c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   **d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   **e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   **f.** The indemnitee:

      **(1)** Agrees in writing to:

         **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

         **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

         **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and



**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co- "employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

© Insurance Services Office, Inc., 2012      **CG 00 01 04 13**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage **C**;

b. Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage **B.**

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage **A;** and

b. Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**SECTION V - DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

 © Insurance Services Office, Inc., 2012 **CG 00 01 04 13**



f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL  LIABILITY**
**CG 20 22 10 01**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL  INSURED - CHURCH MEMBERS AND OFFICERS

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**A.** Paragraph **2.a., Exclusions** of **Section I Coverage C - Medical Payments** is replaced by the following:

We will not pay expenses for "bodily injury":

**a.** To any insured, except church members who are not paid a fee, salary or other compensation.

**B.** **Section II - WHO IS AN INSURED** is amended to include the following  as insureds:

**1.** Any of your church members, but only with respect to their liability for your activities or activities they perform on your behalf.

**2.** Any:

**a.** Trustee, official or member of the board of governors of the church; or

**b.** Members of the clergy

but only with respect to their duties as such.

**CG 20 22 10 01**      © ISO Properties, Inc., 2000      **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL  LIABILITY**
**CG 21 06 12 23**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - ACCESS OR DISCLOSURE  OF CONFIDENTIAL  OR PERSONAL MATERIAL OR INFORMATION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** The following  is added to Paragraph **2. Exclusions** of **Section I - Coverage  A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance  does not apply to:

**Access Or Disclosure Of Confidential  Or Personal Material  Or Information**

"Bodily  injury"  or "property  damage" arising  out of any access to or disclosure of any person's  or organization's  confidential  or personal material or information,  including:

**a.** Patents, trade secrets, processing methods, customer  lists;

**b.** Financial information,  credit card information;

**c.** Health information,  biometric  information;  or

**d.** Any other type of nonpublic  material or information.

This exclusion  applies  even if damages are claimed for notification  costs, credit or identity monitoring  expenses, forensic expenses, public relations expenses, data restoration  expenses, extortion  expenses or any other loss, cost or expense incurred by you or others arising  out of any access to or disclosure of any person's  or organization's  confidential  or personal material  or information.

**B.** The following  is added to Paragraph **2. Exclusions** of **Section I - Coverage  B - Personal And Advertising  Injury Liability:**

**2. Exclusions**

This insurance  does not apply to:

**Access Or Disclosure Of Confidential  Or Personal Material  Or Information**

"Personal and advertising  injury"  arising out of any access to or disclosure  of any person's  or organization's  confidential  or personal material or information,  including:

**a.** Patents, trade secrets, processing methods, customer  lists;

**b.** Financial information,  credit card information;

**c.** Health information,  biometric  information;  or

**d.** Any other type of nonpublic  material or information.

This exclusion  applies  even if damages are claimed for notification  costs, credit or identity monitoring  expenses, forensic expenses, public relations expenses, data restoration  expenses, extortion  expenses or any other loss, cost or expense incurred by you or others arising  out of any access to or disclosure  of any person's  or organization's  confidential  or personal material  or information.

**CG 21 06 12 23** © Insurance  Services  Office, Inc., 2022 **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 21 47 12 07**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT  - RELATED PRACTICES EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** The following  exclusion  is added to Paragraph  **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance  does not apply to:

"Bodily  injury"  to:

**(1)** A person arising  out of any:

   **(a)** Refusal to employ  that person;

   **(b)** Termination  of that person's employment;  or

   **(c)** Employment-related  practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination  or malicious prosecution directed  at that person;  or

**(2)** The spouse, child, parent, brother or sister of that person  as a consequence  of "bodily  injury"  to that person at whom any of the employment-related  practices described  in Paragraphs  **(a), (b),** or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether  the injury-causing  event described in Paragraphs  **(a), (b)** or **(c)** above occurs before employment, during employment  or after employment  of that person;

**(2)** Whether  the insured  may be liable as an employer  or in any other capacity;  and

**(3)** To any obligation  to share damages with or repay someone  else who must pay damages  because of the injury.

**B.** The following  exclusion  is added to Paragraph  **2., Exclusions** of Section **I - Coverage B - Personal And Advertising  Injury Liability:**

This insurance  does not apply to:

"Personal  and advertising  injury"  to:

**(1)** A person arising  out of any:

   **(a)** Refusal to employ  that person;

   **(b)** Termination  of that person's employment;  or

   **(c)** Employment-related  practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination  or malicious prosecution directed  at that person;  or

**(2)** The spouse, child, parent, brother or sister of that person  as a consequence  of "personal  and advertising  injury"  to that person at whom any of the employment-related  practices described  in paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether  the injury-causing  event described in Paragraphs  **(a), (b)** or **(c)** above occurs before employment, during employment  or after employment  of that person;

**(2)** Whether  the insured  may be liable as an employer  or in any other capacity;  and

**(3)** To any obligation  to share damages with or repay someone  else who must pay damages  because of the injury.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 21 67 12 04**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI  OR BACTERIA  EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** The following  exclusion  is added to Paragraph **2.** Exclusions  of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2., Exclusions**

This insurance  does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion  does not apply to any "fungi" or bacteria  that are, are on, or are contained in, a good or product  intended for bodily consumption.

**B.** The following  exclusion  is added to Paragraph **2.** Exclusions  of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance  does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following  definition  is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

**CG 21 67 12 04**                    ©ISO Properties,  Inc., 2003                    **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 21 70 01 15**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON  LOSSES FROM  CERTIFIED ACTS OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY

**A.** If aggregate insured losses attributable  to terrorist acts certified  under the federal Terrorism Risk Insurance  Act exceed $100 billion  in a calendar  year and we have met our insurer deductible  under the Terrorism  Risk Insurance Act, we shall not be liable for the payment of any portion  of the amount of such losses that exceeds $100 billion,  and in such case insured  losses up to that amount are subject  to pro rata allocation  in accordance with procedures  established  by the Secretary of the Treasury.

"Certified  act of terrorism"  means an act that is certified  by the Secretary of the Treasury, in accordance  with the provisions  of the federal Terrorism  Risk Insurance  Act, to be an act of terrorism  pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance  Act for a "certified  act of terrorism"  include the following:

**1.** The act resulted  in insured  losses in excess of $5 million  in the aggregate, attributable  to all types of insurance  subject  to the Terrorism  Risk Insurance  Act; and

**2.** The act is a violent  act or an act that is dangerous  to human life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce the civilian  population  of the United  States or to influence the policy or affect the conduct  of the United  States Government  by coercion.

**B.** The terms and limitations  of any terrorism  exclusion,  or the inapplicability  or omission  of a terrorism  exclusion,  do not serve to create coverage  for injury  or damage that is otherwise excluded  under this Coverage  Part.

**CG 21 70 01 15** © Insurance  Services  Office, Inc., 2015 **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL  LIABILITY**
**CG 21 76 01 15**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  OF PUNITIVE  DAMAGES
# RELATED  TO  A  CERTIFIED  ACT  OF  TERRORISM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK  POLICY



**A.** The following  exclusion  is added:

This insurance  does not apply  to:

**TERRORISM  PUNITIVE  DAMAGES**

Damages arising,  directly  or indirectly,  out of a "certified  act of terrorism"  that are awarded as punitive  damages.

**B.** The following  definition  is added:

"Certified  act of terrorism"  means an act that is certified  by the Secretary  of the Treasury, in accordance  with the provisions  of the federal Terrorism  Risk Insurance  Act, to be an act of terrorism  pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance  Act for a "certified  act of terrorism"  include the following:

**1.** The act resulted  in insured  losses in excess of $5 million  in the aggregate,  attributable  to all types of insurance  subject to the Terrorism  Risk Insurance  Act; and

**2.** The act is a violent  act or an act that is dangerous  to human life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce  the civilian  population  of the United States or to influence  the policy or affect  the conduct  of the United States Government  by coercion.

**C.** The terms and limitations  of any terrorism  exclusion, or the inapplicability  or omission of a terrorism  exclusion,  do not serve to create coverage  for injury or damage that is otherwise  excluded  under this Coverage  Part.

**CG 21 76 01 15**                    © Insurance  Services  Office, Inc., 2015                    **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

COMMERCIAL  GENERAL LIABILITY
CG 21 88 01 15

THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONDITIONAL  EXCLUSION  OF TERRORISM  INVOLVING NUCLEAR,  BIOLOGICAL OR CHEMICAL  TERRORISM (RELATING  TO DISPOSITION  OF FEDERAL TERRORISM  RISK INSURANCE  ACT)

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY

A. **Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

CG 21 88 01 15                    © Insurance  Services  Office, Inc., 2015                    **Page 1 of 2**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



    **b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

   **3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

   **1.** "Terrorism" means activities against persons, organizations or property of any nature:

     **a.** That involve the following or preparation for the following:

       **(1)** Use or threat of force or violence; or

       **(2)** Commission or threat of a dangerous act; or

       **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

     **b.** When one or both of the following applies:

       **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

       **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

   **2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

   **1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

   **2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

   **3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

   **4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

    © Insurance Services Office, Inc., 2015     **CG 21 88 01 15**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL  LIABILITY**
**CG 24 26 04 13**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT   OF INSURED  CONTRACT  DEFINITION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART

The definition  of "insured  contract"  in the **Definitions** section is replaced by the following:

"Insured  contract"  means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies  any person or organization  for damage by fire to premises  while  rented to you or temporarily  occupied by you with permission of the owner  is not an "insured  contract";

   **b.** A sidetrack  agreement;

   **c.** Any easement or license agreement, except in connection  with construction  or demolition  operations  on or within  50 feet of a railroad;

   **d.** An obligation,  as required  by ordinance, to indemnify  a municipality,  except in connection  with work for a municipality;

   **e.** An elevator  maintenance  agreement;

   **f.** That part of any other contract or agreement pertaining  to your business (including an indemnification  of a municipality in connection  with work performed  for a municipality)  under which you assume the tort liability  of another  party to pay for "bodily  injury"  or "property  damage" to a third person or organization,  provided the "bodily  injury"  or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However,  such part of a contract  or agreement  shall only be considered  an "insured  contract" to the extent your assumption  of the tort liability  is permitted by law. Tort liability  means a liability  that would  be imposed  by law in the absence of any contract  or agreement.

Paragraph **f.** does not include that part of any contract  or agreement:

   **(1)** That indemnifies  a railroad for "bodily injury"  or "property  damage" arising out of construction  or demolition operations, within 50 feet of any railroad property and affecting any railroad  bridge or trestle, tracks, road-beds,  tunnel,  underpass  or crossing;

   **(2)** That indemnifies  an architect, engineer or surveyor for injury or damage arising  out of:

      **(a)** Preparing, approving,  or failing to prepare or approve,  maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications;  or

      **(b)** Giving directions  or instructions, or failing to give them, if that is the primary  cause of the injury or damage;  or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability  for an injury or damage arising out of the insured's rendering or failure to render professional  services, including  those listed in **(2)** above and supervisory,  inspection, architectural  or engineering  activities.

**CG 24 26 04 13**       ©  Insurance  Services  Office,  Inc., 2012       **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 26 25 04 05**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI  CHANGES - GUARANTY  ASSOCIATION

This endorsement  modifies  insurance provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
ELECTRONIC DATA  LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED  OPERATIONS LIABILITY  COVERAGE PART
PRODUCT WITHDRAWAL  COVERAGE PART
RAILROAD  PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY



Missouri Property and Casualty Insurance Guaranty Association Coverage Limitations

**A.** Subject to the provisions  of the Missouri Property  and Casualty Insurance Guaranty Association  Act (to be referred  to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred  to as the Association), the Association  will pay claims covered  under the Act if we become  insolvent.

**B.** The Act contains various exclusions, conditions  and limitations  that govern  a claimant's eligibility  to collect payment from the Association  and affect the amount of any payment. The following  limitations  apply  subject  to all other provisions  of the Act:

**1.** Claims covered  by the Association  do not include  a claim by or against an insured  of an insolvent  insurer, if the insured  has a net worth of more than $25 million  on the later of the end of the insured's  most recent fiscal year or the December  thirty-first  of the year next preceding  the date the insurer becomes  insolvent;  provided  that an insured's net worth  on such date shall be deemed  to include  the aggregate  net worth  of the insured  and all of its affiliates as calculated  on a consolidated  basis.

**2.** Payments made  by the Association  for covered  claims  will include  only that amount  of each claim which is less than $300,000.

However, the Association  will not:

**(1)** Pay an amount  in excess of the applicable  limit of insurance of the policy  from which a claim arises; or

**(2)** Return  to an insured  any unearned  premium  in excess of $25,000.

These limitations  have  no effect on the coverage  we will  provide  under  this policy.

**CG 26 25 04 05**                    ©ISO Properties,  Inc., 2004                    **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 26 50 04 13**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI  CHANGES - MEDICAL  PAYMENTS

This endorsement  modifies  insurance  provided  under  the  following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

Paragraph  **1.a.** of **Coverage C. - Medical Pay-ments** is replaced  by the following:

1. **Insuring Agreement**

    a.  We will pay medical  expenses as de-scribed  below for "bodily  injury" caused by an accident:

    **(1)** On premises  you own or rent;

    **(2)** On ways next to premises  you own or rent; or

    **(3)** Because of your operations;

    provided  that:

    **(a)** The accident takes place in the "coverage  territory"  and during the policy  period;

    **(b)** The expenses are incurred and reported to us within  one year of the date of the accident. However, expenses reported to us after one year of the date of the accident will not be denied solely because of the late sub-mission unless such late sub-mission operates to prejudice our rights; and

    **(c)** The injured person submits to examination,  at our expense, by physicians  of our choice as of-ten as we reasonably  require.

**CG 26 50 04 13**                © Insurance  Services  Office,  Inc., 2012                **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 40 35 12 23**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - CYBER INCIDENT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART



**A.** The following  is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property  Damage Liability:**

**2.** **Exclusions**

This insurance  does not apply to:

**Cyber Incident**

"Bodily  injury"  or "property  damage" arising  out of a "cyber  incident".

This exclusion  applies  even if damages are claimed for notification  costs, credit or identity  monitoring  expenses, forensic expenses,  public relations expenses, data restoration  expenses, extortion  expenses or any other  similar  cost or expense incurred  by you or others  arising  out of a "cyber  incident".

**B.** The following  is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising  Injury Liability:**

**2.** **Exclusions**

This insurance  does not apply to:

**Cyber Incident**

"Personal  and advertising  injury"  arising out of a "cyber  incident".

This exclusion  applies  even if damages are claimed for notification  costs, credit or identity  monitoring  expenses, forensic expenses,  public relations expenses, data restoration  expenses, extortion  expenses or any other  similar  cost or expense incurred  by you or others  arising  out of a "cyber  incident".

**C.** For the purposes of this endorsement,  the following  definition  is added to the **Definitions** Section:

"Cyber incident"  means any:

**1.** Unauthorized  access to or use of any computer  system.

**2.** Malicious  code, virus or any other harmful  code that is directed at, enacted upon or introduced  into any computer  system and is designed to access, alter, corrupt, damage,  delete,  destroy,  disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer  system or otherwise  disrupt its normal functioning  or operation.

**3.** Denial of service attack which disrupts, prevents  or restricts  access to or use of any computer  system, or otherwise  disrupts its normal functioning  or operation.

**CG 40 35 12 23**       © Insurance  Services  Office, Inc., 2022       **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 84 99 08 09**

**THIS  ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-CUMULATION    OF LIABILITY LIMITS
# (SAME  OCCURRENCE)

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

The following   is added to Paragraph  **5.** under **Section III - Limits Of Insurance:**

Non-Cumulation   of Liability  - Same Occurrence - If one "occurrence"  causes "bodily  injury" or "property
damage"  during  the policy  period  and during  the policy  period  of one or more prior,  or future,  general
liability  policies  issued  to you by us, then this policy's  Each Occurrence  Limit  will be reduced  by the
amount  of each payment  made by us under the other policies  because of such "occurrence."

For purposes  of this endorsement,   the term "us"  also includes  all policies  issued  by any company  within
the Liberty  Mutual  Agency  Markets  division  of Liberty  Mutual  Group.

©2010 Liberty Mutual Insurance Company. All rights reserved.
**CG 84 99 08 09**       Includes copyrighted  material of Insurance Services Office, Inc., with its permission .       **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

COMMERCIAL  GENERAL LIABILITY
CG 88 10 04 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL  GENERAL LIABILITY EXTENSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

## INDEX

| SUBJECT | PAGE |
|---|---|
| NON-OWNED  AIRCRAFT | 2 |
| NON-OWNED  WATERCRAFT | 2 |
| PROPERTY DAMAGE LIABILITY - ELEVATORS | 2 |
| EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property  Damage) | 2 |
| MEDICAL PAYMENTS  EXTENSION | 3 |
| EXTENSION  OF SUPPLEMENTARY  PAYMENTS  - COVERAGES A AND B | 3 |
| ADDITIONAL  INSUREDS - BY CONTRACT, AGREEMENT  OR PERMIT | 3 |
| PRIMARY AND NON-CONTRIBUTORY-  ADDITIONAL  INSURED EXTENSION | 5 |
| ADDITIONAL  INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS  OF INSURANCE" | 6 |
| WHO IS AN INSURED - INCIDENTAL  MEDICAL ERRORS/MALPRACTICE AND WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION  - MANAGEMENT  EMPLOYEES | 6 |
| NEWLY FORMED OR ADDITIONALLY  ACQUIRED ENTITIES | 7 |
| FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES | 7 |
| KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT | 7 |
| LIBERALIZATION CLAUSE | 7 |
| BODILY INJURY  REDEFINED | 7 |
| EXTENDED PROPERTY DAMAGE | 8 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN  REQUIRED IN A CONTRACT  OR AGREEMENT  WITH YOU | 8 |

© 2013 Liberty Mutual Insurance
Includes copyrighted  material of Insurance Services Office, Inc., with  its permission.

CG 88 10 04 13 | **Page 1 of 8**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A. NON-OWNED AIRCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** exclusion **g. Aircraft, Auto Or Watercraft** does not apply to an aircraft provided:

**1.** It is not owned by any insured;

**2.** It is hired, chartered or loaned with a trained paid crew;

**3.** The pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating her or him a commercial or airline pilot; and

**4.** It is not being used to carry persons or property for a charge.

However, the insurance afforded by this provision does not apply if there is available to the insured other valid and collectible insurance, whether primary, excess (other than insurance written to apply specifically in excess of this policy), contingent or on any other basis, that would also apply to the loss covered under this provision.

**B. NON-OWNED WATERCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraph **(2)** of exclusion **g. Aircraft, Auto Or Watercraft** is replaced by the following:

This exclusion does not apply to:

**(2)** A watercraft you do not own that is:

**(a)** Less than 52 feet long; and

**(b)** Not being used to carry persons or property for a charge.

**C. PROPERTY DAMAGE LIABILITY - ELEVATORS**

**1.** Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraphs **(3), (4)** and **(6)** of exclusion **j. Damage To Property** do not apply if such "property damage" results from the use of elevators. For the purpose of this provision, elevators do not include vehicle lifts. Vehicle lifts are lifts or hoists used in automobile service or repair operations.

**2.** The following is added to **Section IV - Commercial General Liability Conditions,** Condition **4. Other Insurance,** Paragraph **b. Excess Insurance:**

The insurance afforded by this provision of this endorsement is excess over any property insurance, whether primary, excess, contingent or on any other basis.

**D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage)**

If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

**1.** Under Paragraph **2. Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:**

**a.** The fourth from the last paragraph of exclusion **j. Damage To Property** is replaced by the following:

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke, or leakage from an automatic fire protection system) to:

**(i)** Premises rented to you for a period of 7 or fewer consecutive days; or

**(ii)** Contents that you rent or lease as part of a premises rental or lease agreement for a period of more than 7 days.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" to contents of premises rented to you for a period of 7 or fewer consecutive days.

A separate limit of insurance applies to this coverage as described in **Section III - Limits of Insurance.**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**b.** The last paragraph of subsection **2. Exclusions** is replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

**2.** Paragraph **6.** under **Section III - Limits Of Insurance** is replaced by the following:

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to:

**a.** Any one premise:

**(1)** While rented to you; or

**(2)** While rented to you or temporarily occupied by you with permission of the owner for damage by fire, lightning, explosion, smoke or leakage from automatic protection systems; or

**b.** Contents that you rent or lease as part of a premises rental or lease agreement.

**3.** As regards coverage provided by this provision **D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) -** Paragraph **9.a.** of **Definitions** is replaced with the following:

**9.a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with the permission of the owner, or for damage to contents of such premises that are included in your premises rental or lease agreement, is not an "insured contract".

### E. MEDICAL PAYMENTS EXTENSION

If **Coverage C Medical Payments** is not otherwise excluded, the Medical Payments provided by this policy are amended as follows:

Under Paragraph **1. Insuring Agreement** of **Section I - Coverage C - Medical Payments,** Subparagraph **(b)** of Paragraph **a.** is replaced by the following:

**(b)** The expenses are incurred and reported within three years of the date of the accident; and

### F. EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** Under **Supplementary Payments - Coverages A** and **B**, Paragraph **1.b.** is replaced by the following:

**b.** Up to **$3,000** for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**2.** Paragraph **1.d.** is replaced by the following:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to **$500** a day because of time off from work.

### G. ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT

**1.** Paragraph **2.** under **Section II - Who Is An Insured** is amended to include as an insured any person or organization whom you have agreed to add as an additional insured in a written contract, written agreement or permit. Such person or organization is an additional insured but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by:

**a.** Your acts or omissions, or the acts or omissions of those acting on your behalf, in the performance of your on going operations for the additional insured that are the subject of the written contract or written agreement provided that the "bodily injury" or "property damage" occurs, or the "personal and advertising injury" is committed, subsequent to the signing of such written contract or written agreement; or



**b.** Premises or facilities rented by you or used by you; or

**c.** The maintenance, operation or use by you of equipment rented or leased to you by such person or organization; or

**d.** Operations performed by you or on your behalf for which the state or political subdivision has issued a permit subject to the following additional provisions:

**(1)** This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of the operations performed for the state or political subdivision;

**(2)** This insurance does not apply to "bodily injury" or "property damage" included within the "completed operations hazard".

**(3)** Insurance applies to premises you own, rent, or control but only with respect to the following hazards:

**(a)** The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

**(b)** The construction, erection, or removal of elevators; or

**(c)** The ownership, maintenance, or use of any elevators covered by this insurance.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

With respect to Paragraph **1.a.** above, a person's or organization's status as an additional insured under this endorsement ends when:

**(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

With respect to Paragraph **1.b.** above, a person's or organization's status as an additional insured under this endorsement ends when their written contract or written agreement with you for such premises or facilities ends.

With respects to Paragraph **1.c.** above, this insurance does not apply to any "occurrence" which takes place after the equipment rental or lease agreement has expired or you have returned such equipment to the lessor.

The insurance provided by this endorsement applies only if the written contract or written agreement is signed prior to the "bodily injury" or "property damage".

We have no duty to defend an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured as required in Paragraph **b.** of Condition **2. Duties In the Event Of Occurrence, Offense, Claim Or Suit** under **Section IV - Commercial General Liability Conditions.**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**2.** With respect to the insurance provided by this endorsement, the following are added to Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" arising from the sole negligence of the additional insured.

**b.** "Bodily injury" or "property damage" that occurs prior to you commencing operations at the location where such "bodily injury" or "property damage" occurs.

**c.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**(1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(2)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**d.** "Bodily injury" or "property damage" occurring after:

**(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**e.** Any person or organization specifically designated as an additional insured for ongoing operations by a separate **ADDITIONAL INSURED -OWNERS, LESSEES OR CONTRACTORS** endorsement issued by us and made a part of this policy.

**3.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement; or

**b.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declaratio ns.

**H. PRIMARY AND NON-CONTRIBUTORY ADDITIONAL INSURED EXTENSION**

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

Condition **4. Other Insurance of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

**a.** The following is added to Paragraph **a. Primary Insurance:**

If an additional insured's policy has an Other Insurance provision making its policy excess, and you have agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.



© 2013 Liberty Mutual Insurance

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**b.** The following   is added to Paragraph  **b. Excess Insurance:**

When a written  contract  or written  agreement,  other than a premises  lease, facilities  rental contract  or agreement,  an equipment  rental or lease contract  or agreement,  or permit  issued by a state or political subdivision   between  you and an additional   insured does not require  this insurance  to be primary  or primary  and non-contributory,   this insurance  is excess over any other insurance  for which the addi- tional  insured  is designated  as a Named  Insured.

Regardless  of the written  agreement  between  you and an additional   insured,  this insurance  is excess over any other insurance  whether  primary,   excess, contingent   or on any other basis for which the additional  insured  has been added as an additional   insured  on other  policies.

**I.  ADDITIONAL  INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS  OF INSURANCE"**

This provision   applies  to any person or organization   who qualifies  as an additional   insured  under any form or endorsement   under  this policy.

**1.**  The following   is added to Condition  **2. Duties In The Event Of Occurrence,  Offense,  Claim or Suit:**

An additional   insured under this endorsement   will  as soon as practicable:

**a.**  Give written  notice of an "occurrence"   or an offense that may result in a claim or "suit"  under this insurance  to us;

**b.**  Tender the defense and indemnity   of any claim or "suit"  to all insurers  whom also have insurance  available  to the additional   insured;  and

**c.**  Agree to make available  any other insurance  which the additional   insured  has for a loss we cover under this Coverage Part.

**d.**  We have no duty to defend or indemnify  an additional   insured  under this endorsement   until we receive written  notice of a "suit"  by the additional   insured.

**2.**  The limits of insurance applicable  to the additional  insured are those specified  in a written  contract or written  agreement  or the limits  of insurance  as stated in the Declarations  of this policy  and defined  in **Section III - Limits of Insurance** of this policy,  whichever  are less. These limits  are inclusive  of and not in addition  to the limits  of insurance  available  under this policy.

**J.  WHO IS AN INSURED - INCIDENTAL  MEDICAL ERRORS / MALPRACTICE**
**WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT  EMPLOYEES**

Paragraph  **2.a.(1)** of **Section II - Who Is An Insured** is replaced  with  the following:

**(1)**  "Bodily  injury"  or "personal  and advertising  injury":

**(a)**  To you, to your partners  or members  (if you are a partnership  or joint venture),  to your members  (if you are a limited  liability  company),  to a co-"employee"   while  in the course of his or her employ- ment or performing   duties related  to the conduct  of your business,  or to your other "volunteer workers"  while performing   duties related  to the conduct  of your business;

**(b)**  To the spouse, child, parent, brother  or sister of that co-"employee"   or "volunteer   worker"  as a consequence  of Paragraph  **(1) (a)** above;

**(c)**  For which there is any obligation   to share damages with or repay someone  else who must pay damages because of the injury  described  in Paragraphs  **(1) (a)** or **(b)** above;  or

**(d)**  Arising  out of his or her providing  or failing  to provide professional   health care services. However, if you are not in the business of providing   professional   health care services or providing  profes- sional health care personnel  to others, or if coverage for providing   professional   health care ser- vices is not otherwise  excluded  by separate endorsement,   this provision  (Paragraph  **(d)**) does not apply.

Paragraphs  **(a)** and **(b)** above do not apply to "bodily  injury"  or "personal  and advertising  injury"  caused by an "employee"   who is acting in a supervisory  capacity  for you. Supervisory  capacity  as used herein means the "employee's"   job responsibilities   assigned  by you, includes  the direct supervision  of other "employ- ees" of yours. However,  none of these "employees"   are insureds for "bodily  injury"  or "personal  and

© 2013 Liberty Mutual Insurance

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

advertising injury" arising out of their willful conduct, which is defined as the purposeful or willful intent to cause "bodily injury" or "personal and advertising injury", or caused in whole or in part by their intoxication by liquor or controlled substances.

The coverage provided by provision **J.** is excess over any other valid and collectable insurance available to your "employee".

### K.  NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES

Paragraph **3.** of **Section II - Who Is An Insured** is replaced by the following:

**3.**  Any organization you newly acquire or form and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.**  Coverage under this provision is afforded only until the expiration of the policy period in which the entity was acquired or formed by you;

**b.**  Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.**  Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**d.**  Records and descriptions of operations must be maintained by the first Named Insured.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations or qualifies as an insured under this provision.



### L.  FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **6. Representations:**

Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" is not intentional.

### M.  KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **2. Duties In The Event of Occurrence, Offense, Claim Or Suit:**

Knowledge of an "occurrence", offense, claim or "suit" by an agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an insured listed under Paragraph **1.** of **Section II - Who Is An Insured** or a person who has been designated by them to receive reports of "occurrences", offenses, claims or "suits" shall have received such notice from the agent, servant or "employee".

### N.  LIBERALIZATION CLAUSE

If we revise this Commercial General Liability Extension Endorsement to provide more coverage without additional premium charge, your policy will automatically provide the coverage as of the day the revision is effective in your state.

### O.  BODILY INJURY REDEFINED

Under **Section V - Definitions,** Definition **3.** is replaced by the following:

**3.**  "Bodily Injury" means physical injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death that results from such physical injury, sickness or disease.

© 2013 Liberty Mutual Insurance

**CG 88 10 04 13**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 7 of 8**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**P.   EXTENDED PROPERTY DAMAGE**

**Exclusion a.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

    **a.   Expected Or Intended Injury**

        "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**Q.   WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **8. Transfer Of Rights Of Recovery Against Others To Us:**

We waive any right of recovery we may have against a person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard" provided:

**1.**   You and that person or organization have agreed in writing in a contract or agreement that you waive such rights against that person or organization; and

**2.**   The injury or damage occurs subsequent to the execution of the written contract or written agreement.

© 2013 Liberty Mutual Insurance

**CG 88 10 04 13**      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 8 of 8**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

COMMERCIAL  GENERAL LIABILITY
CG 88 60 12 08

THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EACH LOCATION  GENERAL AGGREGATE LIMIT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART



**A.** For all sums which the insured  becomes  legally  obligated  to pay as damages  caused by "occurrences"  under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and for all medical expenses  caused by accidents  under **Section I - Coverage C Medical  Payments,** which  can be attributed  only to operations  at a single "location"  owned  by or rented to you:

    **1.** A separate Each Location General Aggregate  Limit applies to each "location",  and that limit is equal to the amount  of the General Aggregate  Limit shown in the Declarations.

    **2.** The Each Location  General Aggregate  Limit is the most we will  pay for the sum of all damages  under Coverage **A,** except damages  because of "bodily  injury"  or "property  damage" included  in the "products-completed   operations  hazard", and for medical  expenses  under Coverage **C** regardless  of the number  of:

        **a.** Insureds;

        **b.** Claims made or "suits"  brought;  or

        **c.** Persons or organizations  making claims or bringing  "suits".

    **3.** Any payments  made under Coverage **A** for damages  or under Coverage **C** for medical  expenses  shall reduce the Each Location General Aggregate  Limit for that "location".  Such payments  shall not reduce the General Aggregate  Limit shown in the Declarations  nor shall they reduce any other Each Location  General Aggregate  Limit for any other "location".

    **4.** The limits  shown  in the Declarations  for Each Occurrence, Fire Damage and Medical  Expense  continue  to apply. However,  instead  of being subject  to the General Aggregate  Limit shown  in the Declarations,  such limits  will  be subject  to the applicable  Each Location  General Aggregate  Limit.

**B.** For all sums which the insured  becomes  legally  obligated  to pay as damages  caused by "occurrences"  under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and for all medical expenses  caused by accidents  under **Section I - Coverage C Medical  Payments,** which cannot be attributed  only to operations  at a single "location"  owned  by or rented to you:

    **1.** Any payments  made under Coverage **A** for damages  or under Coverage **C** for medical  expenses  shall reduce the amount  available  under the General Aggregate  Limit or the Products-Completed  Operations Aggregate  Limit, whichever  is applicable;  and

    **2.** Such payments  shall not reduce any Each Location  General Aggregate  Limit.

**C.** When coverage for liability  arising  out of the "products-completed   operations  hazard"  is provided,  any payments  for damages  because of "bodily  injury"  or "property  damage" included  in the "products-completed  operations hazard" will reduce the Products-Completed  Operations Aggregate  Limit, and not reduce the General Aggregate  Limit nor the Each Location  General Aggregate  Limit.

**D.** For the purposes  of this endorsement,  the following  definition  is added to **Section V - Definitions:**

"Location"  means premises involving  the same or connecting  lots, or premises  whose connection  is interrupted  only by a street, roadway,  waterway  or right-of-way  of a railroad.

**E.** The provisions  of **Section III - Limits Of Insurance** not otherwise  modified  by this endorsement  shall continue  to apply as stipulated.

**CG 88 60 12 08**          Includes copyrighted material of ISO Properties, Inc., with its permission.          **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 61 12 08**

**THIS  ENDORSEMENT  CHANGES  THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY DAMAGE  - CUSTOMERS'  GOODS

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**A.**  Under  **Section I - Coverages, Coverage A - Bodily Injury And Property Damage Liability, 2. Exclusions, j. Damage To Property,** items  **(3), (4)** and **(6)** do not apply to "property  damage"  to "customers'  goods" while  on your premises.

**B.**  Under  **Section IV - Commercial  General Liability Conditions, 4. Other Insurance, b. Excess Insurance,** the following  is added:

The insurance  afforded  by this endorsement  is excess over any of the other insurance,  whether primary,  excess, contingent  or on any other basis, that is property  insurance.

**C.**  Under  **Section V - Definitions,** the following  definition  is added:

"Customers'  goods" means property  of your customer  on your premises  for the purpose of being worked  on or used in your manufacturing  process.

Nothing  contained  in this endorsement  shall  be held  to vary,  alter,  waive,  or extend  any of the terms, conditions,  provisions,  agreements  or limitations  of the policy,  other  than as stated above.

**CG 88 61 12 08**          Includes copyrighted  material of ISO Properties, Inc., with  its permission.          **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 64 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RELIGIOUS ORGANIZATIONS
# PROPERTY DAMAGE  EXTENSION  WITH  VOLUNTARY  PAYMENTS

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by this endorsement.



**A.  COVERAGE**

Subject to Section **B. Limits Of Insurance** of this endorsement:

1.  The following  is added to Paragraph **1. Insuring Agreement** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

At your request, we will pay for "loss"  to property  of others caused by your church operations  for which this policy provides  liability  insurance. Such payment  will be made without  regard to your legal obligation  to do so. The "loss"  must occur during the policy period  and must take place in the "coverage  territory".

2.  With respect to the coverage afforded  under Paragraph **A.1.** of this endorsement , Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is amended  as follows:

Exclusions  **j.(3), j.(4), j.(5)** and **j.(6)** are deleted.

**B.  LIMITS  OF INSURANCE**

As respects coverage afforded  by this endorsement,  **Section III - Limits Of Insurance** is replaced by the following:

Regardless of the number  of insureds, claims made or "suits"  brought, or persons or organizations making claims or bringing  "suits":

1.  Subject to **2.** below,  the most we will pay for one or more "loss"  arising  out of any one "occurrence"   is **$250.**

2.  The aggregate amount we will pay for the sum of all "loss"  in an annual period is **$5,000.** This aggregate  amount  is part of and not in addition  to the General Aggregate Limit described  in Paragraph **2.** of **Section  III - Limits Of Insurance.**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**C. CONDITIONS**

The following   conditions   are added  to **Section IV - Commercial  General  Liability  Conditions:**

**1.** Any payment  made  under  this  endorsement   shall  not  be interpreted   as an admission  of negligence  by you or by us.

**2.** In the event of loss covered  by this endorsement,   we will,  at our option,   either  pay the actual  cash  value  of the damaged  property  or repair  or replace  it.

**D. DEFINITIONS**

For the purposes  of coverage  afforded  by this endorsement,   the following   definition   is added:

"Loss"  means  unintentional   damage  or destruction   of property.  "Loss"  does not mean  disappear- ance, abstraction,   or theft.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 66 12 08**

**THIS  ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY DAMAGE  - BORROWED  EQUIPMENT

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.**  Under **Section I - Coverages, Coverage A - Bodily Injury And Property  Damage Liability, 2. Exclusions, j. Damage To Property,** item **(4)** does not apply to "property  damage" to borrowed  equipment  while that equipment  is not being used to perform  operations  at a job site.

**B.**  Under **Section IV - Commercial General Liability Conditions, 4. Other  Insurance, b. Excess Insurance,** the following  is added:

The insurance  afforded  by this endorsement  is excess over any of the other insurance,  whether  primary, excess, contingent  or on any other basis, that is property  insurance.

Nothing  contained  in this endorsement  shall be held to vary, alter, waive, or extend any of the terms, conditions,  provisions,  agreements  or limitations  of the policy,  other than as stated  above.



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 77 12 08**

**THIS  ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL  EXPENSE  AT  YOUR  REQUEST  ENDORSEMENT

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

The following   is added  to **Section  I - Coverage  C - Medical  Payments:**

If **Medical  Payments** or **Medical  Expenses** are not otherwise  excluded  from the policy,  medical  expenses will  be paid  only  if an insured  has requested  that  we pay such  expenses.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

COMMERCIAL  GENERAL LIABILITY
CG 88 78 12 08

# PASTORAL  PROFESSIONAL  LIABILITY  COVERAGE

Various  provisions  of this policy  restrict  coverage.  Read the entire policy  carefully  to determine  rights, duties  and what  is and is not covered.

Throughout  this policy  the words  "you"  and "your"  refer to the Named  Insured shown  in the Declarations. The words  "we",  "us"  and "our"  refer to the Company  providing  this insurance.

The word  "insured"  means any person  or organization  qualifying  as such under Section  **II -** Who Is An Insured.

Other  words  and phrases  that appear  in quotation  marks have special  meaning.  Refer to Section  **V -** Definitions.

## SECTION I - PASTORAL PROFESSIONAL LIABILITY COVERAGE

### A.  Insuring  Agreement

1.  We will  pay those sums that the insured  becomes  legally  obligated  to pay as "loss"  because of a "wrongful   act" to which  this insurance  applies.

2.  The amount  we will  pay will  not exceed  the amount  shown  in the Declarations  for this coverage and is subject  to the provisions  of Section  **III** - Limits  Of Insurance.

3.  No other obligation  or liability  to pay sums or perform  acts or services  is covered  unless  explicitly provided  for under **Section I B. Defense And Defense Expense.**

4.  This insurance  applies  to a "wrongful   act" only if the "wrongful   act" is committed:

    a.  In the "coverage  territory";   and

    b.  During the "policy  period";  or

    c.  Prior to the effective  date of the first Pastoral  Professional  Liability  Coverage  Part issued by us and consecutively  renewed  by us, but only if a claim  is made or a "suit"  is brought  during  the "policy  period",  and:

       (1)  The insured,  at the effective  date of the first Pastoral  Professional  Liability  Coverage  Part issued by us and consecutively  renewed  by us, had no knowledge  of any claim  or "suit",  or any "wrongful   act" which  could reasonably  be expected  to result  in a claim  or "suit";  and

       (2)  There is no other insurance  applicable  to such "wrongful   act".

### B.  Defense  And Defense Expense

1.  We will  have the right and duty to defend the insured  against any "suit"  seeking  "loss"  because of a "wrongful   act" to which  this insurance  applies.  We may, at our discretion,  investigate  any "wrongful   act" and settle any claim  or "suit"  that may result. But:

    a.  When the Each Claim  Limit  or the Aggregate  Limit  has been used up in the payment  of "loss", our duty to defend ends with respect  to any "suit"  seeking  "loss"  subject  to such exhausted limit;  and

    b.  We will  have no duty to defend the insured  against any "suit"  seeking  "loss"  to which  this insurance  does not apply.

2.  We will  pay with  respect  to any claim  we settle, or any "suit"  against  an insured  we defend:

    a.  All expenses  we incur.

   **b.** The cost of appeal bonds and bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   **c.** All reasonable expenses incurred by you or the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 per day because of time off from work.

   **d.** All costs taxed against the insured in the "suit". However, these payments do not include attorney's fees or attorney's expenses taxed against the insured.

   **e.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   **f.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

**C. Exclusions**

This insurance does not apply to:

**1. Criminal, Fraudulent, Malicious Or Dishonest Acts**

Any dishonest, fraudulent, malicious or criminal act of any insured.

**2. Bodily Injury Or Property Damage**

   **a.** "Bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, loading or unloading of:

   **(1)** Any automobile owned or operated by or rented or loaned to the named insured; or

   **(2)** Any other automobile operated by any person in the course of his or her employment by the named insured.

   **b.** All other "bodily injury" or "property damage" except when directly resulting from a "wrongful act".

**3. Personal And Advertising Injury**

"Personal and advertising injury".

**4. Medical Professional Services**

Medical, surgical, dental, x-ray or nursing service or treatment, or the furnishing of food or beverages in connection therewith or any cosmetic or tonsorial service or treatment or the furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

**5. Non-Pastoral Counseling Services Or Operations**

"Wrongful acts":

   **a.** Of the insured:

   **(1)** As a proprietor, superintendent, board member or executive officer of any hospital, sanitarium, medical clinic with bed and board facilities, or laboratory; or

   **(2)** While acting for a professional counseling service organized expressly for the purpose of providing counseling, referral, education or similar services.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**b.** Arising out of any trade, business, employment, or profession other than that of a pastoral counselor.

**6. Assault Or Battery**

Assault or battery by or at the direction of the insured except in the act of self defense.

**7. Pollution**

Any claim or "suit" arising directly or indirectly from the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants"; or any loss, cost or expense arising out of any environmental impairment statute or regulation, or governmental or any other request, demand or order to test, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of "pollutants".

**8. Employee Retirement Income Security Act**

Any claim arising out of a violation of any responsibilities, obligations or duties imposed on fiduciaries by the Employee Retirement Income Security Act of 1974 and any amendments thereto, or any similar law.

**9 Sexual Abuse Or Molestation**

Any claim or "suit" arising out of:

**a.** The actual, threatened or alleged sexual abuse, sexual molestation, sexual exploitation or sexual injury, committed by:

**(1)** Any insured;

**(2)** Any employee of any insured;

**(3)** Any other person performing services for or on behalf of any insured; or

**b.** The negligent:

**(1)** Employment;

**(2)** Investigation;

**(3)** Supervision;

**(4)** Reporting to the proper authorities, or failure to so report; or

**(5)** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by **a.** above.

**10. Employee Claims**

Any claim made by:

**a.** A former, current or prospective employee of the insured for "loss" arising out of and in the course of:

**(1)** Employment or seeking employment by the insured; or

**(2)** Performing duties related to the conduct of the insured's business; or

**b.** The spouse, child, parent, brother or sister of that employee as a consequence of Paragraph **a.** above.

**c.** A governmental entity on behalf of that employee for "loss" described in Paragraph **a.** above.

This exclusion applies:

**a.** Whether the insured may be liable as an employer or in any other capacity; and

**b.** To any obligation to share damages with or repay someone else who must pay damages because of a claim described in Paragraphs **a.** or **b.** above.



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

## SECTION II - WHO IS AN INSURED

**A.** You are an insured.

**B.** The pastor or pastors officially appointed by you are also insureds, but only while acting within a pastoral capacity for you.

## SECTION III - LIMITS OF INSURANCE

**A.** The Limits Of Insurance shown in the Declarations for this coverage and the rules below fix the most we will pay regardless of the number of:

**1.** Insureds;

**2.** Claims made or "suits" brought; or

**3.** Persons or organizations making claims or bringing "suits".

**B. Each Claim Limit**

The Each Claim Limit is the most we will pay for all "loss" arising out of one "wrongful act" to which this insurance applies. A single "wrongful act" or a series of causally connected "wrongful acts" committed by one or more insureds will be considered one claim or "suit".

**C. Aggregate Limit**

The Aggregate Limit is the most we will pay for all "loss" as a result of all "wrongful acts" to which this insurance applies.

**D. Application Of Aggregate Limit With A Multiple Year Policy Period**

If this Coverage Part is in effect for a period of more than one year, the Aggregate Limit applies separately to each consecutive annual period, and to any remaining period of less than 12 months starting with the beginning of the "policy period". But if the "policy period" is extended after issuance for less than 12 months, the additional period will be deemed part of the last preceding period for the purposes of determining the Aggregate Limit.

## SECTION IV - PASTORAL PROFESSIONAL LIABILITY CONDITIONS

We have no duty to provide insurance under this Coverage Part unless you and any other involved insured have fully complied with Conditions contained in the Coverage Part.

**A. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**B. Duties In The Event Of Wrongful Act, Claim Or Suit**

**1.** You must see to it that we are notified as soon as practicable of an incident or a "wrongful act" which could reasonably be expected to result in a claim or "suit". To the extent possible, notice should include:

**a.** How, when and where the incident or "wrongful act" took place;

**b.** The names and addresses of any involved person(s) and witnesses; and

**c.** The nature of the harm resulting from the "wrongful act".

**2.** If a claim is made or "suit" is brought against any insured, you must:

**a.** Immediately record the specifics of the claim or "suit" and the date received; and

**b.** Notify us promptly.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**3.** You and any other involved insured must:

**a.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**b.** Authorize us to obtain records and other information;

**c.** Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

**d.** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of a "wrongful act" to which this insurance may also apply.

**4.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**C. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**1.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**2.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**D. Other Insurance**

If other valid and collectible insurance is available to the insured for loss we cover under this Coverage Part, this insurance is primary. Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described below.

**Method Of Sharing**

**1.** If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

**2.** If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**E. Premium Audit**

**1.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**2.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the "policy period" is greater than the earned premium, we will return the excess to the first Named Insured.

**3.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such time as we may request.

**F. Representations**

By accepting this policy, you agree:

**1.** The statements in the Declarations are accurate and complete;

**2.** Those statements are based upon representations you made to us; and

**3.** We have issued this policy in reliance upon your representations.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**G.  Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**1.**  As if each Named Insured were the only Named Insured; and

**2.**  Separately to each insured against whom claim is made or "suit" is brought.

**H.  Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**I.  Two Or More Coverage Parts**

**1.**  Except for the insurance provided by this Coverage Part, the policy to which this Coverage Part forms a part does not apply to any claim or "suit" seeking damages arising out of any "wrongful act".

**2.**  If one "wrongful act" applies to this Coverage Part and any other Coverage Parts or policies that provide similar insurance but with different "policy periods" and are issued to you by us or any of our affiliates, the maximum limit of insurance for all such Coverage Parts or policies shall be the highest applicable limit of insurance under any Coverage Part or policy.

One "wrongful act" means a single "wrongful act" or a series of causally connected "wrongful acts" committed by one or more insureds.

**J.  When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**A.**  "Bodily Injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**B.**  "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

**C.**  "Loss" means monetary damages, judgments or settlements. "Loss" does not include:

**1.**  Punitive or exemplary damages.

**2.**  The multiplied portion of multiple damages.

**3.**  Fines or penalties imposed by law.

**4.**  Costs of compliance with any injunctive relief or other nonmonetary relief action.

**5.**  Matters deemed uninsurable according to the law under which this policy is construed.

**D.**  "Personal and advertising injury" means "loss" arising out of one or more of the following offenses:

**1.**  False arrest, detention or imprisonment;

**2.**  Malicious prosecution;

**3.**  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



4.  Oral or written  publication  of material  that slanders  or libels  a person  or organization  or disparages a person's  or organization's  goods, products  or services;

5.  Oral or written  publication  of material  that violates  a person's  right of privacy;

6.  The use of another's  advertising  idea in your advertisement;   or

7.  Infringing  upon another's  copyright,  trade dress or slogan  in your advertisement.

For the purposes  of this definition,  advertisement  means a notice that is broadcast  or published  to the general  public  or specific  market  segments  about your goods, products  or services  for the purpose  of attracting  customers  or supporters.

For the purposes  of this definition:

a.  Notices  that are published  include  material  placed on the Internet  or on similar  electronic  means of communication;   and

b.  Regarding  web-sites,  only that part of a web-site  that is about your goods, products  or services  for the purposes  of attracting  customers  or supporters  is considered  an advertisement.

E.  "Policy  period"  means the period stated in the Declarations  of the policy  of which this Coverage Part forms a part including  an extension  after issuance  of the policy  for an additional  period  of less than 12 months.  However:

1.  If this Coverage Part is issued to be effective  subsequent  to the effective  date of such policy,  the "policy  period"  for this Coverage Part will  start with  the effective  date of the Coverage  Part; and

2.  If this Coverage Part is cancelled  prior to the expiration  date of such policy,  the "policy  period"  for this Coverage Part will  end with  the cancellation  date of the Coverage Part.

F.  "Pollutants"   means any solid,  liquid,  gaseous or thermal  irritant  or contaminant,  including  smoke, asbestos,  vapor, soot, fumes, acids, alkalis,  chemicals  and waste. Waste includes  materials  to be recycled,  reconditioned   or reclaimed.

G.  "Property  damage"  means:

1.  Physical  injury  to tangible  property,  including  all resulting  loss of use of that property.  All such loss of use shall be deemed  to occur at the time of the physical  injury  that caused it; or

2.  Loss of use of tangible  property  that is not physically  injured.

For the purposes  of this insurance,  electronic  data is not tangible  property.

As used in this definition,  electronic  data means information,  facts or programs  stored as or on, created or used on, or transmitted  to or from computer  software,  including  systems and applications  software, hard or floppy  disks, CD-ROMS,  tapes, drives, cells, data processing  devices or any other media which are used with  electronically   controlled  equipment.

H.  "Suit"  means a civil proceeding  in which damages because of a "wrongful   act" to which this insurance applies  are alleged. "Suit"  includes:

1.  An arbitration  proceeding  in which  such damages  are claimed  and to which  the insured  must submit  or submit  with  our consent;  or

2.  Any other alternative  dispute  resolution  proceeding  in which  such damages  are claimed  and to which  the insured  submits  with  our consent.

I.  "Wrongful   act" means any act or omission  committed  by the insured  arising  out of the performance  of professional  services  for others in the insured's  capacity  as a pastoral  counselor.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 86 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - ASBESTOS  LIABILITY

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART

This insurance  does not apply to:

1. "Bodily  injury",  "property  damage"  or "personal  and advertising  injury"  arising,  in whole or in part, either directly  or indirectly  out of the manufacture,  storage,  processing,  mining,  use, sale, installation, removal, disposal, distribution,  handling,  inhalation,  ingestion,  absorption,  or existence of, exposure to or contact  with asbestos,  asbestos contained  in goods, products  or materials,  asbestos fibers or asbestos dust;  or

2. Any loss, cost or expense arising  out of any:

   a. Request, demand, order, or statutory  or regulatory  requirement  that any insured or others test for, monitor,  clean up, remove, contain, treat, detoxify  or neutralize,  or in any way respond  to, or assess the effects  of asbestos,  asbestos contained  in goods, products  or materials,  asbestos fibers or asbestos dust; or

   b. Claim or "suit"  by or on behalf of a governmental  authority  for damages because  of testing for, monitoring,  cleaning up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way responding  to, or assessing  the effects of asbestos,  asbestos contained  in goods, products  or materials,  asbestos fibers or asbestos dust.

**CG 88 86 12 08**          Includes copyrighted  material of ISO Properties, Inc., with its permission.          **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 87 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - LEAD LIABILITY

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
RAILROAD  PROTECTIVE LIABILITY  COVERAGE PART



This insurance  does not apply to:

1.  "Bodily injury", "property  damage"  or "personal  and advertising  injury"  arising, in whole or in part, either directly  or indirectly  out of the mining, processing, manufacture,  storage, distribution,  sale, installation,  removal, disposal, handling,  inhalation,  ingestion,  absorption,  use or existence of, expo- sure to, or contact  with lead or lead contained  in goods, products  or materials;  or

2.  Any loss, cost or expense arising  out of any:

    a.  Request, demand, order or statutory  or regulatory  requirement  that any insured  or others test for, monitor, clean up, remove, contain, treat, detoxify  or neutralize,  or in any way respond  to, or assess the effects of lead or lead contained  in goods, products  or materials;  or

    b.  Claim or "suit"  by or on behalf of a governmental  authority  for damages  because of testing for, monitoring,  cleaning up, removing,  containing,  treating, detoxifying  or neutralizing,  or in any way responding  to, or assessing the effects of lead or lead contained  in goods, products  or materials.

**CG 88 87 12 08**            Includes copyrighted  material of ISO Properties, Inc., with its permission.            **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 88 01 16**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROFESSIONAL  EXCLUSION  - PASTORAL  COUNSELING

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

This insurance  does not apply to "bodily  injury",  "property  damage",  or "personal  and advertising  injury" arising  out of the providing  or failing  to provide  "pastoral  counseling".

For the purposes  of this endorsement  "pastoral  counseling"  means any religious,  spiritual,  moral, familial, marital  or life-related  advice,  guidance,  instruction  or direction  provided  by a licensed  or ordained  minister, pastor, religious  or clergy  member,  or by a lay person duly authorized  by you to provide  such counseling.

© 2016 Liberty Mutual Insurance

**CG 88 88 01 16**    Includes copyrighted  material of Insurance Services Office, Inc., with its permission.    **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL LIABILITY**
**CG 89 01 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO  AND  NON-OWNED   AUTO  LIABILITY

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART



|  | **Coverage** |
|---|---|
| ☒ | **A.  Hired  Auto  Liability** |
| ☒ | **B.  Non-Ownership  Liability** |

**A.** Insurance  is  provided  only  for  those  coverages  when  an  "X"  is  shown  in  the  Declarations  or  in  the Schedule.

**1.  Hired  Auto  Liability**

The  insurance  provided  under **Section I - Coverage A - Bodily Injury And Property Damage Liabil-ity,** applies  to  "bodily  injury"  or  "property  damage"  arising  out  of  the  maintenance  or  use  of  a "hired  auto"  by  you  or  your  "employees"  in  the  course  of  your  business.

**2.  Non-Owned  Auto Liability**

The  insurance  provided  under **Section I - Coverage A - Bodily Injury And Property Damage Liabil-ity,** applies  to  "bodily  injury"  or  "property  damage"  arising  out  of  the  use  of  any  "non-owned  auto" in  your  business  by  any  person.

**B.** For insurance  provided  by this endorsement  only:

**1.** The  exclusions,  under  Paragraph **2. Exclusion** of **Section 1 - Coverage A - Bodily Injury and Prop-erty Damage Liability,** other  than  exclusions **a., b., d., f.,** and **i.** and  the  Nuclear  Energy  Liability Exclusion,  are  deleted  and  replaced  by  the  following:

**a.** "Bodily  injury"  to:

**(1)** An  "employee"  of  the  insured  arising  out  of  and  in  the  course  of:

**(a)** Employment  by  the  insured;  or

**(b)** Performing  duties  related  to  the  conduct  of  the  insured's  business;  or

**(2)** The  spouse,  child,  parent,  brother  or  sister  of  that  "employee"  as  a  consequence  of  Para-graph **(1)** above.

This  exclusion  applies:

**(1)** Whether  the  insured  may  be  liable  as  an  employer  or  in  any  other  capacity;  and

**(2)** To  any  obligation  to  share  damages  with  or  repay  someone  else  who  must  pay  the  dam-ages  because  of  the  injury.

This  exclusion  does  not  apply  to:

**(1)** Liability  assumed  by  the  insured  under  an  "insured  contract";  or

**(2)** "Bodily  Injury"  arising  out  of  and  in  the  course  of  domestic  employment  by  the  insured unless  benefits  for  such  injury  are  in  whole  or  in  part  either  payable  or  required  to  be provided  under  any  workers  compensation  law.

**b.** "Property  damage"  to:

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

    **(1)** Property owned or being transported by, or rented or loaned to the insured; or

    **(2)** Property in the care, custody or control of the insured.

**2.** Section II, **Who Is An Insured,** is replaced by the following:

  **1.** Each of the following is an insured under this endorsement to the extent set forth below:

    **a.** You;

    **b.** Any other person using a "hired auto" with your permission;

    **c.** For a "non-owned auto":

      **(1)** any partner or "executive officer" of yours; or

      **(2)** any "employee" of yours

        but only while such "non-owned auto" is being used in your business; and

    **d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

  **2.** None of the following is an insured:

    **a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury.

    **b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

    **c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

    **d.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

    **e.** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** **Section III - Limits of Insurance,** Paragraph **2.,** The General Aggregate Limit, does not apply.

**D.** The following additional definitions apply:

  **1.** "Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

  **2.** "Hired Auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or you "executive Officers" or members of their households.

  **3.** "Non-Owned Auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or "executive officers", or members of their households, but only while used in your business or your personal affairs.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL GENERAL LIABILITY**
**CG 92 00 01 16**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RELIGIOUS ORGANIZATION DIRECTORS AND OFFICERS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY**



This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Religious Organization Directors And Officers Liability Limits Of Insurance**

**$** 1000000    **Each Wrongful Act**

**$** 2000000    **Aggregate**

**Retroactive Date:** 11/01/2023

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to **Section I - Coverages:**

**COVERAGE - RELIGIOUS ORGANIZATION DIRECTORS AND OFFICERS LIABILITY**

**1. Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of a "wrongful act" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any "wrongful act" and settle any claim or "suit" that may result. But:

        **(1)** The amount we will pay for damages is limited as described in Paragraph **D. Section III - Limits Of Insurance;** and

        **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Supplementary Payments.**

    **b.** This insurance applies to "wrongful acts" only if:

        **(1)** The "wrongful act" takes place in the "coverage territory";

        **(2)** The "wrongful act" did not take place before the Retroactive Date, if any, shown in the Schedule of this endorsement or after the end of the policy period; and

        **(3)** A claim for damages, because of a "wrongful act", is first made against any insured in accordance with Paragraph **c.** below, during the policy period or any Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

    **c.** A claim seeking damages will be deemed to have been made at the earlier of the following times:

        **(1)** When notice of such claim is received and recorded by any insured or by us, whichever comes first; or

© 2016 Liberty Mutual Insurance

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(2)** When we make settlement  in accordance  with Paragraph **a.** above.

**d.** All claims for damages made because of a "wrongful  act", will be deemed to have been made at the time the first of those claims  is made against the insured.

**2. Exclusions**

For the purposes  of the coverage  provided  by this endorsement,  this insurance  does not apply to:

**a. Access Or Disclosure Of Confidential  Or Personal Information  And Data Related  Liability**

Damages arising  out of:

**(1)** Any access to or disclosure  of any person's or organization's  confidential  or personal information,  including patents, trade secrets, processing methods, customer lists, financial information,  credit card information,  health information  or any other type of nonpublic information  or;

**(2)** The loss of, loss of use of, damage to, corruption  of, inability  to access, or inability  to manipulate  electronic data.

This exclusion  applies even if damages are claimed for notification  costs, credit monitoring expenses, forensic expenses, public relations  expenses or any other loss cost or expense incurred  by you or others arising  out of that which  is described  in Paragraph **(1)** or **(2)** above.

As used in this exclusion,  electronic  data means information,  facts or programs  stored as or on, created or used on, or transmitted  to or from computer  software, including  systems and ap-plications  software, hard or floppy disks, CDROMS, tapes, drives, cells, data processing  de-vices or any other media which  are used with  electronically  controlled  equipment.

**b. Bodily Injury, Property Damage And Personal And Advertising  Injury**

"Bodily  injury", "property  damage", or "personal  and advertising  injury".

**c. Civil Rights Law Or Ordinance**

Damages arising  out of the violation  of any civil  rights statute or ordinance, including  those barring discrimination  based on, but not limited  to: race, color, creed, sex, religion,  age, na-tional origin, gender identity,  gender expression  or sexual orientation.

**d. Contractual  Liability**

Damages arising  out of any "wrongful  act" for which  the insured is obligated  to pay damages by reason of the assumption  of liability  in a contract or agreement. This exclusion  does not apply to liability  the insured would  have in the absence  of such contract or agreement.

**e. Criminal, Fraudulent, Malicious  Or Dishonest Acts**

Damages arising  out of any criminal,  fraudulent,  malicious  or dishonest  act and related fines and penalties.

**f. Cyber, Data And Network  Security**

Damage arising  out of:

**(1)** Failure to prevent transmission  of malicious  code or virus;  or

**(2)** Failure to provide or interruption  of internet  services, computer  networks  or web sites.

**g. Employee Benefit Plans**

Damages arising  out of any "wrongful  act" arising out of the administration  of, the conduct of any fiduciary  duty for, or the performance  of or failure to perform  any act or obligation  related to any actual or proposed  benefit, trust, stock option, stock subscription,  stock ownership  or compensation  plan operated by you or on your behalf for the benefit of any current, former or prospective  "employee"  or independent  contractor.

**©**  2016 Liberty Mutual Insurance

**CG 92 00 01 16**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 2 of 9**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



**h. Employee Retirement Income Security Act**

Damages arising out of any claim arising out of a violation of any responsibilities, obligations or duties imposed on fiduciaries by the Employee Retirement Income Security Act of 1974 and any amendments thereto, or any similar law.

**i. Employers Liability**

Damages arising out of any claim made or "suit" brought by:

**(1)** An "employee" of the insured for damages arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of a claim or "suit" described in Paragraphs **(1)** or **(2)** above.

**j. Employment Related Practices**

Any loss to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person.

**(2)** The spouse, child, brother or sister of that person as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**k. Illegal Profit Or Advantage**

Damages that result from the gaining of any personal profit or advantage to which "directors and officers" or "committee members" are not legally entitled.

**l. Pastoral Counseling**

Damages arising out of "pastoral counseling".

**m. Pollution**

Damages arising out of any claim or "suit" arising directly or indirectly from the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants"; or any loss, cost or expense arising out of any environmental impairment statute or regulation, or governmental or any other request, demand or order to test, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of "pollutants".

**n. Procuring Or Maintaining Insurance**

Damages arising out of the failure to secure and maintain insurance or bonds for the proper amounts or coverages.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**o.    Punitive Damages And Other Non-Compensatory  Damages**

"Punitive  or  exemplary  damages"  or  multiplied  portion  of  multiple  damages  awarded  against  an  insured.  However,  if  a  "suit"  is  brought  against  an  insured  arising  out  of  a  claim  which  alleges  both  compensatory  and  "punitive  or  exemplary  damages",  we  will  defend  the  entire  "suit"  with  the  understanding  that  we  pay  only  the  compensatory  damages.

**p.    Purchase Or Sale of Securities**

Damages  arising  out  of  profit  or  loss,  or  any  accounting  of  it,  resulting  from  the  purchase,  sale  or  disposition  of  securities.

**q.    Real Property**

Damages  arising  out  of  any  claim  or  "suit"  involving  title  or  property  rights  to  any  real  property.

**r.    Recording And Distribution  Of Material  In Violation  Of Law**

Damages  arising  directly  or  indirectly  out  of  any  action  or  omission  that  violates  or  is  alleged  to  violate:

**(1)**    The  Telephone  Consumer  Protection  Act  (TCPA),  including  any  amendment  of  or  addition  to  such  law;

**(2)**    The  CAN-SPAM  Act  of  2003,  including  any  amendment  of  or  addition  to  such  law;

**(3)**    The  Fair  Credit  Reporting  Act  (FCRA),  and  any  amendment  of  or  addition  to  such  law,  including  the  Fair  and  Accurate  Credit  Transactions  Act  (FACTA);  or

**(4)**    Any  federal,  state  or  local  statute  ordinance  or  regulation,  other  than  the  TCPA,  CAN-SPAM  Act  of  2003  or  FCRA  and  their  amendments  and  additions,  that  addresses,  prohibits,  or  limits  the  printing,  dissemination,  disposal,  collecting,  recording,  sending,  transmitting,  communicating  or  distribution  of  material  or  information.

**s.    Salaries And Other Compensation**

Damages  arising  out  of  the  payment  or  failure  to  pay  salaries  or  other  compensation  of  "employees",  "committee  members",  "directors  and  officers",  or  religious  leaders.

**t.    School Board Liability**

Damages  arising  out  of  a  "wrongful  act"  that  is  solely  related  to  the  performance  of  school  duties.  School  duties  means  duties  that  are  within  the  scope  of  the  ownership,  administration,  maintenance  or  operation  of  a preschool,  elementary,  secondary  or  post-secondary  school.

**u.    Sexual Misconduct**

Damages  arising  out  of  any  actual,  alleged  or  threatened  "sexual  misconduct"  toward  or  sexual  molestation  of  any  person;  or  from  any  allegations  relating  thereto  due  to  an  insured's  negligent  employment,  investigation,  supervision,  retention,  training,  reporting  to  proper  authorities  or  failure  to  report  to  proper  authorities  of  a  person  who  committed  "sexual  misconduct".

**v.    Workers' Compensation  And Similar Laws**

Any  obligation  of  the  insured  under  a workers'  compensation,  disability  benefits  or  unemployment  compensation  law  or  any  similar  law.

No other exclusions  apply to the coverage provided  by this endorsement.

**B.**    For  the  purposes  of  the  coverage  provided  by  this  endorsement,  **Supplementary  Payments**  is  replaced  by the following:

**SUPPLEMENTARY  PAYMENTS**

**1.**    We  will  pay,  with  respect  to  any  claim  we  settle,  or  any  "suit"  against  an  insured  we  defend:

**a.**    All  expenses  we incur.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

    **b.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

    **c.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

    **d.** Pre-judgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any pre-judgment interest based on that period of time after the offer.

    **e.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

    These payments will not reduce the limits of insurance.

**C.** For the purpose of coverage provided by this endorsement, **Section II - Who Is An Insured** is replaced by the following:

**SECTION II - WHO IS AN INSURED**

Each of the following is an insured:

**1.** You are an insured.

**2.** Any person past, present or future appointed or elected as a "director and officer", trustee, "committee member" or member of your board of governors or "directors and officers" or trustees, or similar governing body, but only as respects to their official duties as such.

**3.** Any of the persons or entities described in Paragraphs **1.** and **2.** above with respect to an organization over which you maintain ownership or majority interest, but only with respect to their official duties for this organization.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured provided there is no other similar insurance available to that organization. However:

    **a.** Coverage under this provision is afforded only when the newly acquired or formed organization operates or conducts the same or similar business as you;

    **b.** Coverage under this provision is afforded only until the expiration of the policy period in which the entity was acquired or formed by you;

    **c.** Regardless of when the "wrongful act" took place or when the claim is made, coverage does not apply to any damages because of a "wrongful act" that took place before you acquired or formed the organization.

**D.** For the purpose of coverage provided by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought;

    **c.** Persons or organizations making claims or bringing "suits"; or

    **d.** "Wrongful Acts".

**2.** The Each Wrongful Act Limit is the most we will pay for all damages arising out of one "wrongful act". The same act or related acts of one or more of the insureds shall be considered one "wrongful act".

© 2016 Liberty Mutual Insurance

**CG 92 00 01 16**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 5 of 9**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

3. Any payment that we make for damages arising from a "wrongful act" under this endorsement is not subject to the Each Occurrence Limit shown in the Declarations.

4. The Aggregate Limit is the most we will pay for all damages as a result of all "wrongful acts" which are committed during each annual policy period.

5. The General Aggregate Limit shown in the Declarations will not be reduced by any payment that we make for damages from a "wrongful act" under this endorsement.

E. For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV - Commercial General Liability Conditions** are replaced by the following:

**2. Duties In the Event Of A "Wrongful Act", Claim Or "Suit"**

   **a.** You must see to it that we are notified as soon as practicable of an incident or a "wrongful act" which could reasonably be expected to result in a claim or "suit". To the extent possible, notice should include:

   **(1)** How, when and where the incident or "wrongful act" took place;

   **(2)** The names and addresses of any involved person(s) and witnesses; and

   **(3)** The nature of the harm resulting from the "wrongful act".

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us promptly.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and information;

   **(3)** Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon request, in the enforcement of any right against any person or organization which may be liable to the insured because of a "wrongful act" to which this insurance may also apply.

   **d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**4. Other Insurance**

   If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

   **a. Primary Insurance**

   This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other valid and collectible insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

   **b. Excess Insurance**

   **(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is in effect prior to the beginning of the policy period shown in the Declarations of this insurance and applies to "wrongful acts" on other than a claims-made basis, if:

   **(a)** No Retroactive Date is shown in the Schedule of this endorsement; or

© 2016 Liberty Mutual Insurance

**CG 92 00 01 16**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 6 of 9**

**(b)** The other insurance has a policy effective period which continues after the Retroactive Date shown in the Schedule of this endorsement.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c.  Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**F.** For the purposes of the coverage provided by this endorsement, the Following Extended Reporting Period provision is added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIODS**

**1.** We will provide one or more Extended Reporting periods, as described below, if:

**a.** This endorsement is cancelled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

**(1)** Has a Retroactive date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to damages that arise out of "wrongful acts" on a claims-made basis.

**2.** Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. It applies only to "wrongful acts" that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule of this endorsement. Once in effect, the Extended Reporting Periods may not be cancelled.

**3.** A Basic Extended Reporting Period is automatically provided without additional charge. This Basic Extended Reporting Period starts at the end of the policy period and lasts for 60 days.

The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

The Basic Extended Reporting Period does not reinstate or increase the Limits of Insurance.

**4.** A Supplemental Extended Reporting Period of three years is available, but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period set forth in Paragraph **E.3.** above ends.

You must give us a written request for the Supplemental Extended Reporting Period endorsement within 60 days after the end of the original policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following.

a. The exposures insured;

b. Previous types and amounts of insurance;

c. Limits of insurance available under this endorsement for future payment of damages; and

d. Other related factors.

The additional premium will not exceed 200% of the annual premium for this endorsement.

5. The Supplemental Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for claims first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

G. For the purpose of the coverage provided by this endorsement, the following definition s are added to **Section V - Definitions:**

1. "Committee members" means your members, individually and collectively, who were, now are, or become appointed by you to serve on a committee to perform specific management duties for you.

2. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, provided the "wrongful act" does not take place in the course of travel or transportation to or from any place not included in Paragraph **a.** above;

c. All parts of the world if:

(1) The damages arise out of the activities of the person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

3. "Directors and officers" means those persons, individually and collectively, who were, now are, or become duly elected or appointed by you to form your administrative body.

4. "Pastoral counseling" means any religious, spiritual, moral, familial, marital or life-related advice, guidance, instruction or direction provided by a licensed or ordained minister, pastor, religious or clergy member, or by a lay person duly authorized by you to provide such counseling.

5. "Punitive or exemplary damages" means damages which are awarded to punish or deter wrongful conduct, to set an example, to fine, penalize or impose a statutory penalty, and damages which are awarded for any purpose other than as compensatory damages.

6. "Sexual misconduct" means any actual alleged or threatened act of misconduct toward another person that is of a sexual nature and includes but is not limited to:

a. Molestation, abuse;

b. Assault, physical, touching, contact;

c. Harassment, advances;

d. Victimization, exploration, requests for favors;

e. Coercion to engage in sexual activities;

f. Exhibitionism, voyeurism;

g. Verbal or non-verbal communication; or

h. Showing or sharing of text, pictures, drawings, audio, video or digital recording.

© 2016 Liberty Mutual Insurance

**CG 92 00 01 16**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 8 of 9**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

7. "Wrongful act" means a single or series of interrelated continuing actual or alleged acts, errors or omissions, misrepresentations, negligence or breaches of duty committed by "directors and officers", "committee members" or board of governors while acting in their capacity as such.

H. For the purposes of the coverage provided by this endorsement, Definition **18.** in the **Section V - Definitions** is amended to include the following:

"Suit" also means a civil proceeding in which damages because of a "wrongful act" to which this insurance applies are alleged.



**CG 92 00 01 16**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 9 of 9**

© 2016 Liberty Mutual Insurance

COMMERCIAL  GENERAL LIABILITY
CG 92 48 01 16

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SEXUAL MISCONDUCT   OR ABUSE EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** The following  exclusion  is added to Paragraph **2. Exclusions,** under **SECTION I - COVERAGES, COVERAGE A - BODILY INJURY  AND PROPERTY DAMAGE  LIABILITY** and **COVERAGE B - PERSONAL AND ADVERTISING  INJURY LIABILITY:**

**Sexual Misconduct  or Abuse Exclusion**

Any liability,  damages,  loss, injury,  demand,  claim or "suit"  arising  out of, caused  by, or allegedly caused  by, in whole  or in part by the:

**(1)** Actual, alleged or threatened  "sexual  misconduct"  or abuse of any person;  or

**(2)** Insured's negligent  employment,  investigation,  supervision,  retention,  training,  reporting  to proper authorities  or failure  to report  to proper  authorities  of a person who committed  "sexual misconduct"  or abuse.

**B.** As used in this endorsement,  the following  definition  is added to **SECTION V - DEFINITIONS:**

"Sexual misconduct"  means any actual, alleged or threatened  act of misconduct  toward  another  person that is of a sexual  nature  and includes  but is not limited  to:

**a.** Molestation,  abuse;

**b.** Assault, physical  touching,  contact;

**c.** Harassment,  advances;

**d.** Victimization,  exploitation,  requests  for favors;

**e.** Coercion to engage in sexual  activities;

**f.** Exhibitionism,   voyeurism;

**g.** Verbal or non-verbal  communication;   or

**h.** Showing  or sharing  of text, pictures,  drawings,  audio, video or digital  recording.

**CG 92 48 01 16**    Includes copyrighted  material of Insurance Services Office, Inc., with its permission.    **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL  LIABILITY**
**CG 93 74 03 22**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - PFC/PFAS

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** The following   exclusion  is added to Paragraph  **2. Exclusions** of **Section  I - Coverage  A - Bodily  Injury And Property  Damage Liability** and Paragraph  **2. Exclusions** of **Section  I - Coverage  B - Personal  And Advertising  Injury Liability** :

**Perfluorinated  Compounds  Or Per- And Polyfluoroalkyl  Substances**

This insurance  does not apply to:

**1.** Any liability  arising  out of the actual, alleged, threatened  or suspected  inhalation  of, ingestion  of, contact with, exposure  to, existence  of, or presence  of "PFC/PFAS";  or

**2.** Any loss, cost, or expense  arising  out of any:

    **a.** Request, demand, order, or statutory  or regulatory  requirement  that any insured  or others test for, monitor,  clean up, remove, contain, treat, detoxify,  neutralize, remediate, dispose  of, or in any way respond  to or assess the effects  of "PFC/PFAS" by any insured  or on behalf  of any person, entity,  or governmental   authority.

    **b.** Claim or suit by or on behalf  of a governmental   authority  for damages  because  of testing  for, monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  remediat- ing, disposing  of, or in any way assessing  the effects  of "PFC/PFAS".

This exclusion  applies  whether  the substances  listed  above  are alone  or combined   with  any other substances  or factors, whether  included  as a component  part of a product  or otherwise.

This exclusion  applies regardless  whether  such exposure  occurs within  or outside  a building.

**B.** For the purposes  of this endorsement,  the following   definition  is added to the **Definitions** section:

"PFC/PFAS" means perfluorinated   compounds  (PFC) or per- and polyfluoroalkyl   substances  (PFAS) including,  but not limited  to, perfluorooctanoic   acid (PFOA), perfluorooctane  sulfonic  acid  (PFOS), perfluorononanoic   acid (PFNA), perfluorobutyric   acid (PFBA), perfluorobutane  sulfonic  acid (PFBS), perfluoropentanoic   acid (PFPeA), perfluorohexane  sulfonic  acid (PFHxS), GenX, C8 (perfluorinated carboxylic  acid), ADONA, perfluorohexanoic   acid (PFHxA),perfluoroheptanoic   acid  (PFHpA), perfluorooctane  sulfonamide  (PFSOA), perfluorodecanoic   acid, (PFDA), perfluorodecane  sulfonate (PFDS), perfluoroundecanoic   acid (PFUnA), perfluorododecanoic   acid (PFDoA), perfluorotridecanoic acid (PFTrDA), perfluorotetradecanoic   acid (PFTeDA), or 6:2 fluorotelomer  sulfonate  (6:2 FTS) or any associated  salts, acids, alcohols,  precursor  chemicals  or related  higher  homologue  chemicals.

The addition  of this endorsement  does not imply  that other policy  provisions,  including  but not limited  to any pollution  exclusion,  do not exclude  coverage  for PFC-related  or PFAS-related  damages, expense, loss, demand, claim, liability  or legal obligation.

All other terms and conditions  of the Policy remain  unchanged.

© 2021 Liberty Mutual Insurance

**CG 93 74 03 22**     Includes copyrighted  material of Insurance Services Office, Inc., with its permission.     **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  GENERAL  LIABILITY**
**CG 93 81 11 22**

## THIS  ENDORSEMENT  CHANGES  THE  POLICY.  PLEASE  READ  IT  CAREFULLY.

## EXCLUSION  -  BIOMETRIC  INFORMATION   PRIVACY  CLAIM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
EMPLOYMENT  PRACTICES LIABILITY  COVERAGE PART

**A.** The following  exclusion  is added to Paragraph **2. Exclusions** of **Section I - Coverage  A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability** under the Commercial  General Liability  Coverage Form:

This insurance  does not apply  to:

**Biometric Information  Privacy Claim**

"Bodily  injury",  "property  damage" or "personal  and advertising  injury"  arising directly  or indirectly  out of any action  or omission  that violates  or is alleged  to violate  any federal, state, local, province, Native American  tribe or tribal nation  law, or other governmental  division  or subdivision  law that regulates  or restricts the collection,  storage, use, conversion,  retention,  sharing and/or publication  in any manner, and/or disposal of "biometric  information",  including,  but not limited  to, violations  of any notifications,  disclosures,  sale, or authorizations  related to such "biometric  information".

**B.** The following  exclusion  is added to Paragraph **C. Exclusions** of **Section I - Coverage** under the Employment Practices Liability  Coverage Form:

This insurance  does not apply  to:

**Biometric Information  Privacy Claim**

"Employment  practices" or "damages"  arising directly  or indirectly  out of any action  or omission  that violates  or is alleged to violate  any federal, state, local, province, Native American  tribe or tribal nation law, or other governmental  division  or subdivision  law that regulates  or restricts the collection,  storage, use, conversion,  retention,  sharing and/or publication  in any manner, and/or disposal of "biometric information",  including,  but not limited  to, violations  of any notifications,  disclosures,  sale, or authorizations  related to such "biometric  information".

**C.** The following  definition  is added to the **Definitions** section:

"Biometric  information"   means any:

**a.** Biometric  identifier  including,  but not limited  to, a retina or iris scan, fingerprint , handprint, voiceprint,  scan of hand, finger,  ear, or face geometry,  eye or finger vein verification,  handwriting or signature,  deoxyribonucleic  acid (DNA), or any other personally  identifiable  measurable  biological,  physiological,  behavioral,  or immutable  characteristic  of an individual  or individuals;  or

**b.** "Biometric  information",  including  any information,  regardless of how captured, converted, stored or shared, which is based on biometric  identifiers  used to identify  an individual.

**CG 93 81 11 22**        © 2022 Liberty Mutual Insurance        **Page 1 of 1**
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

COMMERCIAL  GENERAL  LIABILITY
CG 94 35 05 24

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**THIS  ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI  AMENDMENT   OF REPRESENTATIONS  CONDITION

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART



Paragraph  **6. Representations**  in **Section IV - Conditions**  is replaced  by the following:

**6.    Concealment,  Misrepresentation  Or Fraud**

We may cancel this policy  and/or  deny a claim  if, before  or after  a loss, you or any insured:

**a.**   Concealed  or misrepresented   any material  fact or circumstance;   or

**b.**   Made incorrect  statements  or representations   with  regard  to any material  fact or circumstance;   or

**c.**   Engaged  in any fraudulent  conduct;

at the time  of application,   or any time  during  the policy  period.

Includes  copyrighted   material  of Insurance  Services  Office,  Inc., with  its permission.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

---

**CP 00 10 10 12**                    © Insurance Services Office, Inc., 2011                    **Page 1 of 17**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**c.** **Personal Property Of Others** that is:

   **(1)** In your care, custody or control; and

   **(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

   However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.** **Property Not Covered**

   Covered Property does not include:

   **a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

   **b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

   **c.** Automobiles held for sale;

   **d.** Bridges, roadways, walks, patios or other paved surfaces;

   **e.** Contraband, or property in the course of illegal transportation or trade;

   **f.** The cost of excavations, grading, backfilling or filling;

   **g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

   **(1)** The lowest basement floor; or

   **(2)** The surface of the ground, if there is no basement;

   **h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

   **i.** Personal property while airborne or waterborne;

   **j.** Bulkheads, pilings, piers, wharves or docks;

   **k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

   **(1)** Are licensed for use on public roads; or

   **(2)** Are operated principally away from the described premises.

   This paragraph does not apply to:

      **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000.) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $ 500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4).** Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

 

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

d. **Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

e. **Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**CP 00 10 10 12**                    © Insurance Services Office, Inc., 2011                    **Page 5 of 17**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.** **Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

© Insurance Services Office, Inc., 2011 **CP 00 10 10 12**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to your cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**CP 00 10 10 12** © Insurance Services Office, Inc., 2011 **Page 9 of 17**

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance - Building 1: | $ 60,000 |
| Limit of Insurance - Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

© Insurance Services Office, Inc., 2011

**CP 00 10 10 12**



The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$60,100
- ___250
$59,850   Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:  $59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

Loss to Building 1:                              $ 70,000
(Exceeds Limit of Insurance plus Deductible)
Loss to Building 2:                              $ 90,000
(Exceeds Limit of Insurance plus Deductible)
Loss Payable - Building 1:                     $ 60,000
(Limit of Insurance)
Loss Payable - Building 2:                     $ 80,000
(Limit of Insurance)
Total amount of loss payable:            $ 140,000

**E.  Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1.  Abandonment**

There can be no abandonment of any property to us.

**2.  Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**  Pay its chosen appraiser; and

**b.**  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.  Duties In The Event Of Loss Or Damage**

**a.**  You must see that the following are done in the event of loss or damage to Covered Property:

**(1)**  Notify the police if a law may have been broken.

**(2)**  Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)**  As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)**  Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)**  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)**  As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)**  Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | | |
|---|---|---|
| The value of the property is: | | $ 250,000 |
| The Coinsurance percentage for it is: | | 80% |
| The Limit of Insurance for it is: | | $ 100,000 |
| The Deductible is: | | $ 250 |
| The amount of loss is: | | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | | |
|---|---|---|
| The value of the property is: | | $ 250,000 |
| The Coinsurance percentage for it is: | | 80% |
| The Limit of Insurance for it is: | | $ 200,000 |
| The Deductible is: | | $ 250 |
| The amount of loss is: | | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

| When: | | |
|---|---|---|
| The value of property is: | | |
| Building at Location 1: | | $ 75,000 |
| Building at Location 2: | | $ 100,000 |
| Personal Property at Location 2: | | $ 75,000 |
| | | $ 250,000 |
| The Coinsurance percentage for it is: | | 90% |
| The Limit of Insurance for Buildings and Personal Property at Location 1 and 2 is: | | $ 180,000 |
| The Deductible is: | | $ 1,000 |
| The amount of loss is: | | |
| Building at Location 2: | | $ 30,000 |
| Personal Property at Location 2: | | $ 20,000 |
| | | $ 50,000 |



Step **(1):** $250,000 \times 90\% = \$225,000$
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $\$180,000 \div \$225,000 = .80$

Step **(3):** $\$50,000 \times .80 = \$40,000.$

Step **(4):** $\$40,000 - \$1,000 = \$39,000.$

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

    **a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

    **b.** The amount of increase will be:

        **(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

        **(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

        **(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If:  The applicable Limit of Insurance is:      $ 100,000

The annual percentage increase is:      8%

The number of days since the beginning of the policy year (or last policy change) is:      146

The amount of increase is:
$100,000 x .08 x 146 ÷ 365=      $ 3,200

**3. Replacement Cost**

    **a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

    **b.** This Optional Coverage does not apply to:

        **(1)** Personal property of others;

        **(2)** Contents of a residence;

        **(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

        **(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

    Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

    **c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

    **d.** We will not pay on a replacement cost basis for any loss or damage:

        **(1)** Until the lost or damaged property is actually repaired or replaced; and

        **(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

    With respect to tenants' improvements and betterments, the following also apply:

        **(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

        **(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

    **e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3),** subject to **f.** below:

        **(1)** The Limit of Insurance applicable to the lost or damaged property;

        **(2)** The cost to replace the lost or damaged property with other property:

            **(a)** Of comparable material and quality; and

            **(b)** Used for the same purpose; or

        **(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

  Insurance Services Office, Inc., 2011

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3.  Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4.  Additional Limitation - Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5.  Additional Coverages**

**a.  Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



**b.   Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c.   Extended Business Income**

**(1)  Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)  "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 60 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d.   Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption Of Computer Operations.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation - Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

    **(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

    **(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

    **(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

    **(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

   © Insurance Services Office, Inc., 2011   **CP 00 30 10 12**

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations And New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

**Step (1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

**Step (2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

**Step (3):** Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight - outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion - not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been $ 400,000

The Coinsurance percentage is 50%

The Limit of Insurance is $ 150,000

The amount of loss is $ 80,000

Step **(1):** $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $150,000 ÷ $200,000 = .75

Step **(3):** $ 80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Example 2 (Adequate Insurance)**

When: The Net Income and op-operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been    $ 400,000

The Coinsurance percentage is    50%

The Limit of Insurance is    $ 200,000

The amount of loss is    $ 80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

    **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

    **b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

        **(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

        **(2)** The Limit Of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

    **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

    **b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is: is:

        **(1)** The Limit Of Insurance, multiplied by

        **(2)** The fraction shown in the Declarations for this Optional Coverage.

**Example:**

When: The Limit of Insurance is    $ 120,000

The fraction shown in the Declarations for this Optional Coverage is    1/4

The most we will pay for loss in each period of 30 consecutive days is:    $ 30,000

($120,000 x 1/4 = $ 30,000)

If, in this example, the actual amount of loss is:

| | |
|---|---|
| Days 1-30 | $ 40,000 |
| Days 31-60 | 20,000 |
| Days 61-90 | 30,000 |
| | $ 90,000 |

We will pay:

| | |
|---|---|
| Days 1-30 | $ 30,000 |
| Days 31-60 | 20,000 |
| Days 61-90 | 30,000 |
| | $ 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

    **a.** To activate this Optional Coverage:

        **(1)** A Business Income Report/ Work Sheet must be submitted to us and must show financial data for your "operations":

            **(a)** During the 12 months prior to the date of the Work Sheet; and

            **(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

        **(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

            **(a)** The Coinsurance percentage shown in the Declarations; multiplied by

            **(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

    **b.** The Additional Condition, Coinsurance, is suspended until:

        **(1)** 12 months after the effective date of this Optional Coverage; or



**(2)** The expiration date of this poli-
cy;

whichever occurs first.

**c.** We will reinstate the Additional Con-
dition, Coinsurance, automatically if
you do not submit a new Work Sheet
and Agreed Value:

**(1)** Within 12 months of the effective
date of this Optional Coverage;
or

**(2)** When you request a change in
your Business Income Limit of
Insurance.

**d.** If the Business Income Limit of Insur-
ance is less than the Agreed Value,
we will not pay more of any loss than
the amount of loss multiplied by:

**(1)** The Business Income Limit Of In-
surance; divided by

**(2)** The Agreed Value.

**Example:**

When: The Limit of Insurance is $ 100,000

The Agreed Value is $ 200,000

The amount of loss is $ 80,000

Step **(1):** $100,000 ÷ $200,000 = .50

Step **(2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not
covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Busi-
ness Income,** the number 60 in
Subparagraphs **(1)(b)** and **(2)(b)** is re-
placed by the number shown in the Dec-
larations for this Optional Coverage.

**F. Definitions**

**1.** "Finished stock" means stock you have
manufactured.

"Finished stock" also includes whiskey
and alcoholic products being aged, un-
less there is a Coinsurance percentage
shown for Business Income in the Dec-
larations.

"Finished stock" does not include stock
you have manufactured that is held for
sale on the premises of any retail outlet
insured under this Coverage Part.

**2.** "Operations" means:

**a.** Your business activities occurring at
the described premises; and

**b.** The tenantability of the described
premises, if coverage for Business
Income Including "Rental Value" or
"Rental Value" applies.

**3.** "Period of restoration" means the period
of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct
physical loss or damage for
Business Income Coverage; or

**(2)** Immediately after the time of di-
rect physical loss or damage for
Extra Expense Coverage;

caused by or resulting from any Cov-
ered Cause of Loss at the described
premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at
the described premises should
be repaired, rebuilt or replaced
with reasonable speed and simi-
lar quality; or

**(2)** The date when business is re-
sumed at a new permanent loca-
tion.

"Period of restoration" does not include
any increased period required due to the
enforcement of or compliance with any
ordinance or law that:

**(1)** Regulates the construction, use
or repair, or requires the tearing
down of any property; or

**(2)** Requires any insured or others
to test for, monitor, clean up, re-
move, contain, treat, detoxify or
neutralize, or in any way re-
spond to, or assess the effects of
"pollutants".

The expiration date of this policy will not
cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gas-
eous or thermal irritant or contaminant,
including smoke, vapor, soot, fumes,
acids, alkalis, chemicals and waste.
Waste includes materials to be recycled,
reconditioned or reclaimed.

**5.** "Rental Value" means Business Income
that consists of:

**a.** Net Income (Net Profit or Loss before
income taxes) that would have been
earned or incurred as rental income
from tenant occupancy of the prem-
ises described in the Declarations as
furnished and equipped by you, in-
cluding fair rental value of any por-
tion of the described premises which
is occupied by you; and

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**b.** Continuing normal operating expenses incurred in connection with that premises, including:

    **(1)** Payroll; and

    **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "Suspension" means:

    **a.** The slowdown or cessation of your business activities; or

    **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

# COMMERCIAL  PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.



## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**2.** The coverage territory is:

    **a.** The United States of America (including its territories and possessions);

    **b.** Puerto Rico; and

    **c.** Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to se-cure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL PROPERTY**
**CP 01 40 07 06**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph B., such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

POLICY NUMBER:

**COMMERCIAL PROPERTY**
**CP 03 29 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DEDUCTIBLES BY LOCATION

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

**SCHEDULE**

| Location* | Deductible | Covered Cause(s) Of Loss** |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |

*Describe the premises to which each deductible applies. If a deductible (whether of the same amount or a different amount) is to apply separately at each building, list each building as a separate Location in this Schedule.

**For each deductible listed in this Schedule, enter the number corresponding to the Covered Cause(s) of Loss to which that deductible applies (or enter the description):

**(1)** All Covered Causes of Loss

**(2)** All Covered Causes of Loss **except** Windstorm Or Hail

**(3)** All Covered Causes of Loss **except** Theft

**(4)** All Covered Causes of Loss **except** Windstorm Or Hail and Theft

**(5)** Windstorm Or Hail

**(6)** Theft

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The Deductible clause in this Coverage Form or policy is amended by the following provisions, which apply with respect to the locations shown in the Schedule of this endorsement.

**A.** Applicable deductibles by location are shown in the Schedule. If the Schedule shows a deductible for a particular building, then that building is considered to be a separate location for the purpose of this endorsement.

**CP 03 29 10 12**          © Insurance Services Office, Inc., 2011          **Page 1 of 2**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**B.** The deductible specified for a particular location applies to all property at that location. Therefore, if a building is shown in the Schedule as a separate location, all Covered Property at that location is subject to that deductible. The deductible will apply only once at that location in each occurrence of loss or damage.

**C.** If one occurrence results in loss or damage at more than one location, the applicable deductible will apply separately to loss or damage at each location that has sustained loss or damage, in accordance with the information shown in the Schedule for locations and deductibles. Therefore, for example, if fire damages two buildings which are shown in the Schedule as separate locations, the applicable deductible will be applied separately to the loss at each location.

**D.** The terms of this endorsement do not apply to any Earthquake Deductible or to any Windstorm Or Hail Percentage Deductible or Hurricane (or Named Storm) Deductible provided elsewhere in this policy.

**EXAMPLE**

In this example, the indicated deductibles apply to All Covered Causes of Loss at the specified locations.

This example assumes:

- That the loss at each location is less than the sum of the Limit of Insurance and the Deductible applicable to that location.

- That insurance is adequate and therefore a Coinsurance penalty does not apply.

- A fire damages Buildings 1 and 2, and Business Personal Property (BPP) at those buildings.

| Location | Deductible | Loss to Building | Loss to Business Personal Property |
|---|---|---|---|
| Building Loc. 1 | $10,000 | $50,000 | $50,000 |
| Building Loc. 2 | $10,000 | $10,000 | $20,000 |

Calculation of Loss Payment
Building Location 1

| | |
|---|---|
| Total amount of loss | $ 100,000 |
| Minus deductible | - 10,000 |
| Loss Payment | $ 90,000 |

Building Location 2

| | |
|---|---|
| Total amount of loss | $ 30,000 |
| Minus deductible | -10,000 |
| Loss Payment | $ 20,000 |

© Insurance Services Office, Inc., 2011   **CP 03 29 10 12**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL PROPERTY**
**CP 10 30 10 12**

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   **(1)** Regulating the construction, use or repair of any property; or

   **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

   **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   **(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   **(a)** Airborne volcanic blast or airborne shock waves;

   **(b)** Ash, dust or particulate matter; or

   **(c)** Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**CP 10 30 10 12**                    © Insurance Services Office, Inc., 2011                    **Page 1 of 11**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h.** **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

 

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.





Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

   **(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

   **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

   However, this limitation does not apply to:

   **(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

   **(2)** Business Income Coverage or Extra Expense Coverage.

e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

   **(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

   **(2)** Changes in or extremes of temperature;

   **(3)** Disease;

   **(4)** Frost or hail; or

   **(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

a. Animals, and then only if they are killed or their destruction is made necessary.

b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

   **(1)** Glass; or

   **(2)** Containers of property held for sale.

c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

   However, this limitation does not apply:

   **(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

   **(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire- extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage - Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

© Insurance Services Office, Inc., 2011        **CP 10 30 10 12**



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(2)** The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

   b. The personal property which collapses is inside a building;  and

   c. The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

E. **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

   1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus",  wet or dry rot or bacteria are the result of one or more of the following  causes that occur during the policy period and only if all reasonable  means were used to save and preserve the property  from further damage at the time of and after that occurrence:

      a. A "specified  cause of loss"  other than fire or lightning;  or

      b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional  Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated  roof.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus",  wet or dry rot or bacteria;

   b. The cost to tear out and replace any part of the building  or other property as needed to gain access to the "fungus",  wet or dry rot or bacteria; and

   c. The cost of testing performed  after removal, repair, replacement or restoration  of the damaged property is completed,  provided there is a reason to believe that "fungus",  wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited  Coverage is limited  to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting  with the beginning of the present annual policy period). With respect to a particular  occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus",  wet or dry rot or bacteria continue  to be present or active, or recur, in a later policy  period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular  occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.    Additional Coverage Extensions**

   **1.    Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

      **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   c. The most we will pay for loss or damage under this Extension is $5,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

   **2.    Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

### 3. Glass

    **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

    **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

### G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

        **(1)** The cost of filling sinkholes; or

        **(2)** Sinking or collapse of land into man-made underground cavities.

    **b.** Falling objects does not include loss or damage to:

        **(1)** Personal property in the open; or

        **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    **c.** Water damage means:

        **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

        **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL PROPERTY**
**CP 71 92 06 14**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI - CALCULATION OF ADDITIONAL PREMIUM

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** If changes are made to this policy after the beginning of the current policy period, and such changes require an additional premium, the additional premium will be prorated to recognize the actual period of coverage.

**B. Changes To A Covered Location**

If changes are made to a location that was covered at the beginning of the current policy period, and those changes require additional premium (e.g., an increase in the limit of insurance), we will calculate the additional premium using the rates and rules which were in effect on the effective date of the current policy period. If an increased limit of insurance is subject to a different limit of insurance relativity factor than that associated with the original limit, calculate a premium using the relativity factor associated with the new limit of insurance. Pro rate the original and new premium based on the respective periods of time in which the original and increased limits are applicable.

**C. Additional Locations**

**1.** If a location(s) is added to the policy after the beginning of the current policy period, we will calculate the premium for that location(s), including all coverages, options and causes of loss at that location(s), using the rates and rules which are in effect on the effective date of the policy, except if the location is ineligible for rating under Rule 85., Basic Group I Class Rates, use the specific Basic Group I loss cost in effect as of the date of the change.

**2.** If changes are subsequently made to a location(s) described in C.1. above, and those changes require additional premium, we will calculate the additional premium using the rates and rules which were in effect on the effective date of the current policy period except if the location is ineligible for rating under Rule 85., Basic Group I Class Rates, use the specific Basic Group I loss cost in effect as of the date of the change. If an increased limit of insurance is subject to a different limit of insurance relativity factor than that associated with the original limit, calculate a premium using the relativity factor associated with the new limit of insurance. Pro rate the original and new premium based on the respective periods of time in which the original and increased limits are applicable.

**D.** Where the prior actual developed premium for the policy was less than the policy writing minimum premium, we will add the additional developed premium to the prior actual developed premium. If the resulting total actual developed premium is still less than the policy writing minimum premium, no additional premium charge will be made. If the resulting total actual developed premium exceeds the policy writing minimum premium, the excess premium, prorated, will be charged.

**E. Waiver of Premium**

We will waive additional premium of $15.00 or less. This waiver applies only to that portion of the premium due on the effective date of the policy change.

© 2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CP 71 92 06 14    **Page 1 of 1**

COMMERCIAL  PROPERTY
CP 88 04 03 10

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## REMOVAL  PERMIT

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  PROPERTY COVERAGE PART


If Covered  Property  is removed  to a new  location  that is added by endorsement  to the policy  subsequent  to
its original  issue, you may extend this insurance  to include  that Covered  Property  at each location  during  the
removal.  Coverage  at each location  will  apply  in the proportion  that the value at each location  bears to the
value of all Covered  Property  being  removed.  This permit  applies  up to 10 days after the effective  date of the
endorsement  adding  the new location;  after that, this insurance  does not apply at the previous  location.

©2010 Liberty Mutual Insurance Company. All rights reserved.

**CP 88 04 03 10**    Includes copyrighted  material of Insurance  Services  Office, Inc., with  its permission .    **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  PROPERTY**
**CP 88 43 06 14**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI  - AMENDMENT   OF IDENTITY  THEFT ADMINISTRATIVE SERVICES AND  EXPENSE COVERAGE

This endorsement  modifies  insurance  provided  under  the following:

IDENTITY THEFT ADMINISTRATIVE  SERVICES AND EXPENSE COVERAGE FORM

Paragraph **3. - IDENTITY  THEFT ADMINISTRATIVE  SERVICES AND EXPENSE COVERAGE** is replaced  with the following:

**3.** Such "identity  theft"  is reported  to us as soon  as practicable  but in no event later  than 60 days after it is first discovered  by the "identity  theft insured"  however,  no claim  will  be denied based upon the insured's  failure  to provide  notice within  such specified  time, unless  this failure operates  to prejudice  the rights  of the insurer,  as per Missouri  regulation  20CSR100-1.020; and



© 2014 Liberty Mutual Insurance

**CP 88 43 06 14**    Includes copyrighted  material of Insurance Services Office, Inc., with its permission.    **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL PROPERTY**
**CP 88 44 02 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies the insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
COMMON POLICY CONDITIONS

**A.** The following is added as an Additional Coverage to the CAUSES OF LOSS - BASIC FORM, CAUSES OF LOSS - BROAD FORM, and CAUSES OF LOSS - SPECIAL FORM:

**Additional Coverage - Equipment Breakdown**

**1.** We will pay for direct physical damage to Covered Property that is caused by an "accident" to "covered equipment".

**2.** The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in the Equipment Breakdown Coverage Schedule. Coverage provided under this endorsement does not increase and is not in addition to any other Limit of Insurance.

**3.** The following coverages also apply to covered losses caused by an "accident". These coverages do not provide additional limits of insurance.

**a. Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**(1)** Make temporary repairs; and

**(2)** Expedite permanent repairs or replacement.

Reasonable extra cost shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

The most we will pay for under this coverage is $100,000 unless otherwise provided in this policy.

**b. Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expense to clean up or dispose of such property.

This does not include contamination of "perishable goods" by a refrigerant, including ammonia, which is addressed in **3.d.** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

The most we will pay for under this coverage, including any actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000 unless otherwise provided in this policy.

© 2015 Liberty Mutual Insurance

**CP 88 44 02 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 1 of 6**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**c. Spoilage**

**(1)** We will pay for physical damage to "perishable goods" due to spoilage. The spoilage damage must be due to the lack of or excess of power, light, heat, steam or refrigeratio n caused by an "accident" to "covered equipment".

**(2)** You must own the "perishable goods" or they must be in your care, custody or control and you must be legally liable for them.

**(3)** We will also pay any necessary expense you incur to reduce the amount of loss under this coverage. We will pay such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(4)** If you are unable to replace the "perishable goods" before their anticipated sale date, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" less discounts and expense you otherwise would have had. Otherwise, our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $100,000 unless otherwise provided in this policy.

**d. Refrigerant Contamination**

We will pay for physical damage to Covered Property due to contamination from the release of a refrigerant, including any related salvage expense.

The most we will pay for loss or damage under this coverage is $100,000 unless otherwise provided in this policy.

**e. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data". The most we will pay for loss or expense under this coverage, including any actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000 unless otherwise provided in this policy.

**f. Utility Services**

**(1)** Insurance provided for Business Income, Extra Expense and Spoilage is extended to apply to your loss, damage or expense caused by an "accident" to equipment that is owned, managed, or controlled by your landlord or landlord's utility, or utility or other supplier with whom you have a contract, that directly supplies you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(2)** Unless otherwise provided in this policy, Utility Services coverage will not apply unless the loss of or disruption of service exceeds 24 hours immediately following the "accident".

**(3)** The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Spoilage, respectively.

**g. Business Income and Extra Expense**

Any insurance provided under this Policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a separate Equipment Breakdown deductible is shown in the Policy, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident", and the separate Equipment Breakdown deductible shown in the Policy will apply. The most we will pay for loss of Business Income you sustain, and necessary Extra Expense you incur is the limit that applies to Business Income or Extra Expense unless otherwise provided in this policy.

© 2015 Liberty Mutual Insurance

**CP 88 44 02 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 2 of 6**



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**4. Exclusions**

For the purposes of this endorsement, all exclusions in the CAUSES OF LOSS - BASIC FORM, CAUSES OF LOSS - BROAD FORM, and CAUSES OF LOSS - SPECIAL FORM apply except as modified below.

**a.** The exclusions are modified as follows:

**(1)** The following is added to Paragraph **B.1.g Water:**

However, if electrical "covered equipment" requires drying out because of Water as described in **g.(1)** through **g.(3)** above, we will pay for the direct expense of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

**(2)** If CAUSES OF LOSS - BASIC FORM or CAUSES OF LOSS - BROAD FORM applies, the following is added to **Exclusions B.2:**

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. But if an "accident" results, we will pay for the resulting loss, damage or expense.

**(3)** If CAUSES OF LOSS - SPECIAL FORM applies, the last paragraph of **B.2.d. Exclusions** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **B.2.d. (1)** through **(7)** results in an "accident", we will pay for the loss, damage or expense caused by that "accident".

**b.** We will not pay under this endorsement for loss, damage or expense caused by or resulting from:

**(1)** Your failure to use all reasonable means to protect Covered Property from damage following an "accident".

**(2)** Any defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind. But if an "accident" results, we will pay for the resulting loss, damage or expense; or

**(3)** Any of the following tests:

**(a)** Hydrostatic, pneumatic, or gas pressure test of any boiler or pressure vessel; or

**(b)** Electrical insulation breakdown test of any type on electrical equipment.

**c.** With respect to Utility Services coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in paragraph **5.a.(3)** of this endorsement); smoke; aircraft; or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**d.** With respect to Business Income, Extra Expense and Utility Services coverages, we will also not pay for:

**(1)** Loss caused by your failure to use due diligence and all reasonable means to resume business; or

**(2)** Any increase in loss resulting from an agreement between you and your customer or supplier.

**e.** We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident":

Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that spoilage is covered under Spoilage coverage.

**f.** We will not pay under this endorsement for any loss or damage to animals.

© 2015 Liberty Mutual Insurance

**CP 88 44 02 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 3 of 6**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**5. Definitions**

The following  are added to **H. Definitions**

**a.** "Accident"  means a fortuitous  event that causes direct physical damage to "covered equipment"  that requires repair or replacement.  The event must be one of the following:

**(1)** Mechanical  breakdown,  including  rupture or bursting  caused by centrifugal  force;

**(2)** Artificially  generated electrical  current, including  electric arcing, that damages electrical  devices, appliances  or wires;

**(3)** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated  under your control;

An "accident"  does not include the functioning  of any safety or protective  device, or any other condition,  which can be corrected  by resetting, tightening,  adjusting, cleaning, or the performance of maintenance.

**b.** "Covered  equipment"

**(1)** means, unless otherwise  provided  in this policy, Covered Property:

**(a)** That generates, transmits  or utilizes  energy, including  electronic  communications  and data processing  equipment;  or

**(b)** Which, during  normal usage, operates under vacuum or pressure, other than the weight  of its contents.

**(2)** None of the following  is "covered  equipment":

**(a)** Structure,  foundation,  cabinet, compartment  or air supported  structure or building;

**(b)** Insulating  or refractory  material;

**(c)** Sewer piping, underground  vessels or piping, or piping forming  part of a sprinkler system;

**(d)** Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming  a part of a refrigerating  or air conditioning  system;

**(e)** "Vehicle"  or any equipment  mounted  on a "vehicle";

**(f)** Satellite,  spacecraft or any equipment  mounted  on a satellite  or spacecraft;

**(g)** Dragline,  excavation  or construction  equipment;  or

**(h)** Equipment  manufactured  by you for sale.

**c.** "Data" means information  or instructions  stored in digital  code capable of being  processed  by machinery.

**d.** "Hazardous  substance"  means any substance  that has been declared  to be hazardous  to health by any governmental  agency.

**e.** "Media"  means material  on which "data"  is recorded, such as magnetic  tapes, hard disks, optical  disks or floppy  disks.

**f.** "One accident"  means if an initial  "accident"  causes other "accidents",  all will be considered  "one accident". All "accidents"  at any one premises that manifest themselves  at the same time and are the direct result of the same cause will be considered  one "accident".

**g.** "Perishable  goods" means personal  property maintained  under controlled  conditions  for its preservation  and susceptible  to loss or damage if the controlled  conditions  change.

**h.** For the purposes of this endorsement,  "vehicle"  means any machine or apparatus that is used for transportation  or moves under its own power. "Vehicle"  includes  a car, truck, bus, trailer, train, aircraft, watercraft,  forklift, bulldozer,  or harvester.

However, any property  that is permanently  installed  at a covered  location  and that receives electrical  power from an external  power source will not be considered  a "vehicle".

© 2015 Liberty Mutual Insurance

**CP 88 44 02 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 4 of 6**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**B.** The BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM and CONDOMINUIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM are modified as follows:

The definitions stated above in Paragraph **A.5.** also apply to section **B.** of this endorsement.

**1. Deductible**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the Policy. If a separate Equipment Breakdown deductible is shown, the following applies.

Regarding Equipment Breakdown Coverage only, section **D. Deductible** is deleted and replaced with the following:

**a.** Deductible for Each Coverage

**(1)** Unless the Declarations or Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident".

**(2)** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Policy. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**(3)** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident", only the highest deductible for each coverage will apply.

**b.** Application of Deductibles

**(1)** Dollar Deductibles

We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage, or expense exceeds the applicable Deductible shown in the Policy. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**(2)** Time Deductible

If a time deductible is shown in the Policy, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(3)** Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income Coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

The number indicated in the Policy will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

© 2015 Liberty Mutual Insurance

**CP 88 44 02 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 5 of 6**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(4)** Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**2.    Conditions**

The following conditions are added to the **Conditions** in the COMMON POLICY CONDITIONS and to section **F. Additional Conditions** in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM, CONDOMINUIUM COMMERCIAL UNIT -OWNERS COVERAGE FORM:

**a.**    Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend coverage under this endorsement for that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(1)**   Your last known address; or

**(2)**   The address where the "covered equipment" is located.

Once suspended, your insurance can only be reinstated by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective on the date in which our notice is mailed or delivered to you, even if we have not yet made or offered a refund.

**b.**    Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**c.**    Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace it with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL PROPERTY**
**CP 90 49 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI - PROPERTY AMENDATORY ENDORSEMENT - CUSTOM PROTECTOR

This endorsement modifies insurance provided under the following:

CUSTOM PROTECTOR ENDORSEMENT, CP 90 00
CUSTOM PROTECTOR ENDORSEMENT, CP 90 11
CUSTOM PROTECTOR PLUS ENDORSEMENT, CP 91 42
CUSTOM PROTECTOR CONDOMINIUM UNIT OWNERS PLUS ENDORSEMENT, CP 91 43

Paragraph **(8)** of the **Additional Coverages, Employee Dishonesty** is amended to read:

**(8)** Will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period, however, no claim will be denied based upon the insured's failure to provide notice within such specified time, unless this failure operates to prejudice the rights of the insurer, as per Missouri regulation 20CSR100-1.020.

© 2015 Liberty Mutual Insurance
**CP 90 49 01 15**   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

COMMERCIAL  PROPERTY
CP 90 50 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RELIGIOUS  ORGANIZATIONS   CUSTOM  PROTECTOR™ ENDORSEMENT

This endorsement  modifies  insurance  provided  under  the following:

BUILDING  AND  PERSONAL  PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
CUSTOM  PROTECTOR™  ENDORSEMENT

The following  is a summary  of increased  limits  of insurance  and additional  coverages  provided  by this endorsement.  This endorsement  is subject  to the provisions  of your policy  which  means  that it is subject  to all limitations  and conditions  applicable  to this Coverage  Part, Coverage  Form  or Causes  of Loss  Form unless  specifically  deleted,  replaced,  or modified  herein. This endorsement  is applicable  only to those locations  described  in the Declarations.

**Coverage for loss of Business Income or Extra Expense, whether  provided  by this endorsement  or else-where,  does not apply  if a loss is covered  only as a result  of this endorsement.**

**If coverage  is provided  elsewhere  in this policy  for the same  loss or damage  as the coverage  provided under  this endorsement,  the coverage  under this endorsement  will apply  excess  over that other coverage unless  otherwise  stated. We will not pay more  than the actual  amount  of the covered  loss or damage.**

| Coverage Description | Limit of Insurance |
|---|---|
| Musical  Instruments | Included |
| Computer  Fraud | $    25,000 |
| Leasehold  Interest | $    25,000 |
| Contract  Penalty  Clause | $    25,000 |
| Food Contamination   Expense | $    50,000 |
| Food Contamination   Advertising   Expense | $     5,000 |
| Loss to Pair or Set | Included |
| Outdoor  Property | Statuary  & Crosses  Included |
| Personal  Effects  and Property  of Others | $    25,000 |
| Precious  Alloys  or Metals | $     5,000 |

**A.**  The following  changes  apply  to Section  **A. COVERAGE** of the BUILDING  AND  PERSONAL  PROPERTY COVERAGE FORM.

**1.  MUSICAL  INSTRUMENTS**

Paragraph  1.b.,Your Business Personal Property is extended to include  coverage  for the following described  property  within  the policy  coverage  territory:

Your musical  instruments  usual  to your operations  and at your option,  similar  property  of others  in your care, custody  and control,  used by you in your operations.

The following  EXCLUSIONS contained  in Part B., of the Causes  of Loss - Special  Form  do not apply  as respects  musical  instruments:

**1.b.** Earth Movement;

**1.g.** Water;

**2.c.** Smoke,  vapor,  or gas from  agricultural   smudging  or industrial  operations;

**2.e.** Explosion  to steam  boilers,  steam  pipes,  steam  engines  or steam  turbines  owned  or leased  by you or operated  under  your control.,

**2.j.** Rain, snow,  ice or sleet  to personal  property  in the open.

©2015 Liberty Mutual Insurance

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**2.**    The following  are added to paragraph  **A.4. Additional  Coverages** :

**Computer  Fraud**

We  will  pay  for  loss  of or  damage  to  your  "money",   "securities"   and other  property  resulting
directly  from  the  use  of  any  "computer"   to fraudulently   cause  a transfer  of that  property  from
inside  a building   at the described  premises  or from  any bank or similar  safe depository:

**(1)**  To a person  outside  those  premises;  or

**(2)**  To a place outside  those  premises.

The most  we will  pay under  this Additional   Coverage  for loss or damage  in any one occurrence  is
$25,000.

For the purposes  of this provision:

"Computer"    means:

Your  programmable   electronic  equipment   that  is used  to store,  retrieve  and process  electronic
data. It includes  their component  parts and dedicated air conditioning,  fire suppression  equipment
and electrical  equipment  used exclusively  in your "computer"  operations;  and associated  periph-
eral  equipment  that  provides communication,   including  input  and output  functions  such  as print-
ing or auxiliary  functions  such as electronic  data transmission.

It does not include  electronic  data and media.

"Money"   means:
Currency,  coins and bank  notes in current  use and having  a face value;  and travelers  checks,
register  checks and money  orders  held for sale to the public.

"Securities"   means negotiable  and non-negotiable  instruments  or contracts  representing  either
"money"  or other  property  and includes:

Redeemed  coupons,  tokens,  tickets,  revenue  and other  stamps  (whether  represented  by actual
stamps  or unused  value  in a meter)  in current  use; and evidences  of debt issued  in connection  with
credit  or charge  cards,  which  cards  are not  issued  by you;  but does not include  "money".

**Leasehold  Interest**

We  will  pay  for  loss  of "tenants  lease  interest"   you sustain  due  to the  cancellation   of your  lease.
The  cancellation   must  result  from  direct  physical  loss  or damage  at a location  described  in the
Declarations  due to a Covered  Cause  of Loss.

"Tenants  lease  interest"   means the difference  between  the rent you will  pay under  a new lease at
the described  location;  or elsewhere,  and the rent you now pay.

The most  we will  pay for such loss is the least of:

**(1)**  The total difference  in rent based on the period  of time  remaining  under your current  lease; or

**(2)**  The total difference  in rent for one year; or

**(3)**  $25,000 in any one occurrence.

**CP 90 50 01 15**     Includes copyrighted  material of Insurance Services Office, Inc., with its permission.     **Page 2 of 4**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Contract Penalty Clause**

We will pay the contract penalties you are required to pay to your customers as a result of any written clause in your contract for failure to timely deliver your product or service according to contract terms, provided the contract was executed prior to the loss or damage. The penalties must solely result from direct physical loss or damage by a Covered Cause of Loss to covered property. The most we will pay for penalties for all contracts in any one occurrence is $25,000.

**Food Contamination And Additional Advertising Expense Coverage**

If the Board of Health or other government body orders your location(s) closed because of the discovery of, or suspicion of "food contamination" at the location(s) described in the Declarations:

**(1)** We will pay your cost to clean your equipment per local Board of Health requirements and your cost to replace consumable goods declared contaminated by the local Board of Health.

**(2)** We will pay for necessary medical tests and vaccines for affected employees as required by the Board of Health or other government body. The insurance provided by this coverage is primary insurance.

**(3)** If Business Income and Extra Expense Coverage is shown in the Declarations, we will also pay for the actual loss of Business Income at the closed location(s) described in the Declarations, and paid leave for all employees until the site has been cleared by the local Board of Health for reopening.

**(4)** We will pay additional advertising expenses you incur to restore your reputation.

**(5)** We will pay for the loss or damage to business personal property caused by or resulting from "food contamination".

The most we will pay for all loss under paragraphs **(1), (2), (3)** and **(5)** above is a total of $50,000 for all costs you incur or loss you sustain in any one policy year, regardless of the number of occurrences of "food contamination."

The most we will pay under paragraph **(4)** above is $5,000 for advertising expenses you incur in any one policy year, regardless of the number of occurrences of "food contamination.

"Food contamination" means an incidence of food poisoning to one or more of your customers as a result of:

**(1)** Tainted food you purchased;

**(2)** Food which has been improperly stored, handled or prepared; or

**(3)** A "communicable disease" transmitted through one or more of your employees.

Contamination does not include the wrongful addition or omission of ingredients or substances as part of the production or preparation process; nor improper processing or preparation.

"Communicable disease" means a bacterial microorganism transmitted through human contact with food.

Coverage provided under this Additional Coverage is subject to the Property Deductible shown in the Declarations.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

3. The following is added to Paragraph **5. Coverage Extensions:**

**Loss To Pair Or Set**

If there is a loss or damage by a Covered Cause of Loss to covered property which is a part of a pair or set, we will pay; at our option, for:

**(1)** The cost to repair or replace any part to restore the pair or set to its value before the loss; or

**(2)** The difference between the value of the pair or set before and after the loss; or

**(3)** The full actual cash value for the pair or set at the time of loss, and you will give us the remainder of the pair or set.

**B.** The following changes apply to the **CUSTOM PROTECTOR™** ENDORSEMENT:

**1. Outdoor Property**

The list of items included in the Outdoor Property provision **A.15.** of the Custom Protector ™ Endorsements extended to include coverage for statuary or crosses.

**2.** The second paragraph in **Personal Effects and Property of Others** is deleted and replaced by the following:

The most we will pay for loss or damage under this Extension is $25,000 at each described premises. Our payment for loss of or damage to personal property of others (including property of others held by you on consignment) will only be for the account of the owner of the property

**C. Precious Alloys Or Metals**

The special limit for theft of precious alloys or metals in paragraph **C.3.b.** Limitat ions of the CAUSES OF LOSS SPECIAL FORM is increased to $5,000 for any one occurrence regardless of the types or numbers of articles that are lost or damaged in that occurrence.

**All other terms and conditions remain unchanged.**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME AND EXTRA EXPENSE CHANGES - ACTUAL LOSS SUSTAINED IN A TWELVE-MONTH PERIOD

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

**A.** The following changes apply to Section **A. Coverage** :

   **1.** **Broadened Premises**

     The **within 100 feet** of the described premises stated in:

     **a.** Section **A.1. Business Income** ; and

     **b.** Paragraph **A.5.b. Alterations and New Buildings**

     is deleted and replaced by **within 1,000 feet** .

   **2.** The following is added to paragraph **A.5. Additional Coverages** :

     **e.** **Business Income from Dependent Properties**

      We will pay up to $10,000 for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to a "dependent property" caused by or resulting from a Covered Cause of Loss.

      "Dependent Property" as used in this Additional Coverage means property operated by others whom you depend on to:

      **(1)** Deliver materials or services to you, or to others for your account (Contributing Locations). With respect to Contributing Locations, services does not mean water, fuel, communication or power supply services;

      **(2)** Accept your products or services (Recipient Locations);

      **(3)** Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

      **(4)** Attract customers to your business (Leader Locations).

   **3.** The following paragraph **(3)** is added to Additional Coverage **5.c., Extended Business Income** :

     **(3)** The **Extended Business Income** Additional Coverage applies only to such loss that occurs within 12 consecutive months after the date of direct physical loss or damage, subject to all provisions and limitations of that Additional Coverage including the 30-day limitation (or 180-day limitation if your policy includes the PROPERTY EXTENSION OPTIMUM endorsement).

**B.** The **Limits of Insurance** clause in the Coverage Form modified by this endorsement does not apply. However, specific dollar limitations on payment under any applicable Coverage Extension or Additional Coverage continue to apply.

**C.** For purposes of this endorsement only, Section **D. Additional Condition - Coinsurance** is deleted.

**D.** Paragraph **b.** of definition **F.3.** "Period of Restoration" is deleted and replaced by the following:

   **b.** Ends on the earlier of:

     **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality;

     **(2)** The date when business is resumed at a new permanent location; or

     **(3)** Twelve consecutive months after the "suspension" of your "operations."

All other terms and conditions remain unchanged.

© 2012 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

COMMERCIAL PROPERTY
CP 90 59 12 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IDENTITY THEFT ADMINISTRATIVE SERVICES AND EXPENSE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

The following is added to paragraph **A.4. Additional Coverages:**

**IDENTITY THEFT ADMINISTRATIVE SERVICES AND EXPENSE COVERAGE**

We will provide "Identity Theft Administrative Services" and will reimburse up to $25,000 for "Identity Theft Expenses" incurred by an "identity theft insured" as a direct result of any one "identity theft" in the "coverage territory" if all of the following requirements are met:

1. The personal identity of an "identity theft insured" under this policy was the subject of an "identity theft"; and

2. Such "identity theft" is first discovered by the "identity theft insured" during the policy period for which this Identity Theft Expense Coverage is applicable; and

3. Such "identity theft" is reported to us as soon as practicable but in no event later than 60 days after it is first discovered by the "identity theft insured"; and

4. The "identity theft insured" reports the "identity theft" in writing to the appropriat e law enforcement agency.

Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others, against an "identity theft insured" is considered to be one "identity theft", even if a series of acts continues into a subsequent policy period.

**LIMITS**

Regardless of the number of claims or "Identity Theft Insureds", the most we will pay in the aggregate for all "identity theft expenses" resulting from "identity theft" discovered during the policy period is $25,000.

1. The $25,000 Identity Theft Expense Limit shall be reduced by the amount of any payment made by us under the terms of this insurance. If the Identity Theft Expense Limit of Insurance is exhausted, we will have no further liability to pay for loss which may be discovered during the remainder of the policy period.

2. Any recovery made by us after settlement of a loss covered by this insurance shall not be used to increase or reinstate the Limit of Insurance.

3. "Identity Theft Incident Administrative Services" is provided up to 12 consecutive months after service begins.

4. "Identity Theft Administrative Services "do not reduce the "Identity Theft" limit.

This "Identity Theft Administrative Service" and "Identity Theft Expense" Coverage is additional insurance.

**EXCLUSIONS**

The following exclusions are added to the applicable Cause of Loss Form shown on the Declarations.

We do not provide "Identity Theft Administrative Services" or cover "identity theft expenses":

1. Incurred as the result of "identity theft" due to any fraudulent, dishonest, or criminal act by you, your partners, employees, members, "executive officers", managers, directors, or trustees or by any authorized representative of yours, whether acting alone or in collusion with others.

   In the event of any such act, no "identity theft insured" is entitled to "identity theft expenses", even an "identity theft insured" who did not commit or conspire to commit the act causing the "identity theft".

2. Arising out of "identity theft" committed by or with knowledge of any relative or former relative of the "identity theft insured".

3. Arising out of an "identity theft" first discovered by the "identity theft insured "prior to the policy period or after the policy period, even if the "identity theft" began or continued during the policy period.

4. Arising out of an "identity theft" that is not reported to us within 60 days after it is first discovered by the "identity theft insured".

## DEDUCTIBLE

1. There is no deductible applicable to the "Identity Theft Administrative Services".

2. We will not pay for "identity theft expenses" resulting from an "identity theft" unless the amount exceeds $250. We will then pay the amount of "identity theft expense" in excess of the Deductible Amount, up to the Limit of Insurance. Each "identity theft insured" shall be subject to only one deductible during any one policy period.

## CONDITIONS

The following additional conditions are added for "Identity Theft Administrative Services" and Expense Coverage:

1. The coverage provided under this endorsement will be excess over any other insurance covering the same loss or damage, whether you can collect on it or not. But we will not pay any more than the Identity Theft Expense Limits of Insurance applicable to this coverage.

2. Reimbursement for "Identity Theft Expense" will be made to the "Identity Theft Insured."

3. "Identity Theft Administrative Services" will provide instructions on:

    a. How to respond to a potential "Identity Theft";

    b. How to submit a request for "Identity Theft Administrative Services"; and

    c. Information needed for reimbursement of "Identity Theft Expenses".

    We may provide "Identity Theft Administrative Services" prior to a final determination of "Identity Theft." However, if we determine there was not an "Identity Theft" these services will end and we will not have a right or duty to continue these services. Offering "Identity Theft Administrative Service" does not indicate an admission of liability under this policy.

4. Identify Theft Administrative Services. The following apply with respect to "Identity Theft Administrative Services":

    a. Services will depend on the cooperation, permissions, and assistance provided by the "Identity Theft Insured";

    b. There is no warranty or guarantee that "Identity Theft" issues will end and it will not prevent future "Identity Theft" incidences; and

    c. All services may not be offered or applicable to all "Identity Theft Insureds." For example, minors may not have credit reports available to be monitored.

## DEFINITIONS

1. "Coverage Territory" means:

    a. The United States of America (including its territories and possessions);

    b. Puerto Rico; and

    c. Canada.

2. "Executive officers" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

3. "Identity theft" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "identity theft insured' with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law. "Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

© 2012 Liberty Mutual Insurance

**CP 90 59 12 12**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 2 of 3**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

4. "Identity Theft Expenses" means the following reasonable and necessary items incurred as a result of "identity theft":

    a. Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.

    b. Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

    c. Costs for obtaining credit reports.

    d. Charges incurred for long distance telephone calls to merchants, vendors, suppliers, customers, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity theft".

    e. Application fees for re-applying for a loan, or loans when the original application is rejected solely because the lender received incorrect credit information as a result of a covered "identity theft."

    f. Lost income resulting from time taken off from work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum of $250 per day. Total payment for loss of income is not to exceed $5,000 per "identity theft insured" and is included within the "identity theft expense" and aggregate limits.

    g. Attorney fees to:

        i. Defend lawsuits brought against an "identity theft insured" by merchants, vendors, suppliers, financial institutions, or their collection agencies.

        ii. Remove any criminal or civil judgments wrongly entered against an "identity theft insured"; and

        iii. Challenge the accuracy or completeness of any information in a consumer credit report.

    h. Advertising expenses to restore the reputation of your business after an "identity theft insured" has been the victim of "identity theft". Total payment for advertising expenses is not to exceed $5,000 per "identity theft insured" and is included within the "identity theft expense" and aggregate limits.

5. "Identity Theft Administrative Services" means one or more individuals assigned by us to the "identity theft insured" to assist with the communication needed to re-establish the integrity of the "identity theft insured's" identity, including with the "identity's theft insured's" permission and cooperation, written and telephone communication with law enforcement authorities, government agencies, credit agencies, and individual creditors and businesses.

6. "Identity Theft Insured" means the following if you are designated in the Declarations as:

    a. An individual or sole proprietorship, you and your spouse are insureds.

    b. A partnership or joint venture, your members, your partners, and their spouses are insured's.

    c. A limited liability company, your members are insured's.

    d. An organization other than a partnership, joint venture, or limited liability company, your "executive officers" and directors are insureds. Your stockholders are not "identity theft insureds."

© 2012 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 90 59 12 12**                                                                 **Page 3 of 3**

COMMERCIAL PROPERTY
**CP 91 42 01 15**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CUSTOM  PROTECTOR™ PLUS ENDORSEMENT

This endorsement  modifies  insurance  provided  under  the following:

BUILDING  AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM  ASSOCIATION  COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

The following  is a summary  of increased  limits of insurance and additional  coverages provided  by this endorsement.  This endorsement  is subject to the provisions  of your policy which means that it is subject to all limitations  and conditions  applicable  to this Coverage Part, Coverage Form or Causes of Loss Form unless specifically  deleted, replaced, or modified  herein. This endorsement  is applicable  only to those locations  described  in the Declarations.

**Coverage  for loss of Business Income or Extra Expense, whether  provided  by this endorsement  or else- where, does not apply if a loss is covered  only as a result of this endorsement.**

**If coverage  is provided  elsewhere  in this policy for the same loss or damage as the coverage  provided under this endorsement,  the coverage  under this endorsement  will apply excess over that other coverage unless otherwise  stated. We will not pay more than the actual amount of the covered  loss or damage.**

| Coverage Description | Limit of Insurance | Section |
|---|---|---|
| Accounts  Receivable, Valuable Papers and Electronic  Data | | |
| Blanket Limit  of Insurance  - On Premises | $  200,000  Blanket | **A.10.** |
| Off Premises: | | |
| Valuable  Papers | $  10,000 | **A.10.** |
| Accounts  Receivable | $  10,000 | **A.10.** |
| Electronic  Data | $  10,000 | **A.10.** |
| Additional  Covered  Property | Included | **A.2.** |
| Appurtenant  Structures | | |
| Buildings | $  50,000 | **A.16.u.** |
| Business  Personal  Property | $  5,000 | **A.16.u.** |
| Back-up of Sewers  or Drains | $  25,000 | **F.** |
| Broadened  Premises | Included | **A.1.** |
| Business  Income | $  25,000 | **A.16.s.** |
| Business  Income  - Newly  Acquired  Locations | $  250,000 | **A.16.s.** |
| Business  Income  - Utility  Services  - Time  Element | $  25,000 | **A.16.t.** |
| Business  Personal Property  - Seasonal Increase | 33% | **A.16.v.** |
| "Cellular  Phones"  - Coverage | $  1,000 | **A.16.i.** |
| Computer  Equipment | $  50,000 | **A.16.n.** |
| Consequential  Loss | Included | **A.16.r.** |
| Debris  Removal | $  50,000 | **A.6.** |
| Employee  Dishonesty | $  50,000 | **A.11.h.** |
| Employee  Tools Coverage | $  25,000 | **A.16.w.** |
| Extra Expense | $  25,000 | **A.16.j.** |
| Fine Arts | $  25,000 | **A.16.k.** |
| Fire Department  Service  Charge | $  25,000 | **A.8.** |
| Fire Protective  Devices | $  25,000 | **A.16.l.** |
| Forgery  or Alteration | $  50,000 | **A.11.k.** |
| Foundations | Included | **A.5.** |
| Inventory  and Appraisal  Expense Coverage | $  10,000 | **A.11.g.** |
| Lock  Replacement | $  10,000 | **A.16.o.** |

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

| Coverage Description | Limit of Insurance | Section |
|---|---|---|
| Loss of Refrigeration | $ 25,000 | A.16.m. |
| Lost Key Coverage | $ 10,000 | A.11.j. |
| Money and Securities | | |
|     Inside the Premises | $ 25,000 | A.16.p. |
|     Outside the Premises | $ 25,000 | A.16.p. |
| Money Orders and Counterfeit Money | $ 25,000 | A.11.i. |
| Newly Acquired or Constructed Property | 180 days | A.12. |
|     Buildings | $ 1,000,000 | A.12. |
|     Business Personal Property | $ 500,000 | A.12. |
| Off-Premises Services Interruption | $ 25,000 | A.16.q. |
| Ordinance or Law | A - Incl. in Building Limit B & C - 25% of the Building Limit subject to $200,000 | A.11.l. |
| Outdoor Property | $ 25,000 | A.15. |
| Personal Effects and Property of Others | $ 15,000 | A.13. |
| Pollutant Clean Up and Removal | $ 50,000 | A.9. |
| Preservation of Property | 90 days | A.7. |
| Property Off-Premises (Including while in Transit) | $ 50,000 | A.14. |
| Real Property of Others Required by Contract | $ 25,000 | A.4. |
| Reward **(Not available in New York)** | $ 25,000 | A.16.h. |
| Signs | $ 25,000 | B. |
| Special Deductible Provision | Included | C. |
| Undamaged Improvements & Betterments | Included | A.3. & D.1. |
| Waiver of Coinsurance on losses $10,000 or less | Included | E. |

**A.** The following changes apply to Section A. COVERAGE of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM:

**1. Broadened Premises**

The **within 100 feet of the described premises** description stated in Paragraph **A.1.a.(5)(b), Building,** Paragraph **A.1.b., Your Business Personal Property,** Paragraph **A.1.c.(2), Personal Property of Others** and Paragraph **A.5., Coverage Extensions** is deleted and replaced by **within 1000 feet of the described locations.**

**2. Additional Covered Property**

The following are added to item **a. Building** of Paragraph **1. Covered Property:**

Bridges, roadways, walks, patios or other paved surfaces; Retaining walls (except retaining walls used to contain water) that are not part of a building.

Item **d.** is deleted from paragraph **2. Property Not Covered.**

Item **l.** of paragraph **2.,** Property Not Covered is deleted and replaced by the following:

    **l.** Retaining walls used to contain water.

**3. Undamaged Improvements And Betterments**

(This coverage does not apply to the CONDOMINIUM ASSOCIATION COVERAGE FORM.)

The following is added to paragraph **A.1.b** Your Business Personal Property:

    **(8)** Undamaged Improvements and Betterments;

        **(a)** Improvements and betterments coverage includes the portion of improvements and betterments not damaged in a covered loss.

        **(b)** We will pay for the portion of undamaged improvements and betterments only if a minimum of six months is required to repair or rebuild the building for your occupancy, and only when your lease is cancelled:

            **(i)** By the lessor;

            **(ii)** By a valid condition of your lease; and

            **(iii)** Due to direct physical loss or damage by a Covered Cause of Loss to property at the location(s) stated in the Declarations.

© 2015 Liberty Mutual Insurance

**CP 91 42 01 15**   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   **Page 2 of 17**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**4. Real Property Of Others Required By Contract**

The following is added to item **b. Your Business Personal Property** of Paragraph **1. Covered Property** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM as subparagraph **(9)** and to the CONDOMINIUM ASSOCIATION COVERAGE FORM as subparagraph **(4):**

Real Property including but not limited to building, doors and windows which are your responsibility to insure under any contract.

The most we will pay for loss or damage to covered property is $25,000 in any one occurrence.

**5. Foundations**

Item **g.** is deleted in its entirety from Paragraph **2., Property Not Covered.**

**6. Debris Removal**

Paragraph **A.4.a.(4)** is deleted and replaced by the following:

**(4)** We will pay up to an additional $50,000 for debris removal expense, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $50,000.

**7.** Paragraph **A.4. Additional Coverage** is amended as follows:

**b. Preservation of Property**

The 30 day limitation in paragraph **A.4.b.(2)** is increased to 90 days.

**8. Fire Department Service Charge**

Item **c. Fire Department Service Charge** of Paragraph **4. Additional Coverages** is deleted and replaced by the following:

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 in any one occurrence for your liability for fire department service charges. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, regardless of the number or type of services performed.

This Additional coverage applies to your fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No deductible applies to this Additional Coverage.

**9. Pollutant Clean Up And Removal**

Item **d. Pollutant Clean Up And Removal** of Paragraph **4. Additional Coverages,** the last paragraph is amended as follows:

The most we will pay under this Additional Coverage is $50,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**10. Accounts Receivable, Valuable Papers And Electronic Data:**

The following is added to Paragraph **5. Coverage Extensions:**

**h. Accounts Receivable**

We will pay:

**(1)** All amounts due from your customers that you are unable to collect;



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(2)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(3)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**(4)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from a Covered Cause of Loss to your records of accounts receivable.

The limits of insurance as respects the following Additional Coverages And Coverage Extensions:

Electronic Data; Valuable Papers and Records (Other Than Electronic Data);

are deleted and included in the following blanket limit:

**Accounts Receivable, Valuable Papers And Electronic Data Blanket Limit of Insurance:**

The most we will pay for loss or damage as respects the following Additional Coverages or Coverage Extensions is $200,000 in total for each described location in any one occurrence:

Accounts Receivable;

Valuable Papers and Records;

Electronic Data;

However, as respects to Valuable Papers and Records or Accounts Receivable at a location not described in the Declarations the most we will pay is $10,000 respectively in any one occurrence.

The most we will pay for Electronic Data at a premise not described in the Declarations or in transit is $10,000 in any one policy year, regardless of the number of occurrences of loss or damage or computer systems involved. Under this Extension, electronic data has the meaning described in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM under Property Not Covered - Electronic Data.

**11.** The following are added to paragraph **A.4. Additional Coverages:**

**g. Inventory And Appraisal Expense Coverage**

We will pay up to $10,000 in any one occurrence for incurred inventory and appraisal costs, and expenses for preparation of loss data, due to loss or damage as a result of a Covered Cause of Loss to covered property. We will only pay if the costs are reasonable and necessary to establish the amount of the loss. Attorney or public adjuster fees are not covered costs under this section.

**h. Employee Dishonesty**

**(1)** We will pay for direct loss of or damage to business personal property, including money and securities, resulting from dishonest acts committed by any of your employees acting alone, or in collusion with other persons (except you or your partner) with the manifest intent to:

**(a)** Cause you to sustain loss or damage; and

**(b)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(i)** Any employee; or

**(ii)** Any other person or organization.

**(2)** We will not pay for loss or damage:

**(a)** Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons; or

**(b)** The only proof of which as to its existence or amount is dependent upon:

**(i)** An inventory computation; or

**(ii)** A profit and loss computation.

**(3)** The most we will pay for loss or damage in any one occurrence is $50,000.

**(4)** All loss or damage:

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

    **(a)** Caused by one or more persons; or

    **(b)** Involving a single act or series of related acts;

is considered one occurrence.

**(5)** If any loss is covered:

    **(a)** Partly by this insurance; and

    **(b)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest,

the most we will pay is the larger amount recoverable under this insurance or the prior insurance.

**(6)** We will pay for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**(7)** This Additional Coverage does not apply to the dishonest act of any employee that occurs after the discovery by:

    **(a)** You; or

    **(b)** Any of your partners, officers, directors or trustees not in collusion with the employee

of any dishonest act committed by that employee whether before or after becoming employed by you.

**(8)** Will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

**(9)** If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Additional Coverage, provided:

    **(a)** This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

    **(b)** The loss or damage would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**(10)** The insurance under paragraph (9) above is part of, not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

    **(a)** This Additional Coverage as of its effective date; or

    **(b)** The prior insurance had it remained in effect.

Coverage provided under this Additional Coverage is subject to a Deductible equal to the Property Deductible shown in the Declarations.

"Employee" means:

**(1)** Any natural person:

    **(a)** While in your service and for 30 days after termination of service; and

    **(b)** Whom you compensate directly by salary, wages or commissions; and

    **(c)** Whom you have the right to direct and control while performing services for you; or

**(2)** Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the premises.

But "employee" does not mean any:

**(1)** Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

© 2015 Liberty Mutual Insurance

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 91 42 01 15**                                       **Page 5 of 17**

**i.    Money Orders And Counterfeit Money**

We will pay for your loss when you accept in good faith:

**(1)**    Any money order in exchange for goods or services if the money order is not paid when presented to the issuer; or

**(2)**    Counterfeit U.S. or Canadian paper money in the regular course of business.

The most we will pay under this additional coverage is $25,000 in any one occurrence.

**j.    Lost Key Coverage**

We will pay for consequential loss to keys and locks if a master key or grand master key is lost or damaged resulting from a Covered Cause of Loss. We will pay for the actual cost to replace keys, adjustment of locks to accept new keys, or if required, new locks, including the cost of their installation.

The most we will pay for loss or damage under this coverage is $10,000 in any one occurrence.

**k.    Forgery Or Alteration**

**(1)**    We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent. We will pay for loss you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no limit of insurance cumulates from year to year or period to period.

**(2)**    If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**(3)**    For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

**(4)**    We will not pay for loss resulting from any dishonest or criminal acts committed by you or any of your partners, employees, managers, members, officers, directors or trustees whether acting alone or in collusion with others.

**(5)**    The most we will pay for all loss, including legal expenses, under this Additional Coverage is $50,000.

"Money" means:

**(1)**    Currency, coins and bank notes in current use and having a face value; and

**(2)**    Travelers checks, register checks and money orders held for sale to the public.

**l.    Ordinance Or Law**

**(1)**    If a Covered Cause of Loss occurs to covered Building property, we will pay:

**(a)**    For the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that:

**(i)**    Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

**(ii)**    Regulates the construction or repair of buildings, or establishes zoning or land use requirements at a described location; and

**(iii)**    Is in force at the time of loss.

**(b)**    The cost to demolish and clear the site of undamaged parts of the property caused by the enforcement of building, zoning or land use ordinance or law.

The COINSURANCE Additional Condition does not apply to this demolition cost coverage.

**(c)**    The increased cost to:

**(i)**    Repair or reconstruct damaged portions of that Building property; and/or

**(ii)**    Reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required;

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



When the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.

However:

**(i)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(ii)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The COINSURANCE Additional Condition does not apply to this increased cost of construction coverage.

**(2)** We will not pay the increased costs of construction under this coverage:

**(a)** Until the property is actually repaired or replaced, at the same or another location; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(3)** We will not pay under this coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(4)** The most we will pay under this coverage in any one occurrence is:

**(a)** Coverage **I.(1.)(a.)** above is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. The loss in value of the undamaged portion of the building does not increase the Limit of Insurance.

**(b)** For coverages **I.(1.)(b.)** and (c.) above the lesser of:

**(i)** 25% of the Limit of Insurance shown in the Declarations for Building Coverage; or

**(ii)** $200,000.

**(5)** We will not pay for loss due to any ordinance or law that:

**(a)** You were required to comply with before the loss, even if the building was undamaged, and

You failed to comply with.

**12. Newly Acquired Or Constructed Property**

Item **a. Newly Acquired Or Constructed Property** of Paragraph **5. Coverage Extensions** is deleted and replaced by the following:

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built at the described location(s); and

**(b)** Buildings you acquire away from the described location(s), intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $1,000,000 at any one location.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

© 2015 Liberty Mutual Insurance

**CP 91 42 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 7 of 17**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $500,000 at any one location.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3)** **Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property coverage will end when any of the following occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**13.** **Personal Effects And Property Of Others**

Item **b. Personal Effects And Property Of Others** of Paragraph **5. Coverage Extensions,** the last paragraph is amended as follows:

The most we will pay for loss or damage under this Extension is $15,000 in any one occurrence. Our payment for loss of or damage to personal property of others (including property of others held by you on consignment) will only be for the account of the owner of the property. Except as provided by Employee Tools Additional Coverage extension, this coverage does not apply to tools or equipment used in your business.

**14.** **Property Off-Premises**

Item **d. Property Off-Premises** of Paragraph **5. Coverage Extensions** is deleted and replaced by the following:

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described location(s) if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

This Extension applies only if loss or damage is caused by a Covered Cause of Loss. This extension does **not** apply to loss to property covered under the Wholesalers Custom Protector Endorsement, Manufacturers Custom Protector Endorsement, or Food Processors Custom Protector Endorsement.

**(2)** You may extend the insurance provided by this Coverage Form to apply to your personal property in a vehicle or in transit more than 1,000 feet from the described location(s) while:

**(a)** In or on a vehicle you own, rent or lease;

**(b)** In the custody of a carrier for hire; or

**(c)** In the custody of an air or rail carrier

within the coverage territory.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

The reference to Property Not Covered in A.2.i. for Property while airborne or waterborne does not apply to this Coverage Extension. However, there is no coverage under this Extension for shipments of any exported or imported property that originate or terminate outside of the United States of America, its territories and possessions, Canada, and Puerto Rico.

There is no coverage under this Extension for:

**(a)** Fine arts, antiques, fur garments, jewelry, precious or semiprecious stones, gold, silver, platinum, or other precious metals or alloys; or

**(b)** Mail shipments in the custody of the U.S. Postal Service.

**(3)** The most we will pay for loss or damage under this Extension is $50,000.

**15. Outdoor Property**

Item **e. Outdoor Property** of Paragraph **5. Coverage Extensions** is deleted and replaced by the following:

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, lighting, lighting standards, radio and television antennas, satellite dish, signs (other than signs attached to buildings), playground equipment, scoreboards, trees, shrubs and plants (other than "stock" of trees, shrubs or plants or part of a vegetated roof) including debris removal expense, caused by or resulting from any of the Covered Causes of Loss.

The most we will pay for loss or damage under this Extension is $25,000, but not more than $1,000 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or numbers of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described location the debris of trees, shrubs and plants which are property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described location.

**16.** The following are added to Paragraph **5. Coverage Extensions:**

**h.   Reward (Not available in New York)**

We will pay on behalf of the insured up to $25,000 for information which leads to an arson or theft conviction in connection with a fire loss covered under this Coverage Form. Regardless of the number of persons involved in providing information, our liability under this Coverage Extension will not be increased.

**i.** "Cellular Phones".

The most we will pay for loss or damage to "Cellular Phones" is $1,000 in any one calendar year.

With regard to this provision: "Cellular Phone" is defined as any cellular phone that is:

**(1)** Permanently installed in a vehicle by other than the manufacturer of the vehicle; or

**(2)** Not permanently installed in a vehicle.

**j.   Extra Expense**

We will pay the actual and necessary Extra Expense you incur due to direct physical loss of or damage to the property at the location(s) described in the Declarations, including personal property in the open or in a vehicle, within 1,000 feet of such location, caused by or resulting from any Covered Cause of Loss.

If you are a tenant, your location is the portion of the building which you rent, lease or occupy, including:

**(1)** All routes within the building to gain access to the described location; and

**(2)** Your personal property in the open (or in a vehicle) within 1000 feet of the described location.

The following definitions are added as respects this Coverage Extension:

**(1)** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage:

**(a)** To avoid or minimize the suspension of business and to continue "operations":

**(i)** At the described location(s); or

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 91 42 01 15**          **Page 9 of 17**

**(ii)** At replacement location(s) or at temporary locations,

Including relocation expenses or costs to equip and operate the replacement or temporary locations.

**(b)** To minimize the suspension of business if you cannot continue "operations".

**(c)** **(i)** To repair or replace any property; or

**(ii)** To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Extension .

**(2)** "Operations"  means the type of your business activities occurring at the described location(s).

**(3)** "Period of Restoration"  means the period of time that:

**(a)** Begins with the date of direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the described location(s);  and

**(b)** Ends on the earlier of:

**(i)** The date when the property at the described location(s) should be repaired, rebuilt or replaced with reasonable speed and similar quality;  or

**(ii)** The date when business is resumed at a new permanent location.

"Period of Restoration"  does not include any increased period required due to the enforcement of any ordinance or law that:

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property;  or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

The most we will pay for loss under this Extension is $25,000 in any one occurrence.

**k.** **Fine Arts**

You may extend the insurance that applies to your Business Personal Property to apply to your fine arts and fine arts owned by others that are in your care, custody or control.

This Extension does not apply to loss or damage caused by or resulting from:

**(1)** While fine arts are at any fair or on exhibition;

**(2)** Any repairing, restoration or retouching process;

**(3)** Insects, birds, rodents or other animals;

**(4)** Wear and tear;

**(5)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in the property that causes it to damage or destroy itself;

**(6)** Breakage of art glass windows, statuary, marbles, glassware, bric-a-brac, porcelains and similar fragile articles. But we will pay for loss or damage caused directly by fire, lightning, aircraft, theft or attempted theft, cyclone, tornado, windstorm, explosion, vandalism, or by accident to the vehicle carrying the property.

The most we will pay for loss or damage under this Extension is $25,000 in any one occurrence.

**l.** **Fire Protective Devices**

You may extend the insurance provided by this Coverage Form to apply to recharging or refilling of your fire protective devices that are permanently installed in buildings at the described location(s) when such devices have been discharged by accident or after being used in fighting a fire. This Extension does not apply to periodic recharge or refilling.

The most we will pay under this Extension is $25,000 for each separate 12-month period of this policy.

© 2015 Liberty Mutual Insurance

**CP 91 42 01 15**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 10 of 17**

**m.  Loss of Refrigeration**

You may extend the insurance provided by this Coverage Form to apply to direct physical loss of or damage to property owned by you and used in your business or owned by others and in your care, custody or control, contained in any refrigeration or cooling apparatus or equipment resulting from:

**(1)** The fluctuation or total interruption of electrical power, either at or away from the described location(s), due to conditions beyond your control; or

**(2)** Mechanical failure of any refrigeration or cooling apparatus or equipment at the described location(s).

The most we will pay for loss or damage under this Extension is $25,000 in any one occurrence.

**n.  Computer Equipment**

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage to "computer equipment" owned by you or similar property of others in your care, custody or control for which you are legally liable, caused by a Covered Cause of Loss.

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage to "laptop/portable computers" owned by you and in your care, custody and control or in the care, custody or control of your employee.

**(1)** Property Not Covered

We will not cover the following kinds of property under this Extension:

**(a)** Property which you rent or lease to others;

**(b)** Software or other electronic data;

**(c)** Accounts, bills, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts, program documentation or other documents.

**(d)** "Computer equipment" held for sale by you;

**(e)** "Computer equipment" of others on which you are performing repairs or work;

**(f)** "Computer equipment" or that is part of any:

**(i)** Production or processing equipment (such as CAD, CAM or CNC machines);

**(ii)** Equipment used to maintain or service your building (such as heating, ventilating, cooling or alarm systems); or

**(iii)** Communication equipment (such as telephone systems).

**(g)** Property that is covered under another coverage form of this or any other policy in which such property is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

**(2)** Property In Transit

We will pay for your "computer equipment", or "laptop/portable computer" while in transit.

**(3)** Loss Payment will be determined as follows:

"Computer equipment" or "laptop/portable computers"

We will pay the lesser of the following amounts:

**(a)** The cost of reasonably restoring that property to its condition immediately before the loss or damage; or

**(b)** The cost of replacing that property with identical property of like kind and quality and used for the same purpose.

However, when repair or replacement with identical property is not possible, we will pay the cost to replace that property with property of like kind and quality capable of performing the same functions.

If not repaired or replaced, the property will be valued at its actual cash value.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

"Computer equipment" means a network of electronic machine components capable of accepting information, processing it according to instructions and producing the results in a desired form.

"Laptop/portable computers" means "computer equipment" and accessories that are designed to function with it that can easily be carried and is designed to be used at more than one location.

The most we will pay for loss or damage to "computer equipment" and "laptop/portable computers" under this Extension is $50,000 in any one occurrence.

**o. Lock Replacement**

You may extend the insurance provided by this Coverage Form to apply to replacement of locks necessitated by theft of Covered Property or theft of keys from the described location(s).

The most we will pay for loss under this Coverage Extension is $10,000 in any one occurrence.

**p. Money And Securities**

(1) You may extend the insurance that applies to Business Personal Property to apply to loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

(a) Theft, meaning any act of stealing;

(b) Disappearance; or

(c) Destruction.

(2) In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

(a) Resulting from accounting or arithmetical errors or omissions;

(b) Due to the giving or surrendering of property in any exchange or purchase; or

(c) Of property contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

(3) The most we will pay for loss in any one occurrence is:

(a) $25,000 for Inside the Premises for "money" and "securities" while:

(i) In or on the described premises; or

(ii) Within a bank or savings institution; and

(b) $25,000 for Outside the Premises for "money" and "securities" while anywhere else.

(4) All loss:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(5) You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

(6) "Money" means:

(a) Currency, coins and bank notes in current use and having a face value; and

(b) Travelers checks, register checks and money orders held for sale to the public.

(7) "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

(a) Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

(b) Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

© 2015 Liberty Mutual Insurance

**CP 91 42 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 12 of 17**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**q.  Off-Premises Services Interruption**

You may extend the insurance provided by this Coverage Form to apply to loss of or damage to Covered Property caused by an interruption in utility service to the described location. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the following property away from the described location:

**(1)  Water Supply Services,** meaning the following types of property supplying water to the described location:

**(a)**  Pumping stations; and

**(b)**  Water mains.

**(2)  Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described location, such as:

**(a)**  Communication transmission lines, including optic fiber transmission lines;

**(b)**  Coaxial cables; and

**(c)**  Microwave radio relays except satellites.

Coverages does not include above ground communication lines.

**(3)  Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described location:

**(a)**  Utility generating plants;

**(b)**  Switching stations;

**(c)**  Substations;

**(d)**  Transformers; and

**(e)**  Transmission lines.

Coverage does not include above ground transmission or distribution lines.

This Extension does not apply to loss of or damage to property owned by you and used in your business or owned by others and in your care, custody or control, contained in any refrigeration or cooling apparatus or equipment, resulting from:

**(a)**  The fluctuation or total interruption of electrical power, either on or off the described location, due to conditions beyond your control; or

**(b)**  Mechanical failure of any refrigeration or cooling apparatus or equipment.

The most we will pay under this Extension is $25,000 in any one occurrence.

**r.  Consequential Loss And Personal Property Of Others**

The following is added to the Loss Payment provisions of Part E. Property Loss Conditions:

If a Covered Cause of Loss occurs to covered stock and/or Personal Property of Others, we will pay any reduction in value of the remaining undamaged parts of covered stock including loss or damage resulting from confusion of personal property of others caused by a Covered Cause of Loss.

Payment for any reduced value in stock is included within the applicable Limit of Insurance.

**s.  Business Income**

We will pay up to $25,000 for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss or damage to your covered Building or Business Personal Property at locations that are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your location is the portion of the building which you rent, lease or occupy, including:

**(1)**  All routes within the building to gain access to the described location; and



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(2)** Your personal property in the open (or in a vehicle) within 100 feet of the described location.

The COINSURANCE Additional Condition does not apply as respects this Coverage Extension.

We will also pay up to $250,000 in any one occurrence for the actual loss of Business Income you sustain due to the necessary suspension of your operations during the period of restoration caused by direct physical loss or damage to any location you acquire, other than fairs or exhibitions. Insurance under this Coverage Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 180 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

The following definitions are added as respects this Coverage Extension:

**(1)** Business Income means the:

**(a)** Net income (net profit or loss before income taxes) that would have been earned or incurred; and

**(b)** Continuing normal operating expenses incurred, including payroll.

**(2)** "Operations" means the type of your business activities occurring at the described location(s).

**(3)** "Period of Restoration" means the period of time that:

**(a)** Begins 72 hours after the time of direct physical loss or damage for Business Income coverage caused by or resulting from a Covered Cause of Loss at the described location(s); and

**(b)** Ends on the earlier of:

**(i)** The date when the property at the described location(s) should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(ii)** The date when business is resumed at a new permanent location.

"Period of Restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**t.    Business Income - Utility Services - Time Element**

We will pay up to $25,000 in any one occurrence for the actual loss of Business Income you sustain at the described location caused by an interruption in utility service to the described location. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the following types of property located outside of a covered building described in the Declarations. This Coverage Extension begins 72 hours after such direct physical loss or damage.

**(1) Water Supply Services,** meaning the following types of property supplying water to the described location:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2) Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described location, such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**CP 91 42 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 14 of 17**

© 2015 Liberty Mutual Insurance

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



    **(b)** Coaxial cables; and

    **(c)** Microwave radio relays except satellites.

Coverage does not include above ground communication lines.

**(3)** **Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described location:

    **(a)** Utility generating plants;

    **(b)** Switching stations;

    **(c)** Substations;

    **(d)** Transformers; and

    **(e)** Transmission lines.

Coverage does not include above ground transmission or distribution lines.

**u.** **Appurtenant Structures**

You may extend the insurance that applies to Building to apply to your storage buildings, your garages and your other appurtenant structures, except outdoor fixtures, at the described location(s). The most we will pay for Building loss or damage under this Extension is $50,000 in any one occurrence.

You may extend the insurance that applies to Business Personal Property to apply to such property in your storage buildings, your garages and your other appurtenant structures at the described location(s). The most we will pay for Business Personal Property loss or damage under this Extension is $5,000 in any one occurrence.

**v.** **Business Personal Property Limit Seasonal Increase**

The Limit of Insurance for Business Personal Property will automatically increase by 33% to provide for seasonal variations. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 90% of your average monthly value during the lesser of:

**(1)** The 12-month period immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date loss occurs.

**w.** **Employee Tools Coverage**

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage by a Covered Cause of Loss to tools owned by your employees while used in your business or when in your building.

However, we will not pay for a loss that is caused by or results from theft or attempted theft of employee tools unless such loss occurs:

**(1)** In a building and there is visible evidence of forcible entry to or exit from that building; or

**(2)** From a locked vehicle and there is visible evidence of forcible entry.

The value of Employee Tools will be determined at actual cash value as of the time of loss or damage.

The most we will pay with respect to employee tools is $25,000 in any one occurrence.

Coverage provided under this Coverage Extension is subject to a Deductible equal to the Property Deductible shown in the Declarations.

**B.** The second paragraph of Section **C. LIMITS OF INSURANCE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM is deleted and replaced by the following:

**Signs**

The most we will pay for loss or damage to outdoor signs is $25,000 per sign in any one occurrence.

© 2015 Liberty Mutual Insurance

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**C.** The following is added to Section **D. DEDUCTIBLE,** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM:

**Special Deductible Provision**

We will deduct from any loss or damage under the Coverage Extensions in any one occurrence the Deductible shown in the Declarations or $500, whichever is less.

This deductible applies to all Coverage Extensions, except for:

**a.** Newly Acquired or Constructed Property; and

**e.** Outdoor Property.

**i.** "Cellular Phone" coverage has a $50 per occurrence deductible.

This deductible will be used to satisfy the requirements of the deductible in the Declaratio ns, but it will not increase the deductible shown in the Declarations.

**D.** The following changes apply to Section E. Loss Conditions of the BUILDING AND PERSONAL PROP-ERTY COVERAGE FORM:

**1.** The following is added to Paragraph **E. 7. Valuation**

Undamaged Tenants Improvements and Betterments

We will determine the value for Undamaged Tenants Improvements and Betterments as in-cluded in section **A.3.** of this endorsement as follows:

**(a)** The cost to repair or replace on the same or another site if you make repairs promptly;

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**E. Coinsurance**

Section **F. ADDITIONAL CONDITIONS,** Paragraph **1. Coinsurance** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM applies only when the total loss or damage to all Covered Property in any one occurrence is greater than $10,000.

**F. Back-Up Of Sewers Or Drains**

Paragraph **B.1.g.(3). Water** of the CAUSES OR LOSS SPECIAL FORM is deleted and replaced by the following:

**(3)** Except as provided under the Back-Up of Sewers or Drains Additional Coverage Extension, water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

The following is added to Section **F. Additional Coverage Extensions** of the CAUSES OF LOSS - SPECIAL FORM:

**4. Back-Up Of Sewers Or Drains**

We cover direct physical loss or damage caused by water:

**a.** Which backs up into a building or structure through sewers or drains which are directly connected to a sanitary sewer or septic system; or

**b.** Which enters into and overflows from within a sump pump, sump pump well or other type of system designed to remove subsurface water which is drained from the foundation area.

This coverage does not apply if the loss or damage is caused by your negligence.

The most we will pay for loss or damage under this Coverage Extension is $25,000 in any one occurrence.

© 2015 Liberty Mutual Insurance

**CP 91 42 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 16 of 17**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

If the DISCHARGE FROM SEWER, DRAIN OR SUMP (NOT FLOOD-RELATED) endorsement is attached to and made a part of this policy, the provisions of this Coverage Extension are superseded for any location to which the aforementioned endorsement applies.

**All other terms and conditions remain unchanged.**



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**COMMERCIAL  PROPERTY**
**CP 92 12 12 20**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT  EXCLUSION

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  PROPERTY COVERAGE PART

**A.** The exclusion  set forth  in Paragraph  **B.** applies  to all coverage  under  all forms  and endorsements  that comprise  this Coverage Part or Policy, including  but not limited  to forms  or endorsements  that cover property  damage  to buildings  or personal  property  and forms  or endorsements  that cover business income,  extra  expense  or action of civil  authority.

**B.** We will  not pay for loss or damage  caused directly  or indirectly  by the following.  Such loss or damage is excluded  regardless  of any other  cause  or event that contributes  concurrently  or in any sequence  to the loss.

**Cyber Incident** , meaning:

**1.** Unauthorized  access to or use of any computer  system  or computer  software  (including  electronic data).

**2.** Malicious  code, virus or any other  harmful  code that is directed  at, enacted  upon  or introduced  into any computer  system  or computer  software  (including  electronic  data) and is designed  to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit,  use or prevent  or restrict  access to or the use of any part of any computer  system  or computer  software  (including  electronic  data) or otherwise  disrupt  their normal  functioning  or operation.

**3.** Denial of service  attack which  disrupts,  prevents  or restricts  access to or use of any computer system  or computer  software  (including  electronic  data), or otherwise  disrupts  their normal  functioning  or operation.

**C. Exceptions  And Limitations**

**1. Fire Or Explosion**

If a cyber incident  as described  in Paragraphs  **B.1.** through  **B.3.** of this exclusion  results  in fire or explosion,  we will  pay for the direct  physical  loss or damage  caused by that fire or explosion.

**2. Additional  Coverages and Coverage Extension**

The exclusion  in Paragraph  **B.** does not apply  to the Additional  Coverages and Coverage Extension listed  below,  when a part of this policy:

**a.** Additional  Coverage - Electronic  Data;

**b.** Additional  Coverage - Interruption  Of Computer  Operations;

**c.** Additional  Coverage - Computer  Fraud;  or

**d.** Coverage Extension  - Computer  Virus And Hacking  Coverage

**D. Vandalism**

The following  is added to Vandalism,  if Vandalism  coverage  is not otherwise  excluded  under  the Causes of Loss - Basic, Broad or Special  Forms  and if applicable  to the premises  described  in the Declarations:

Vandalism  does not include  a cyber incident  as described  in Paragraph  **B.**

©  2020 Liberty Mutual Insurance

CP 92 12 12 20     Includes copyrighted  material of Insurance Services Office, Inc., with its permission.     **Page 1 of 2**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**E.** The terms of the exclusion in Paragraph **B.** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.



**CP 92 12 12 20**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 2 of 2**

© 2020 Liberty Mutual Insurance

COMMERCIAL PROPERTY
CP 92 22 07 23

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## MISSOURI - WINDSTORM OR HAIL LOSS NOTIFICATION

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING & PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
TOBACCO SALES WAREHOUSES COVERAGE FORM

Under Section **E.** Loss Condition Paragraph **3.a.(2)** Duties In The Event Of Loss Or Damage is replaced by the following:

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved. With respect to loss caused by the peril of Windstorm or Hail, the notice must be within 365 days after the date of loss. However, no claim will be denied based upon the insured's failure to provide notice within such specified time, unless this failure operates to prejudice the rights of the insurer.

**CP 92 22 07 23** © 2023 Liberty Mutual Insurance **Page 1 of 1**
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

COMMERCIAL PROPERTY
CP 92 27 09 23

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI - AMENDMENT OF CONCEALMENT, MISREPRESENTATION OR FRAUD CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY CONDITIONS



The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

We may cancel this policy and/or deny a claim if, before or after a loss, you or any insured:

**1.** Concealed or misrepresented any material fact or circumstance; or

**2.** Made incorrect statements or representations with regard to any material fact or circumstance; or

**3.** Engaged in any fraudulent conduct;

at the time of application, or any time during the policy period.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

IL 00 17 11 98

# COMMON   POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION   OF   YOUR   BOOKS   AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

Copyright, Insurance Services Office, Inc., 1998

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative  is appointed, anyone having proper temporary custody of your property  will have your rights and duties but only with respect to that property.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

---

**IL 00 21 09 08**                    © ISO Properties, Inc., 2007                    **Page 1 of 2**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

IL 01 01 04 22

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
CAUSES OF LOSS FORM - FARM PROPERTY
COMMERCIAL PROPERTY COVERAGE PART
FARM LIABILITY COVERAGE FORM
FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
LIVESTOCK COVERAGE FORM
MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the terms Coverage Form and Coverage Part in this endorsement are replaced by the term Policy.:

**B.** The following provision replaces:

**1.** Paragraph **c.** of the **Loss Payment** Loss Condition in the Commercial Property Coverage Part;

**2.** Paragraph **d.** of the **Loss Payment** Loss Condition in the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions and Paragraph **c.** of the **Loss Payment** Loss Condition in the Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form; and

**3.** Paragraph **c.** of the **Loss Payment** Loss Condition in the Capital Assets Program (Output Policy) Coverage Part:

In the event of loss ("loss") or damage covered under this Coverage Part, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

**a.** Accept your claim;

**b.** Deny your claim; or

**c.** Need more time to determine whether your claim should be accepted or denied.

If we deny your claim, such notice will be in writing, and will state any policy provision, condition or exclusion used as a basis for the denial.

If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason(s) why more time is needed.

If we have not completed our investigation, we will notify you again in writing, within 45 days after the date the initial notice is sent informing you that we need more time to determine whether your claim should be accepted or denied and thereafter every 45 days. The written notice shall state why more time is needed to investigate your claim.

**C.** Except as provided in **D.** below, the **Appraisal** Loss Condition is replaced by the following:

**APPRAISAL**

If we and you disagree on the value of the property or the amount of loss ("loss"), either may make written demand for an appraisal of the loss ("loss"). In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, upon your or our request, an umpire shall be selected by a judge of a court of record in the state and county (or city if the city is not within a county) in which the property covered is located. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding.

Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

© Insurance Services Office, Inc., 2021
**Page 1 of 4**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

If there is an appraisal, we will still retain our right to deny the claim.

**D.** The **Appraisal** Condition in:

**1.** Business Income (And Extra Expense) Coverage Form **CP 00 30;**

**2.** Business Income (Without Extra Expense) Coverage Form **CP 00 32;** and

**3.** Capital Assets Program Coverage Form (Output Policy), **OP 00 01,** Paragraph **A.7. Business Income And Extra Expense;**

is replaced by the following:

**APPRAISAL**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, upon your or our request, an umpire shall be selected by a judge of a court of record in the state and county (or city if the city is not within a county) in which the property covered is located. The appraisers will state separately the amount of Net Income and operating expense or the amount of loss. If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**E.** The Legal Action Against Us Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 10 years after the date on which the direct physical loss ("loss") or damage occurred.

**F.** Paragraph **E.** above does not apply to the:

**1.** **Legal Action Against Us** Loss Condition in the Legal Liability Coverage Form;

**2.** **Legal Action Against Us** Condition applicable to Coverages **C** and **D** in the Mortgageholders Errors And Omission Coverage Form; or

**3.** **Legal Action Against Us** Loss Condition in the Farm Liability Coverage Form.

**G.** **Missouri Property And Casualty Insurance Guaranty Association Coverage Limitations**

**1.** Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

**2.** The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply, subject to all other provisions of the Act:

**a.** Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent, provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

**b.** Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

**(1)** Pay an amount in excess of the applicable Limit of Insurance of the policy from which a claim arises; or

**(2)** Return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

© Insurance Services Office, Inc., 2021

**IL 01 01 04 22**



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**H.** For the Commercial Property Coverage Part, the following exclusion and related provisions are added to Paragraph **B.2. Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny coverage to an innocent co-insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Coverage Part and the loss arose out of domestic violence. Such coverage will be provided only if the innocent co-insured files a police report and completes a sworn affidavit indicating both:

**a.** The cause of the loss; and

**b.** A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **H.2.,** our payment to the innocent co-insured will be limited to that insured's ownership interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss for which the innocent co-insured has received payment. In no event will we pay more than the Limit of Insurance.

**I.** The **Intentional Loss** Exclusion in the Causes Of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

**1.** We will not pay for loss ("loss") or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss ("loss").

In the event of such loss ("loss"), no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss ("loss").

**2.** However, this exclusion will not apply to deny coverage to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss"), provided the loss ("loss") is otherwise covered under this Coverage Form and the loss ("loss") arose out of domestic violence. Such coverage will be provided only if the innocent co-"insured" files a police report and completes a sworn affidavit indicating both:

**a.** The cause of the loss ("loss"); and

**b.** A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss ("loss").

**3.** If we pay a claim pursuant to Paragraph **I.2.,** our payment to the innocent co-"insured" will be limited to that insured's ownership interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss ("loss") for which the innocent co-"insured" has received payment. In no event will we pay more than the Limit of Insurance.

**J.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Loss Condition:

If we pay an innocent co-"insured" for loss ("loss") arising out of an act of domestic violence by another "insured", the rights of the innocent co-" insured" to recover damages from the abuser are transferred to us to the extent of our payment. Following the loss ("loss"), the innocent co-"insured" may not waive such rights to recover against the abuser.

**K.** Paragraph **J.** above does not apply to the **Transfer Of Rights Of Recovery Against Others To Us** Loss Condition in the Farm Liability Coverage Form.

**L.** The following is added with respect to the Additional Coverages of Debris Removal and Pollutant Clean Up And Removal, and relates only to the requirement to report expenses to us within 180 days of the specified occurrence:

If you fail to report the expenses to us within the 180-day time frame, such failure will not invalidate a claim under Debris Removal or Pollutant Clean Up And Removal unless such failure operates to prejudice our rights.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



**M.** When the:

**1.** Replacement Cost Optional Coverage in the Commercial Property Coverage Part;

**2.** **Valuation** Loss Condition in the Capital Assets Program (Output Policy);

**3.** Coverage **A Valuation** Loss Condition in the Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form; or

**4.** **Valuation - Property Other Than Improvements And Betterments** Loss Condition in the Farm Property - Barns, Outbuildings And Other Farm Structures Coverage Form;

applies, the following is added with respect to these provisions and relates only to the requirement to notify us of your intent to submit an additional claim (for the difference between the actual cash value and replacement cost) within 180 days after the loss or damage occurs:

If you fail to notify us of your intent within the 180- day time frame, such failure will not invalidate the claim unless such failure operates to prejudice our rights.

**N.** For the Capital Assets Program (Output Policy) Coverage Part, the following exclusion and related provisions are added to Paragraph **C.2. Exclusions:**

**1.** We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

**2.** However, this exclusion will not apply to deny coverage to an innocent co-insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Coverage Part and the loss arose out of domestic violence. Such coverage will be provided only if the innocent co-insured files a police report and completes a sworn affidavit indicating both:

**a.** The cause of the loss; and

**b.** A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

**3.** If we pay a claim pursuant to Paragraph **N.2.,** our payment to the innocent co-insured will be limited to that insured's ownership interest in the property as reduced by any payment to a mortgagee or other secured interest; however, we shall not be required to make any subsequent payment for any loss for which the innocent co- insured has received payment. In no event will we pay more than the Limit of Insurance.

**O.** The **Transfer Of Your Rights And Duties Under This Policy** Common Policy Condition is replaced by the following:

**1.** **Transfer By Beneficiary Deed**

If you convey real property insured under this policy to a person (known as a grantee beneficiary) designated under a beneficiary deed, which has been properly recorded prior to your death, that person will have your rights and duties with respect to the insured real property, but only for the period from the date of your death until the first of the following occurs:

**a.** A period of 30 days from the date of your death;

**b.** The date that alternative coverage is obtained on your property; or

**c.** The end of the policy period as shown in the Declarations.

**2.** **Transfer By Other Means Following Death**

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties, but only with respect to that property. Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

IL 02 74 02 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MISSOURI CHANGES -
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Commercial Property Coverage Part in this endorsement also refers to the Standard Property Policy.

**B.** With respect to the:
Commercial General Liability Coverage Part
Commercial Property - Legal Liability Coverage Form **CP 00 40**
Commercial Property - Mortgage-holders Errors And Omissions Coverage Form **CP 00 70**
Crime And Fidelity Coverage Part
Employment-Related Practices Liability Coverage Part
Equipment Breakdown Coverage Part
Farm Liability Coverage Form
Liquor Liability Coverage Part
Pollution Liability Coverage Part
Products/Completed Operations Liability Coverage Part
Medical Professional Liability Coverage Part;
the following **Cancellation** and **Nonrenewal** Provisions apply:

Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the actual reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for non-payment of premium;

**b.** 30 days before the effective date of cancellation if cancellation is for one or more of the following reasons:

**(1)** Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

**(2)** Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

**(3)** We become insolvent; or

**(4)** We involuntarily lose reinsurance for this policy;

**c.** 60 days before the effective date of cancellation if we cancel for any other reason.

IL 02 74 02 13                    © Insurance Services Office, Inc., 2012                    **Page 1 of 2**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Nonrenewal**

The following is added and supersedes any provision to the contrary:

a. We may elect not to renew this policy by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

b. If notice is mailed, proof of mailing will be sufficient proof of notice.

C. With respect to the:

Capital Assets Program (Output Policy) Coverage Part
Commercial Inland Marine Coverage Part
Commercial Property Coverage Part
Farm Property - Other Farm Provisions
Form - Additional Coverages, Conditions, Definitions Coverage Form
Farm - Livestock Coverage Form
Farm - Mobile Agricultural Machinery And Equipment Coverage Form;

Paragraphs **1., 2., 3., 4.** and **6.** of the **Cancellation** Common Policy Condition are replaced by the following:

**Cancellation, Nonrenewal And Decreases In Coverage**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel, nonrenew, reduce in amount or adversely modify this policy by mailing or delivering to the first Named Insured written notice of this action at least:

a. 10 days before the effective date of this action if due to nonpayment of premium or evidence of incendiarism; or

b. 30 days before the effective date of this action if for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of:

a. Cancellation will state the effective date of cancellation. The policy period will end on that date.

b. Any other action will state the effective date of that action.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

D. With respect to all Coverage Parts addressed in this endorsement, Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

a. We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

(1) Cancelled by us or at our request;

(2) Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance;

(3) Cancelled but rewritten with us or in our company group; or

(4) Cancelled after the first year, if it is a prepaid policy written for a term of more than one year.

b. When this policy is cancelled at the request of the first Named Insured (except when Paragraph **a.(2), a.(3)** or **a.(4)** applies), we will return 90% of the pro rata unearned premium (or 75% of the pro rata unearned premium for the Equipment Breakdown Coverage Part), rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

The refund will be less than 90% of the pro rata unearned premium (or less than 75% of the pro rata unearned premium for the Equipment Breakdown Coverage Part) if the refund of such amount would reduce the premium retained by us to an amount less than the minimum premium for this policy.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**IL 09 35 07 02**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  OF CERTAIN COMPUTER-RELATED  LOSSES

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  INLAND  MARINE  COVERAGE PART
COMMERCIAL  PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD  PROPERTY POLICY

**A.** We will  not  pay for loss ("loss")  or damage  caused directly  or indirectly  by the following.  Such loss ("loss")  or damage is excluded regardless of any other cause or event that contributes  concurrently  or in any sequence to the loss ("loss")  or damage.

   **1.** The failure,  malfunction  or inadequacy  of:

   **a.** Any of the following,  whether belonging to any insured or to others:

   **(1)** Computer  hardware,  including  microprocessors;

   **(2)** Computer  application  software;

   **(3)** Computer  operating  systems  and related  software;

   **(4)** Computer  networks;

   **(5)** Microprocessors  (computer chips) not part of any computer system;  or

   **(6)** Any other computerized  or electronic  equipment  or components; or

   **b.** Any other  products,  and any services, data or functions  that directly  or indirectly  use or rely upon, in any manner,  any of the items  listed in Paragraph  **A.1.a.** of this endorsement;

   due to the inability  to correctly  recognize, process, distinguish,  interpret  or accept one or more dates or times. An example is the inability  of computer  software to recognize the year 2000.

   **2.** Any device, consultation,  design, evaluation,  inspection,  installation,  maintenance, repair, replacement  or supervision  provided  or done by you or for you to determine,  rectify or test for, any potential or actual problems  described  in Paragraph  **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described  in Paragraph  **A.** of this endorsement  results:

   **1.** In a Covered  Cause of Loss under the Crime  and Fidelity  Coverage  Part, the Commercial  Inland Marine Coverage Part or the Standard Property  Policy; or

   **2.** Under the Commercial  Property Coverage Part:

   **a.** In a "Specified  Cause of Loss", or in elevator  collision  resulting  from mechanical  breakdown,  under the Causes of Loss - Special Form; or

   **b.** In a Covered Cause of Loss under the Causes of Loss - Basic Form or the Causes of Loss - Broad  Form;

   we will  pay only for the loss ("loss")  or damage caused by such "Specified  Cause of Loss", elevator collision,  or Covered Cause of Loss.

**C.** We will  not  pay for repair,  replacement  or modification  of any items  in Paragraphs  **A.1.a.** and **A.1.b.** of this endorsement  to correct any deficiencies  or change any features.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

IL 09 52 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

BOILER AND MACHINERY  COVERAGE PART
COMMERCIAL  INLAND  MARINE  COVERAGE PART
COMMERCIAL  PROPERTY COVERAGE PART
EQUIPMENT  BREAKDOWN  COVERAGE PART
FARM COVERAGE PART
STANDARD  PROPERTY POLICY



**A.    Cap On Certified  Terrorism  Losses**

"Certified  act of terrorism"   means an act that is certified  by the Secretary  of the Treasury, in accordance  with the provisions  of the federal Terrorism  Risk Insurance  Act, to be an act of terrorism  pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance Act for a "certified  act of terrorism"  include the following:

1.    The act resulted  in insured  losses in excess of $5 million  in the aggregate, attributable  to all types of insurance  subject  to the Terrorism  Risk Insurance  Act; and

2.    The act is a violent  act or an act that is dangerous  to human life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce the civilian  population  of the United  States or to influence  the policy or affect  the conduct  of the United  States Government  by coercion.

If aggregate  insured losses attributable  to terrorist  acts certified  under the Terrorism  Risk Insurance  Act exceed  $100 billion  in a calendar year and we have met our insurer deductible  under the Terrorism  Risk Insurance  Act, we shall not be liable  for the payment  of any portion  of the amount  of such losses that exceeds $100 billion,  and in such case insured losses up to that amount  are subject  to pro rata allocation  in accordance  with procedures established  by the Secretary  of the Treasury.

**B.    Application  Of Exclusions**

The terms and limitations  of any terrorism  exclusion, or the inapplicability  or omission  of a terrorism  exclusion,  do not serve to create coverage  for any loss which  would  otherwise be excluded  under this Coverage  Part or Policy, such as losses excluded  by the Nuclear Hazard  Exclusion  or the War And Military  Action  Exclusion.

IL 09 52 01 15                     © Insurance  Services  Office, Inc., 2015                     **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

IL 09 96 01 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN PROTECTION COVERAGE FORM
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **D)** applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part or Policy |
|---|---|
| California, Connecticut, Georgia, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Rhode Island, Virginia, Washington, West Virginia, Wisconsin | Commercial Property Coverage Part |
| California, Connecticut, Georgia, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Rhode Island, Virginia, Washington, West Virginia, Wisconsin | Commercial Inland Marine Coverage Part |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

   (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

   (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

IL 09 96 01 07                    ©ISO Properties, Inc., 2005                    **Page 1 of 3**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM



**(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

2. **If the provisions of this endorsement become applicable, such provisions:**

    a. **Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and**

    b. **Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

3. **If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

B. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

    a. Use or threat of force or violence; or

    b. Commission or threat of a dangerous act; or

    c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

    a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

    b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

D. **Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

---

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**E. Application Of Other Exclusions**

1. When the Exclusion Of Terrorism applies in accordance with the terms of **C.1.** or **C.2.,** such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**IL 70 13 02 08**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF DEFINITION OF POLLUTANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL PROTECTOR COVERAGE FORM (BUSINESSOWNERS COVERAGE FORM)
CUSTOM COMMERCIAL PROTECTOR PROPERTY COVERAGE FORM (INCLUDING EQUIPMENT BREAKDOWN)
CUSTOM COMMERCIAL PROTECTOR GENERAL LIABILITY COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
COMMERICIAL AUTOMOBILE COVERAGE PART
PRODUCT WITHDRWAL COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
AGRICULTURAL CAPITAL ASSETS (OUTPUT POLICY) COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## SCHEDULE

| | |
|---|---|
| **Specifically identified substances or materials.** | Petroleum and any substances or materials derived, refined or manufactur ed, in whole or in part, from petroleum. This includes non-petroleum based substances or materials that are additives to such petroleum based substances or materials. |
| | All other non-petroleum based substances or materials used in the operation or maintenance of dry cleaning equipment and facilities. |
| | Any other substances or materials determined by any applicable federal, state, local or other governing authority, to be toxic or hazardous to persons, property or the environment. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The definition of "pollutants" is replaced by the following:

"Pollutants" means any substance or material that is a solid, liquid, gaseous or thermal irritant or containment, including, but not limited to, smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any substances or materials identified in the Schedule. Waste includes materials to be recycled, reconditioned or reclaimed.

The definition of "pollutants" applies whether or not such irritant or contaminant is your product or products used by you, and/or is an integral part of or incidental to your business or operations or has or had any function in your business, operations, premises, site or location.

**IL 70 13 02 08**      Includes Copyrighted Material of Insurance Services Office, Inc., with its permission.      **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**IL 88 15 07 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART
PASTORAL PROFESSIONAL LIABILITY COVERAGE PART
PRINTERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A. Applicability Of The Provisions Of This Endorsement**

1. **The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

   a. **The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part; or**

   b. **A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

      (1) **Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

      (2) **Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

      (3) **Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

2. **If the provisions of this endorsement become applicable, such provisions:**

   a. **Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and**

   b. **Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

3. **If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

© 2012 Liberty Mutual Insurance

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

    **a.** That involve the following or preparation for the following:

        **(1)** Use or threat of force or violence; or

        **(2)** Commission or threat of a dangerous act; or

        **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

    **b.** When one or both of the following applies:

        **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

        **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any claim, "claim" (if defined) injury or damage covered under any Coverage Part to which this endorsement is applicable, and may include but is not limited to bodily injury, property damage, personal and advertising injury, injury, damages, suit, wrongful acts, loss or employment practices as may be defined or used in any applicable Coverage Part.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part.

© 2012 Liberty Mutual Insurance

**IL 88 15 07 12**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 2 of 2**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**IL 88 36 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART
PASTORAL PROFESSIONAL LIABILITY COVERAGE PART
PRINTERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to a pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any injury, damage, damages, claims, suits, wrongful acts, losses or employment practices that are otherwise excluded under this Coverage Part.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

IL 88 38 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART
PASTORAL PROFESSIONAL LIABILITY COVERAGE PART
PRINTERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   **1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   **2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any injury, damage, damages, claims, suits, wrongful acts, losses or employment practices that are otherwise excluded under this Coverage Part.



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**IL 88 53 11 20**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTUAL  CASH  VALUE

This endorsement  modifies  insurance  provided  under the following:

BUSINESSOWNERS  COVERAGE PART
COMMERCIAL  PROPERTY COVERAGE PART
COMMERCIAL  INLAND  MARINE  COVERAGE PART
CRIME AND  FIDELITY COVERAGE PART
FARM  COVERAGE PART

The following  is added  to any provision  which  uses the term  actual cash value  as it pertains  to direct loss or damage  to covered  property  by a Covered  Cause of Loss or covered  peril:

Actual  Cash Value  is the amount  it would  cost to repair or replace, on the date of loss, with material  of like kind  and quality,  with reasonable  deduction  for physical depreciation  and obsolescence,  but in no event more  than the fair market  value.

Unless otherwise  provided  by this policy, we may deduct expense depreciation.  Expense depreciati on is defined as depreciation,  including  but not limited  to the cost of goods,  materials,  overhead  and profit, labor and services  necessary  to replace, repair or rebuild  damaged  property.  If expense depreciation  is applied  to loss for damaged  property,  we shall provide  a written  explanation  as to how the expense depreciation  was calculated.

© 2020 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**Liberty Mutual** INSURANCE

**Policyholder   Information**

Policy Number:
**BKS   (25)   66 91 46 24**

Policy Period:
**From 10/31/2024 To 10/31/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| RAPHA MINISTRIES<br>20 N Marguerite Ave<br>Saint Louis, MO 63135-2340 | (314) 421-1525<br>THE DANIEL & HENRY CO<br>1001 Highlands Plaza Dr W<br>Ste 500<br>Saint Louis, MO 63110-1337 |

### *Dear Policyholder:*

We know you work hard to build your business. We work together with your agent,
**THE DANIEL & HENRY CO          (314) 421-1525**
to help protect the things you care about. Thank you for selecting us.

Enclosed are Important Notices to Policyholders. This notice is being sent to you in advance of your upcoming policy expiration to alert you of changes in coverage that will apply in the event we offer you a renewal policy. Should we elect to not renew your policy, you will receive a nonrenewal notice.

- Commercial Package

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (314) 421-1525

## You Need To Know

- **NOTICE(S) TO POLICYHOLDER(S)**
The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| CNI90 25 07 23 | Important Notice To Policyholders - Windstorm Or Hail Loss Notification |
| CNI90 28 02 23 | Important Notice - Concealment, Misrepresentation or Fraud |
| CNI90 30 02 23 | Important Notice - Concealment, Misrepresentation Or Fraud |
| CNL90 09 10 22 | Important Notice to Policyholder - Potential Changes to Your Policy Rating Basis |
| CNL90 15 12 23 | Important Notice To Policyholder Changes And/Or Clarifications In Coverage |
|  | Multistate Endorsements Addressing Cyber, Data Privacy And Order Of Response |

*To report a claim, call your Agent or 1-844-325-2467*

RL 00 01 07 17

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**You Need To Know - continued**

| | |
|---|---|
| NP 10 84 11 22 | Important Notice To Policyholder Potential Changes And/Or Clarifications In Coverage Exclusion - PFC/PFAS |
| NP 74 06 01 06 | Flood Insurance Notice |

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**CNI 90 25 07 23**

## IMPORTANT  NOTICE TO POLICYHOLDERS
## WINDSTORM  OR HAIL LOSS NOTIFICATION

Thank you for insuring  your business with Liberty Mutual.  We appreciate  the trust  and confidence  you have placed in us. We take our responsibility   to our customers  seriously,  and part of that responsibility   is keeping you informed  at all times.

**What you need to know**

When a Windstorm  Or Hail Loss Notification   form  listed  below is attached  to your policy,  a loss caused by the peril of windstorm  or hail must be reported  to us within  the specified  time period.

**Reviewing  your coverage**

This Notice  provides  information   concerning  the following   forms,  where  one may be attached  to your renewal  policy  being  issued by us. Please review  your new form and keep it with  your policy.



**Windstorm  Or Hail Loss Notification   BP 91 06**
**Windstorm  Or Hail Loss Notification   - 24 Months  BP 91 07**
**Missouri  - Windstorm  Or Hail Loss Notification   BP 91 14**
**Windstorm  Or Hail Loss Notification   CP 92 15**
**Windstorm  Or Hail Loss Notification   - 24 Months  CP 92 16**
**Missouri  - Windstorm  Or Hail Loss Notification   CP 92 22**

**We're here to help**

If you would  like  more information   on this change  or have any other  questions  about your policy,  please contact  the broker  or agent shown  on your Declarations   Page.

**The above summary  is for information   purposes only and does not provide coverage. Your new Declara-tions Page, in conjunction  with your policy and other applicable endorsements, provides complete details of your coverages. If this summary  conflicts with  the applicable  policy language, the policy language prevails. Carefully read your policy, including  all endorsements.**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**CNI 90 28 02 23**

## IMPORTANT  NOTICE - CONCEALMENT,  MISREPRESENTATION  OR FRAUD

Thank you for insuring  your business  with Liberty  Mutual. We appreciate  the trust and confidence  you have placed  in us. We take our responsibility   to our customers  seriously,  and part of that responsibility   is keeping you informed  at all times.

**What you need to know**

Your renewal  policy includes  an updated condition  that permits  us to void your policy and/or deny a claim at any point if you or any insured  concealed  or misrepresented   a material  fact or circumstance,  made incorrect statements  about any material  fact, or engaged in fraud while  applying  for this policy or at any time during the policy  period.

**Reviewing  your coverage**

Please review  your new endorsement  and keep it with  your policy.

**We're  here to help**

If you would  like more information   on this change or have any other questions  about your policy,  please contact  the broker  or agent shown  on your Declarations  Page.

**The above summary  is for information  purposes only and does not provide  coverage. Your new Declarations Page, in conjunction  with your policy and other applicable endorsements,  provides complete  details of your coverages. If this summary  conflicts with the applicable  policy language, the policy language prevails. Carefully  read your policy, including  all endorsements.**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

CNI 90 30 02 23

## IMPORTANT  NOTICE - CONCEALMENT,  MISREPRESENTATION  OR FRAUD

Thank you for insuring  your business  with Liberty Mutual.  We appreciate  the trust and confidence  you have placed  in us. We take our responsibility   to our customers  seriously,  and part of that responsibility   is keeping you informed  at all times.

**What you need to know**

Your renewal  policy includes  an updated  condition  that permits  us to cancel your policy and/or deny a claim at any point  if you or any insured  concealed  or misrepresented  a material  fact or circumstance,  made incorrect  statements  about any material  fact, or engaged in fraud while  applying  for this policy  or at any time during  the policy  period.

**Reviewing  your coverage**

Please review  the new endorsement  and keep it with  your policy.

**We're  here to help**

If you would  like more information   on this change or have any other questions  about your policy,  please contact  the broker  or agent shown  on your Declarations  Page.

**The above summary  is for information  purposes only and does not provide coverage. Your new Declarations Page, in conjunction  with your policy and other applicable  endorsements,  provides complete details of your coverages. If this summary  conflicts with the applicable  policy language, the policy language prevails. Carefully  read your policy, including  all endorsements.**



Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**CNL 90 09 10 22**

# IMPORTANT  NOTICE  TO  POLICYHOLDER

# POTENTIAL  CHANGES  TO  YOUR  POLICY  RATING  BASIS

Dear  Valued  Policyholder,

Thank  you  for  selecting  us  as  your  carrier  for  your  commercial  insurance.  We  appreciate  your  business and  the  trust  you  place  in  us  for  your  insurance  needs.

This  notice  explains  potential  changes  to  your  policy  rating  basis.

If  your  policy  rating  basis  includes  sales  or  payroll,  the  exposure  estimates  used  to  calculate  your premium  may  be  adjusted  on  your  renewal  policy  to  reflect  inflationary  and  market  trends  and  will apply  to  future  renewals.  This  may  impact  the  premium  we  charge  for  your  renewal  (and  other associated  charges).  If  you  have  any  exposure  estimate  changes  or  questions,  please  contact  your  agent.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

CNL 90 15 12 23

# IMPORTANT  NOTICE  TO  POLICYHOLDER
# CHANGES  AND/OR  CLARIFICATIONS  IN  COVERAGE
# MULTISTATE  ENDORSEMENTS  ADDRESSING
# CYBER, DATA  PRIVACY  AND  ORDER  OF  RESPONSE



Thank you for insuring your business with Liberty Mutual. We appreciate the trust and confidence you have placed in us. We take our responsibility to our customers seriously, and part of that responsibility is keeping you informed at all times.

**What you need to know**

- **CG 04 37 - Loss Of Electronic Data Resulting From Physical Injury To Tangible Property Liability Coverage - Subject To Cyber Incident Exclusion**

  This endorsement is revised to delete provisions addressing the Access Or Disclosure Of Confidential Or Personal Information Exclusion and to add a cyber incident exclusion. Additionally, the provision "electronic data that does not result from physical injury to tangible property" is reworded and relocated as a separate exception to the Electronic Data Exclusion.

  With respect to deletion of the provisions addressing the Access Or Disclosure Of Confidential Or Personal Information Exclusion from this endorsement, attachment of this endorsement when Endorsement **CG 21 06** Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information (12/2023 edition) is attached to the same policy results in no impact on coverage. However, attachment of this endorsement when Endorsement **CG 21 08** Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information (Coverage **B** Only) (12/2023 edition) is attached to the same policy may represent a broadening of coverage.

  With respect to the Cyber Incident Exclusion, attachment of this endorsement when mandatory Endorsement **CG 40 35** Exclusion - Cyber Incident is attached to the same policy is a reinforcement of coverage intent. Otherwise, to the extent that current policy exclusions do not apply to liability arising out of cyber incidents, the changes to this revised endorsement will result in a reduction of coverage.

- **CG 21 06 - Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information**

  This endorsement is revised to delete the provisions addressing the Electronic Data Exclusion, replace "damages" with "bodily injury" or "property damage" and add biometric information to the types of material or information addressed in the endorsement. Additionally, the types of expenses addressed in the last paragraph of the exclusion are expressly extended to identity monitoring expenses, data restoration expenses and extortion expenses.

  With respect to bodily injury, property damage and personal and advertising injury arising out of access or disclosure of confidential or personal material or information, the various changes in this revised endorsement are a reinforcement of coverage intent.

  With respect to deletion of the Electronic Data Exclusion, the changes in this revised endorsement result in no impact on coverage.

- **CG 21 08 - Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information (Coverage B Only)**

  This endorsement is revised, in part, to add biometric information to the types of material or information addressed in the endorsement. Additionally, the types of expenses addressed in the last paragraph of the exclusion are expressly extended to identity monitoring expenses, data restoration expenses and extortion expenses.

  The changes in this revised endorsement are a reinforcement of coverage intent.

CNL 90 15 12 23                    © 2023 Liberty Mutual Insurance                    **Page 1 of 3**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

- **CG 21 85 - Exclusion - Electronic Data - Deletion Of Bodily Injury Exception**

  When this endorsement is attached to your policy, the limited exception for bodily injury is deleted from Exclusion **p.** Electronic Data under Coverage **A.**

  Attachment of this endorsement replacing Endorsement **CG 21 07** Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included results in no coverage impact with respect to loss of electronic data in Coverage **A.** Otherwise, attachment of this endorsement results in reduction of coverage.

- **CG 24 56 - Excess Insurance Provision - Order Of Response - When You Are An Additional Insured On Other Insurance**

  When this endorsement is attached to your policy, Paragraph **b.(1)(b)** of the Other Insurance Condition is revised by deleting the word "primary" so that your CGL policy may be excess over any other policy (whether primary, excess, contingent or on any other basis) for which you have been added as an additional insured.

  Attachment of this endorsement has no impact on coverage, but when you are added as an additional insured to another insurance policy, your own policy limits may potentially be preserved until limits applicable to the other policy on which you were added as an additional insured are exhausted first.

- **CG 40 35 - Exclusion - Cyber Incident**

  When this endorsement is attached to your policy, coverage is excluded under Coverage **A** and Coverage **B** with respect to bodily injury, property damage or personal and advertising injury arising out of a cyber incident.

  To the extent that current policy exclusions do not apply to liability arising out of cyber incidents, attachment of this endorsement will result in a reduction of coverage.

**FOR USE WITH THE OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

- **CG 33 53 - Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information**

  This endorsement is revised to delete the provisions addressing the Electronic Data Exclusion, replace "damages" with "bodily injury" or "property damage" and add biometric information to the types of material or information addressed in the endorsement. Additionally, the types of expenses addressed in the last paragraph of the exclusion are expressly extended to identity monitoring expenses, data restoration expenses and extortion expenses.

  With respect to bodily injury or property damage arising out of access to or disclosure of confidential or personal material or information, the changes in this revised endorsement are a reinforcement of coverage intent.

  With respect to deletion of the Electronic Data Exclusion, the changes in this revised endorsement result in no impact on coverage.

- **CG 34 97 - Exclusion - Cyber Incident**

  When this endorsement is attached to your policy, coverage is excluded with respect to bodily injury or property damage arising out of a cyber incident.

  To the extent that current policy exclusions do not apply to liability arising out of cyber incidents, attachment of this endorsement will result in a reduction of coverage.

- **CG 34 98 - Exclusion - Electronic Data - Deletion Of Bodily Injury Exception**

  When this endorsement is attached to your policy, the limited exception for bodily injury is deleted from Exclusion **l.** Electronic Data.

  Attachment of this endorsement replacing Endorsement **CG 33 59** Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included results in no coverage impact with respect to loss of electronic data. Otherwise, attachment of this endorsement results in reduction of coverage.

**CNL 90 15 12 23**                          © 2023 Liberty Mutual Insurance                          **Page 2 of 3**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**FOR USE WITH THE PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

- **CG 33 53 - Exclusion - Access Or Disclosure Of Confidential Or Personal Material Or Information**

  This endorsement is revised to delete the provisions addressing the Electronic Data Exclusion and add biometric information to the types of material or information addressed in the endorsement. Additionally, the types of expenses addressed in the last paragraph of the exclusion are expressly extended to identity monitoring expenses, data restoration expenses and extortion expenses.

  With respect to bodily injury or property damage arising out of access to or disclosure of confidential or personal material or information, the changes in this revised endorsement are a reinforcement of coverage intent.

  With respect to deletion of the Electronic Data Exclusion, the changes in this revised endorsement result in no impact on coverage.

- **CG 34 97 - Exclusion - Cyber Incident**

  When this endorsement is attached to your policy, coverage is excluded with respect to bodily injury or property damage arising out of a cyber incident.

  To the extent that current policy exclusions do not apply to liability arising out of cyber incidents, attachment of this endorsement will result in a reduction of coverage.

- **CG 34 98 - Exclusion - Electronic Data - Deletion Of Bodily Injury Exception**

  When this endorsement is attached to your policy, the limited exception for bodily injury is deleted from Exclusion **I.** Electronic Data.

  Attachment of this endorsement replacing Endorsement **CG 33 59** Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - Limited Bodily Injury Exception Not Included results in no coverage impact with respect to loss of electronic data. Otherwise, attachment of this endorsement results in reduction of coverage.

**Reviewing your coverage**

Please review your new or revised form(s) and keep it with your policy.

**We're here to help**

If you would like more information on this change or have any other questions about your policy, please contact the broker or agent shown on your Declarations Page.

**The above summary is for information purposes only and does not provide coverage. Your new Declarations Page, in conjunction with your policy and other applicable endorsements, provides complete details of your coverages. If this summary conflicts with the applicable policy language, the policy language prevails. Carefully read your policy, including all endorsements.**



**CNL 90 15 12 23**          **©** 2023 Liberty Mutual Insurance          **Page 3 of 3**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**NP 10 84 11 22**

# IMPORTANT  NOTICE  TO  POLICYHOLDER
# POTENTIAL  CHANGES  AND/OR  CLARIFICATIONS  IN  COVERAGE
# EXCLUSION  - PFC/PFAS

Dear Valued Policyholder,

Thank you for selecting us as your carrier for commercial insurance. We appreciate your business and the trust you place in us for your insurance needs.

Please read your policy, including all endorsements, and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provision of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

If you have any questions after reviewing this notice, please contact the broker or agent identified on your declarations page.

This notice does not form a part of your insurance contract. The notice is designed to alert you to a coverage change and/or clarification in your policy.

This notice provides information concerning the following endorsements, which may be attached to your renewal policy being issued by us.

**EXCLUSION  - PFC/PFAS BP 90 99 03 22**

**EXCLUSION  - PFC/PFAS CE 89 69 12 21**

**EXCLUSION  - PFC/PFAS CG 93 74 03 22**

**EXCLUSION  - PFC/PFAS CU 91 94 03 22**

**EXCLUSION  - PFC/PFAS FL 88 45 03 22**

When Exclusion - PFC/PFAS endorsement is attached to your policy, coverage is excluded for liability arising out of perfluorinated compounds or per- and polyfluoroalkyl substances.

Thank you for your business.

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

**NP 74 06 01 06**

# FLOOD INSURANCE  NOTICE

Unless a Flood Coverage endorsement  is attached, your policy  does not provide  flood coverage  and you will **not** have coverage for property  damage from floods unless you purchase a separate policy for flood insur-ance through  the Federal Emergency Management  Agency (FEMA) National  Flood Insurance Program.

If you would  like more information   about obtaining  coverage under the National  Flood Insurance  Program, please contact  your agent.

**NP 74 06 01 06**                                                                        **Page 1 of 1**

Electronically Filed - City of St. Louis - March 29, 2026 - 09:16 AM

This page intentionally left blank.

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | Case Number: 2622-CC00616 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RAPHA MINISTRIES | Plaintiff's/Petitioner's Attorney/Address<br>SAMUEL   HENDERSON<br>1027 SOUTH VANDEVETER AVENUE<br>6TH FLOOR<br>ST LOUIS, MO  63110 | |
| vs. | | |
| Defendant/Respondent:<br>LIBERTY MUTUAL INSURANCE COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Breach of Contract | | |

**The State of Missouri to:    LIBERTY MUTUAL INSURANCE COMPANY**
**Alias:**
**REG. AGENT CSC-LAWYERS INC.**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO  65101**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

_____    _____
3/30/2026                          Thomas Kloeppinger
Date                                   Clerk

**Further Information:**

**Case Number: 2622-CC00616**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐  delivering a copy of the summons and petition to the defendant/respondent.

☐  leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐  (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐  other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____    _____
        Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____ _____
                                              Date                            Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD<br>MCGRAUGH | Case Number: 2622-CC00616 | |
|---|---|---|
| Plaintiff/Petitioner:<br>RAPHA MINISTRIES<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>SAMUEL HENDERSON<br>1027 SOUTH VANDEVETER AVENUE<br>6TH FLOOR<br>ST LOUIS, MO 63110 | |
| Defendant/Respondent:<br>LIBERTY MUTUAL INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Breach of Contract | | |

The State of Missouri to:   **LIBERTY MUTUAL INSURANCE COMPANY**
**Alias:**
**REG. AGENT CSC-LAWYERS INC.**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO 65101**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

3/30/2026
_____
Date

_Thomas Kloeppinger_
_____
Clerk

**Further Information:**

Case Number: 2622-CC00616

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____, a person at least 18 years

of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____        _____
Printed Name of Officer or Server            Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
                                    Date                              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
TWENTY-SECOND JUDICIAL CIRCUIT
STATE OF MISSOURI

RAPHA MINISTRIES,                        )
                                         )
         Plaintiff,                      )
                                         )
v.                                       )
                                         )    **JURY TRIAL DEMAND**
LIBERTY MUTUAL INSURANCE                 )
COMPANY                                  )
                                         )
Served: Registered Agent                 )
         CSC-Lawyers Incorporating       )
         Service Company,                )
         221 Bolivar Street              )
         Jefferson City, Missouri 65101  )
                                         )
         Defendant.                      )
                                         )

## PETITION

Comes Now, the Rapha Ministries, by and through its undersigned counsel, and for its causes of action against Defendant Liberty Mutual Insurance Company, state as follows:

## PARTIES AND VENUE

1. At all times relevant hereto, Plaintiff Rapha Ministries is the owner of the at-issue property, the Church located in the City of St. Louis, Missouri.

2. The at-issue property is located at 4173 Fair Avenue, Saint Louis, Missouri 63115.

3. Defendant Liberty Mutual is an insurance company doing business and in good standing in the State of Missouri, which can be served with process as reference above with CSC-Lawyers Incorporating Service Company.

4. Jurisdiction and venue are proper in this Court in that the property damage and subsequent breach of contract, which is the subject of this litigation, occurred in St. Louis

City, Missouri, and the amount of controversy exceeds Twenty-Five Thousand Dollars ($25,000.00).

5.  However, the amount of controversy does not exceed Seventy-Five Thousand Dollars ($75,000.00).  As a result, this case is ineligible for removal to the federal court on diversity of citizenship.

## GENERAL ALLEGATIONS COMMON TO ALL COUNTS

6.  On or about May 16, 2025, an EF-3 tornado with wind speeds between 136 and 165 mph touched down destroyed and/or severely damaged sections of the City of St. Louis, Missouri.  The damages are and were so severe that the federal government declared the event a major disaster.

7.  At that time, the tornado significantly damaged the Church located at 4173 Fair Avenue, Saint Louis, Missouri 63115.  The damages included but not limited to the following: the Church's roof shingles were ripped off and caused severe water leaks, the doors awning was torn apart, the HVAC unit was destroyed by falling bricks and debris, the exterior brick walls buckled and became detached in certain spots, water poured inside and ruin a number of electronics, and fascia were ripped off, twisted and/or otherwise damaged.

8.  During the times relevant hereto, Rapha Ministries maintained certain insurance coverage with Liberty Mutual Insurance Company ("Liberty Mutual").

9.  These Liberty Mutual insurance coverages included, among other things, certain coverages for building, special (including theft); building, windstorms; business personal property, special (including theft); business personal property, windstorm; business income with extra expenses, special (including theft).

2

10. The policy limits applied in the following amounts for the various coverages listed below:

a. Building special (including theft) coverage, Limit: $535,283.00;

b. Building, windstorm coverage, Limit: $535,283.00;

c. Business Personal Property, Special (including theft) coverage, Limit: $25,502.00;

d. Business Personal Property, windstorm coverage, Limit: $25,502.00; and

e. Business Income with extra expenses, special (including theft) coverage, Limit: $75,000.00.

11. During the times relevant hereto, Rapha Ministries maintained Policy No. BKS669146242 ("Policy") with effective dates between October 31, 2024 and October 31, 2025. A true and accurate copy of the Policy is attached hereto as **Exhibit 1**.

12. Rapha Ministries is the Named Insured of the Policy and is denoted as "you" or "your" in the Policy, whereas Liberty Mutual is Named Insurer and is denoted as "we" in the Policy.

13. The Policy is an agreement between Rapha Ministries and Liberty Mutual with certain rights and obligations between the parties.

14. Under the Policy, CP 00 10 10 12, Liberty Mutual agreed to pay for direct physical loss of or damaged to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

15. The Tornado is and was a Covered Cause of Loss in the Policy, and Liberty Mutual was obligated to cover the loss or damage to Covered Property.

16. At all times relevant, Rapha Ministries complied with all requirements under the Policy.

3

17. Rapha Ministries made claims to Liberty Mutual for losses and damages sustained to the Church that was caused by the tornado.

18. Liberty Mutual accepted Rapha Ministries' claims, and it established Claim No. 24263024 regarding Rapha Ministries' losses and damages.

19. Liberty Mutual made partial payments for damages and losses under the Policy under the Building and Personal Property Coverage provision of the Policy.

20. Rapha Ministries submitted a claim of $24,768.98 for damaged electronics, but Liberty Mutual tendered payment for approximately $11,048.90.

21. Rapha Ministries also submitted a claim for damages and losses to the Church's structure, but Liberty Mutual did not tender full payment for the repair of the new roof that Rapha Ministries had installed before the tornado.

22. Further, there are existing structure damage to the Church that Rapha Ministries requested to be repaired. Rapha Ministries reported a buckle in the front and side brick wall from the high winds.

23. As of this filing, however, Liberty Mutual has failed and refused to pay the remaining amounts of the losses and damages sustained by Rapha Ministries.

## COUNT I- BREACH OF CONTRACT

### v. Liberty Mutual

24. Rapha Ministries restates and re-alleges all prior paragraphs of this Petition as if fully stated here.

25. Liberty Mutual offered to issue an insurance policy as described herein to cover the losses and damages Rapha Ministries sustained, and Rapha Ministries accepted Liberty Mutual's coverage promises in exchange for payment of premiums.

4

26. At all times relevant, Liberty Mutual issued its policy to cover the damage and losses described herein, with various policy limits as stated herein.

27. Rapha Ministries met its contractual obligations by paying the policy premium at all times relevant.

28. Under the policy of insurance at issue, Liberty Mutual had an obligation to pay Rapha Ministries for work needed to bring Rapha Ministries' property in compliance with applicable ordinances, to pay Rapha Ministries for the loss of use of its property, and to pay Rapha Ministries for the cost of repair and/or replacement of the exterior brick wall and its newly installed roof.

29. Because Liberty Mutual has failed and refused to pay the amounts demanded by Rapha Ministries for these coverages, Liberty Mutual failed to meet its contractual obligations.

30. As a direct and proximate result of Liberty Mutual's breach of its insurance contract, Rapha Ministries has been damaged as set forth herein.

WHEREFORE, Rapha Ministries prays this Court for an Order and Judgment in its favor and against Liberty Mutual, for its fees and costs incurred herein, and for whatever other relief this Court deems just and proper.

## COUNT II-VEXATIOUS REFUSAL TO PAY BY LIBERTY MUTUAL

### v. Liberty Mutual

31. Rapha Ministries restates and re-alleges all prior paragraphs of this Petition as if fully stated here.

32. The policy of insurance issued by Liberty Mutual and described herein was in effect at the time of May 16, 2025.

5

33. Rapha Ministries requested and demanded that Liberty Mutual uphold its obligations and pay monies owed to Rapha Ministries under the policy for its damage and losses.

34. Liberty Mutual has failed and refused to pay in full the claim submitted by Rapha Ministries for damage and losses.

35. Liberty Mutual's refusal to pay was and is without reasonable cause or excuse as the facts would appear to a reasonable and prudent person, in violation of § 375.296 RSMo and § 375.420 RSMo.

36. The unreasonableness has been repeatedly shown by Liberty Mutual's denial of Rapha Ministries' claims. First, Liberty Mutual denied the roofing repair claim by alleging the installer stated that he did not install a new roof. Second, Liberty Mutual denied the roofing repair claim by alleging that inspection and historical data showed pre-existing damage.

37. Despite these denials, Rapha Ministries provided in good faith the contract showing that Rapha Ministries contracted and paid for removal and replacement of the entire flat roof.

38. After the new roofing contract was provided, Liberty Mutual alleges that it has historical data showing pre-existing damage. However, when the inspection occurred and when pictures were taken by Liberty Mutual's agent, the new roof was already installed, making it impossible to get accurate images of the wood underneath the new roofing.

39. Further, Liberty Mutual asserts that the TPO was improperly installed on the new roof. However, the installation of TPO did not directly cause the tornado damages or losses sustained by Rapha Ministries.

6

40. Liberty Mutual's refusal to pay was and is vexatious, and as a direct and proximate result of it, Rapha Ministries has been damaged in that it has sustained covered losses and damages in an amount of at least $70,000.00, for which it has not been fully compensated by Liberty Mutual or done so in a timely fashion.

41. In addition to all damages claimed, under § 375.420, Rapha Ministries is entitled to twenty percent (20%) of the first $1,500.00 of loss and ten percent (10%) for all losses greater than $1,500.00, and for Rapha Ministries' attorney's fees incurred herein.

42. Rapha Ministries demands a trial by jury on all issues presented in this Petition.

WHEREFORE, Rapha Ministries prays this Court for an Order and Judgment in its favor and against Liberty Mutual, for its fees and costs incurred herein, and for whatever other relief this Court deems just and proper.

Respectfully submitted,

HENDERSON LAW FIRM LLC

/s/Samuel Henderson
Samuel Henderson, MO 56330
1020 Meadowlark Drive
St. Louis, Missouri  63033
Tel: (314) 399-8266
Cell: (314) 775-9798
Email: attysamuelhenderson@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2026  a true and correct copy of the foregoing document was electronically filed on the court filing system.

/s/ Samuel Henderson

7

| **Respond to Selected Documents**

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries ⌄

**04/22/2026**

     **Jury Trial Scheduled**

     **Scheduled For:** 09/28/2026; 9:00 AM; CHRISTOPHER EDWARD MCGRAUGH; City of St. Louis

**03/30/2026**

     **Summons Issued-Circuit**

     Document ID: 26-SMCC-2689, for LIBERTY MUTUAL INSURANCE COMPANY

**03/29/2026**

     **Filing Info Sheet eFiling**

     **Filed By:** SAMUEL HENDERSON

     **Note to Clerk eFiling**

     **Filed By:** SAMUEL HENDERSON

     **Pet Filed in Circuit Ct**

     Petition; Exhibit 1.

     **Filed By:** SAMUEL HENDERSON

     **On Behalf Of:** RAPHA MINISTRIES