**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| RAPHA MINISTRIES,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-00806-MTS |

**MOTION TO HOLD SCHEDULING CONFERENCE VIRTUALLY**

Defendant Liberty Mutual Insurance Company moves the Court for an order allowing virtual attendance of all counsel at the August 25, 2026, Scheduling Conference. In support of its motion, Liberty Mutual states the following:

1. Per the Court's Order Setting Rule 16 Conference (Doc. 14), the parties are to appear in person for the Federal Rule of Civil Procedure 16 Scheduling Conference.

2. Liberty Mutual's defense counsel is in Kansas City, Missouri. Liberty Mutual acknowledges that it retained Kansas City counsel for this Eastern District case but contends that avoiding the travel costs for the Scheduling Conference constitutes good cause to conduct the Scheduling Conference virtually.

3. Plaintiff's counsel has no objection to conducting the Scheduling Conference virtually.

WHEREFORE, Liberty Mutual requests that the August 25, 2026, Scheduling Conference be conducted virtually.

Respectfully submitted,

**SEYFERTH BLUMENTHAL & HARRIS LLC**

*/s/ Bruce A. Moothart*
Bruce A. Moothart, Bar #45517MO
4801 Main Street, Suite 310
Kansas City, Missouri 64112
(816) 756-0700 (Telephone)
(816) 756-3700 (Facsimile)
bruce@sbhlaw.com

ATTORNEYS FOR DEFENDANT
LIBERTY MUTUAL INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 14, 2026, a true and accurate copy of the foregoing was filed electronically with the Court, with notice of the filing generated and sent electronically by the Court's electronic filing system to counsel of record.

*/s/ Bruce A. Moothart*
Bruce A. Moothart
ATTORNEYS FOR DEFENDANT
LIBERTY MUTUAL INSURANCE COMPANY