IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RAPHA MINISTRIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-00806-MTS |
| | ) | |
| LIBERTY MUTUAL<br>INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S BINDING STIPULATION AND ADMISSION OF AMOUNT OF MONETARY DAMAGES**

Plaintiff Rapha Ministries, by and through its undersigned counsel, hereby stipulates and agrees as follows:

1. On March 29, 2026, Plaintiff Rapha Ministries filed a Petition in the Circuit Court of the City of St. Louis, Missouri, Twenty-Second Judicial Circuit, Case No. 2622-CC00616, captioned *Rapha Ministries v. Liberty Mutual Insurance Company* (the "Lawsuit").

2. In the Lawsuit, Plaintiff asserts claims against Defendant Liberty Mutual Insurance Company ("Liberty Mutual") for: (Count I) Breach of Contract; and (Count II) Vexatious Refusal to Pay in Violation of §§ 375.296 and 375.420 RSMo, arising out of Liberty Mutual's alleged failure to pay covered losses under Policy No. BKS669146242 for damage to the Church located at 4173 Fair Avenue, Saint Louis, Missouri 63115. Plaintiff also seeks statutory penalties and attorney's fees pursuant to § 375.420 RSMo.

3. On May 21, 2026, Liberty Mutual removed the Lawsuit to the United States District Court for the Eastern District of Missouri, Eastern Division, where it is pending as Case No. 4:26-

cv-00806-MTS, based upon diversity of citizenship under 28 U.S.C. § 1332. Liberty Mutual has taken the position that the amount in controversy exceeds $75,000.

4. Plaintiff hereby stipulates and admits that the total amount of damages it is seeking and will seek against Liberty Mutual, or any related entity, including Ohio Security Insurance Company ("Ohio Security"), at any time under the Lawsuit, and any subsequent lawsuit pursuing the same causes of action and arising under Policy No. BKS669146242 issued by Ohio Security (including all compensatory damages, attorney's fees, statutory penalties under § 375.420 RSMo, and interest), is $75,000 or less.

5. Plaintiff further stipulates that, should this matter proceed to trial, if damages are awarded against Liberty Mutual, or any related entity, including Ohio Security, in excess of Seventy-Five Thousand Dollars ($75,000), Plaintiff will not seek to collect any amount against Liberty Mutual, or any related entity, including Ohio Security, in excess of Seventy-Five Thousand Dollars ($75,000) total, and Plaintiff agrees that payment of Seventy-Five Thousand Dollars ($75,000) will satisfy any judgment against Liberty Mutual, or any related entity, including Ohio Security, in an amount of Seventy-Five Thousand Dollars ($75,000) or greater.

6. Plaintiff stipulates and understands that this is a binding agreement and that: (1) Liberty Mutual, and related entities, including Ohio Security, have relied in good faith on this stipulation and agreement; (2) Liberty Mutual has stipulated, or will stipulate, to remand of this matter from federal court back to the Circuit Court of the City of St. Louis, Missouri, Twenty-Second Judicial Circuit, based upon this stipulation and agreement; and (3) any change in Plaintiff's position with respect to the representations made herein shall substantially prejudice Liberty Mutual and related entities, including Ohio Security.

7. Plaintiff further stipulates that this agreement shall be binding not only in the current Lawsuit, but in the event Plaintiff dismisses and refiles the Lawsuit against Liberty Mutual, and any related entities, including Ohio Security, the monetary limits contained within this Stipulation shall continue and inure to the benefit of Liberty Mutual, and related entities, including Ohio Security.

8. Plaintiff stipulates and agrees to the filing of this Binding Stipulation and Admission of Amount of Monetary Damages in the state court matter once the Lawsuit is remanded back to the Circuit Court of the City of St. Louis, Missouri, Twenty-Second Judicial Circuit.

9. Plaintiff has had an opportunity to review this Stipulation and is fully aware of the contents contained herein and acknowledges that this Stipulation is binding upon it.

**HENDERSON LAW FIRM LLC**

By: *<u>/s/ Samuel Henderson</u>*
Samuel Henderson, MO Bar #56330
1020 Meadowlark Drive
St. Louis, Missouri 63033
Tel: (314) 399-8266
Cell: (314) 775-9798
Email: attysamuelhenderson@gmail.com
ATTORNEY FOR PLAINTIFF

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 4th day of September, 2026, the above and foregoing was filed electronically with the Court using the CM/ECF system, with notice of the filing generated and sent electronically by the Court's electronic filing system to all counsel of record.

*<u>/s/ Samuel Henderson</u>*
Samuel Henderson
ATTORNEY FOR PLAINTIFF